UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20170-CR-SCOLA

UNITED STATES OF AMERICA,

        *Plaintiff*,

vs.

NANCY TERESA GONZALEZ de BARBERI,
and GZUNIGA, LTD.,

        *Defendant.*

_____/

## RESPONSE TO COURT'S INQUIRY ON JOINT REPRESENTATION

**NANCY TERESA GONZALEZ DE BARBERI** (hereafter **MS. GONZALEZ**) is a Defendant in this case.  Her company, **GZUNIGA, LTD.**, is also named as a Defendant in this case.  Undersigned counsel is of the opinion and belief that no conflict exists in counsel's joint representation of both Defendants since **MS. GONZALEZ** is the sole owner of **GZUNIGA, LTD.**

As further support for counsel's position that no conflict exists, we do not envision a situation where **MS. GONZALEZ'S** legal posture in this case would differ from Defendant **GZUNIGA, LTD.'S.** Finally, although it is early in the case and no discovery has been provided by the government, much pre-indictment work has already taken place.  We believe the case is going to result in a plea.

Finally, undersigned counsel has discussed the issues of our joint representation of **MS. GONZALEZ** with her and she advised that she appreciates the inquiry but sees no conflict in this joint representation and is prepared to

Rabin & Lopez, P.A., One Southeast Third Avenue, Suite 2600, Miami, FL 33131 • Telephone (305) 358-1064

waive any potential conflict should the Court find it necessary to have a hearing on this issue.

Pursuant to Local Rule 88.9, undersigned counsel contacted the prosecutor assigned to this cause, Assistant United States Attorney, Thomas Watts-Fitzgerald, and he agrees with undersigned counsel's position and representations set forth herein.

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Email: sjr@miamilawyer.com

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September 2023, a true and correct copy of the foregoing Response to Court's Inquiry on Joint Representation was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.