# EXHIBIT 3

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | JUNE 2016 | | | |
| 40660 | 5/21/216 | CROCODILE | 125 | 69 | 56 | | | EXHIBIT A |
| 40666 | 5/24/216 | CROCODILE | 125 | 42 | 83 | | | EXHIBIT B |
| 40661 | 5/27/2016 | CROCODILE | 125 | 125 | 0 | | | EXHIBIT C |
| 40669 | 6/3/2016 | CROCODILE | 125 | 83 | 42 | | | EXHIBIT D |
| 40587 | 6/3/2016 | CROCODILE / PYTHON | 50 | 27 | 23 | | | EXHIBIT E |
| | | | | | 204 | 6/4/2016 | 12 | |
| | | | | | | 6/5/2016 | 32 | |
| | | | | | | 6/7/2016 | 8 | |
| | | | | | | 6/8/2016 | 28 | |
| **TOTAL** | | | **550** | **346** | **204** | | **80** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | JULY & AUGUST 2016 | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 40781 | 7/7/2016 | CROCODILE / PYTHON | 40 | 20 | 20 | | | EXHIBIT F |
| 40667 | 7/7/2016 | CROCODILE | 125 | 31 | 94 | | | EXHIBIT G |
| 40663 | 7/9/2016 | CROCODILE | 125 | 27 | 98 | | | EXHIBIT H |
| 40799 | 7/9/2016 | CROCODILE / PYTHON | 50 | 29 | 21 | | | EXHIBIT I |
| 40803 | 7/12/2016 | CROCODILE / PYTHON | 50 | 30 | 20 | | | EXHIBIT J |
| 40824 | 7/14/2016 | CROCODILE / PYTHON | 50 | 16 | 34 | | | EXHIBIT K |
| 40716 | 7/19/2016 | CROCODILE | 150 | 85 | 65 | | | EXHIBIT L |
| 40720 | 7/21/2016 | CROCODILE | 150 | 90 | 60 | | | EXHIBIT M |
| 40825 | 7/27/2016 | CROCODILE / PYTHON | 50 | 37 | 13 | | | EXHIBIT N |
| 40719 | 7/30/2016 | CROCODILE | 150 | 139 | 11 | | | EXHIBIT O |
| 40872 | 8/2/2016 | CROCODILE / PYTHON | 50 | 29 | 21 | | | EXHIBIT P |
| 40967 | 8/3/2016 | CROCODILE | 100 | 88 | 12 | | | EXHIBIT Q |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 40717 | 8/4/2016 | CROCODILE | 50 | | | | | EXHIBIT R |
| 40973 | 8/7/2016 | CROCODILE | 50 | 19 | 31 | | | EXHIBIT S |
| 40718 | 8/8/2016 | CROCODILE | 150 | 110 | 40 | | | EXHIBIT T |
| | | | | | | 8/8/216 | 6 | |
| **TOTAL** | | | **1440** | **839** | **601** | | **6** | |

### SEPTEMBER 2016

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 40875 | 9/10/2016 | CROCODILE / PYTHON | 53 | 4 | 49 | | | EXHIBIT U |
| 40971 | 9/12/2016 | CROCODILE | 60 | 47 | 13 | | | EXHIBIT V |
| 40968 | 9/21/2016 | CROCODILE | 100 | 56 | 44 | | | EXHIBIT W |
| | | | | | | 9/5/2016 | 32 | |
| **TOTAL** | | | **213** | **107** | **106** | | **32** | |

### OCTOBER & NOVEMBER 2016

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41087 | 10/4/2016 | CROCODILE | 149 | 55 | 94 | | | EXHIBIT Y |
| 41086 | 10/4/2016 | PYTHON | 30 | 20 | 10 | | | EXHIBIT X |
| 41090 | 10/19/2016 | CROCODILE | 98 | 32 | 66 | | | EXHIBIT Z |
| 41074 | 10/29/2016 | CROCODILE | 20 | 16 | 4 | | | EXHIBIT AA |
| | | | | | | 10/7/2016 | 6 | |
| | | | | | | 10/10/2016 | 4 | |
| | | | | | | 10/18/2016 | 1 | |
| | | | | | | 11/11/2016 | 1 | |
| **TOTAL** | | | **297** | **123** | **174** | | **12** | |

### JANUARY- MARCH 2017

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41309 | 1/3/2017 | CROCODILE | 100 | 58 | 42 | | | EXHIBIT BB |
| 41314 | 1/17/2017 | CROCODILE | 100 | 69 | 31 | | | EXHIBIT CC |
| | | | | | | 1/17/2017 | 3 | |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 3/3/2017 | 3 | |
| | | | | | | 3/4/2017 | ? | |
| | | | | | | 3/20/2017 | 4 | |
| **TOTAL** | | | **200** | **127** | **73** | | **13** | |
| | | | | | | | | |
| | | | | | | | | |
| **MAY & JUNE 2017** | | | | | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 41703 | 5/3/2017 | PYTHON | 20 | 17 | 3 | | | EXHIBIT DD |
| 41630 | 5/9/2017 | CROCODILE | 50 | 36 | 14 | | | EXHIBIT EE |
| 41692 | 5/9/2017 | CROCODILE | 10 | 8 | 2 | | | EXHIBIT FF |
| | | | | | | 6/8/2017 | 4 | |
| **TOTAL** | | | **80** | **61** | **19** | | **4** | |
| | | | | | | | | |
| | | | | | | | | |
| **JUNE - OCTOBER 2017** | | | | | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 42050 | 8/23/2017 | CROCODILE | 20 | 12 | 8 | | | EXHIBIT GG |
| 42038 | 9/1/2017 | CROCODILE | 150 | 123 | 27 | | | EXHIBIT HH |
| 42043 | 9/7/2017 | CROCODILE / PYTHON | 50 | 48 | 2 | | | EXHIBIT II |
| 42069 | 9/9/2017 | CROCODILE | 150 | 71 | 79 | | | EXHIBIT JJ |
| 42174 | 9/22/2017 | CROCODILE / PYTHON | 50 | 27 | 23 | | | EXHIBIT KK |
| 42130 | 9/29/2017 | CROCODILE | 130 | 50 | 80 | | | EXHIBIT LL |
| 42124 | 10/3/2017 | CROCODILE | 100 | 81 | 19 | | | EXHIBIT MM |
| **TOTAL** | | | | | | 6/8/2017 | 21 | |
| | | | | | | 9/1/2024 | 4 | |
| | | | | | | 9/7/207 | 20 | |
| | | | | | | 9/8/2017 | ? | |
| | | | | | | 9/9/2017 | 12 | |
| | | | | | | 9/10/2017 | ? | |
| | | | | | | 9/12/2017 | ? | |
| | | | | | | 10/6/2017 | ? | |
| **TOTAL** | | | **650** | **412** | **238** | | **36** | |

## JANUARY-MARCH 2018

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 42576 | 1/23/2018 | CROCODILE | 100 | 27 | 73 | | | EXHIBIT NN |
| 42573 | 1/25/2018 | CROCODILE | 20 | 10 | 10 | | | EXHIBIT OO |
| 42288 | 2/1/2018 | CROCODILE | 100 | 82 | 18 | | | EXHIBIT PP |
| 42451 | 2/1/2018 | CROCODILE | 150 | 51 | 99 | | | EXHIBIT QQ |
| | | | | | | 2/1/2018 | 1 | |
| | | | | | | 2/4/2018 | 16 | |
| | | | | | | 2/13/2018 | 4 | |
| | | | | | | 2/14/2018 | 24 | |
| | | | | | | 2/18/2018 | 7 | |
| | | | | | | 2/20/2018 | ? | |
| | | | | | | 3/20/2018 | 1 | |
| **TOTAL** | | | **370** | **170** | **200** | | **36** | |

## APRIL-MAY 2018

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 42773 | 4/3/2018 | CROCODILE | 30 | 15 | 15 | | | EXHIBIT RR |
| 42975 | 5/19/2018 | CROCODILE | 50 | 42 | 8 | | | EXHIBIT SS |
| 42978 | 5/23/2018 | PYTHON | 10 | 10 | 0 | | | EXHIBIT TT |
| 42957 | 5/30/2018 | CROCODILE | 100 | 100 | 0 | | | EXHIBIT UU |
| | | | | | | 5/7/2018 | 1 | |
| **TOTAL** | | | **190** | **167** | **23** | | **1** | |

## JUNE - AUGUST 2018

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 43221 | 8/23/2018 | CROCODILE | 70 | 70 | 0 | | | EXHIBIT VV |
| 43222 | 8/27/2018 | CROCODILE | 70 | 59 | 11 | | | EXHIBIT WW |
| 43226 | 8/31/2018 | CROCODILE | 100 | 53 | 47 | | | EXHIBIT XX |
| | | | | | | 6/2/2018 | | |
| | | | | | | 6/3/2018 | | |
| | | | | | | 6/6/2018 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 6/12/2018 | 24 | |
| | | | | | | 6/12/2018 | 1 | |
| | | | | | | 7/8/2018 | | |
| **TOTAL** | | | **240** | **182** | **58** | | **25** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **SEPTEMBER-NOVEMBER 2018** | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 42953 | 9/1/2018 | CROCODILE | 100 | 35 | 65 | | | EXHIBIT YY |
| 43066 | 9/21/2018 | CROCODILE | 10 | 6 | 4 | | | EXHIBIT ZZ |
| 43078 | 9/7/2018 | CROCODILE | 70 | 44 | 26 | | | EXHIBIT AAA |
| 43140 | 10/23/2018 | PYTHON | 20 | 11 | 9 | | | EXHIBIT BBB |
| 43256 | 10/9/2018 | CROCODILE | 100 | 67 | 33 | | | EXHIBIT CCC |
| 43299 | 10/9/2018 | CROCODILE | 150 | 140 | 10 | | | EXHIBIT DDD |
| | | | | | | 9/1/2018 | 150 | |
| | | | | | | 9/2/2018 | 28 | |
| | | | | | | 9/4/2018 | ? | |
| | | | | | | 9/6/2018 | 4 | |
| | | | | | | 9/8/2016 | 8 | |
| | | | | | | 9/18/2018 | 12 | |
| | | | | | | 9/9/2018 | ? | |
| | | | | | | 10/1/2018 | 1 | |
| | | | | | | 10/1/2018 | ? | |
| | | | | | | 10/2/1018 | 1 | |
| | | | | | | 11/13/2018 | 4 | |
| | | | | | | 11/29/2018 | 2 | |
| **TOTAL** | | | **450** | **303** | **147** | | **210** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **JANUARY- MARCH 2019** | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 43271 | 1/10/2019 | CROCODILE | 30 | 26 | 4 | | | EXHIBIT EEE |
| 43303 | 1/16/2019 | CROCODILE | 80 | 29 | 51 | | | EXHIBIT FFF |
| 43470 | 2/25/2019 | CROCODILE | 20 | 10 | 10 | | | EXHIBIT GGG |
| 43487 | 2/23/2019 | CROCODILE | 10 | 8 | 2 | | | EXHIBIT HHH |
| 43492 | 2/25/2019 | CROCODILE | 30 | 22 | 8 | | | EXHIBIT III |
| | | | | 95 | 75 | 1/1/2019 | 2 | |
| | | | | | | 2/3/2019 | 2 | |

|  |  |  |  |  |  | 2/8/2019 | ? |  |
|  |  |  |  |  |  | 2/9/2019 | ? |  |
|  |  |  |  |  |  | 2/10/2019 | 2 |  |
|  |  |  |  |  |  | 2/10/2019 | ? |  |
|  |  |  |  |  |  | 2/12/2019 | 13 |  |
|  |  |  |  |  |  | 2/26/2019 | 26 |  |
|  |  |  |  |  |  | 3/13/2019 | ? |  |
|  | **TOTAL** |  |  | **170** | **95** | **75** | **45** |  |

| | | | | APRIL-MAY 2019 | | | | |
|---|---|---|---|---|---|---|---|---|
|  | N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|  | 43499 | 4/8/2019 | CROCODILE | 50 | 15 | 35 |  |  | EXHIBIT JJJ |
|  | 43745 | 4/23/2019 | CROCODILE | 60 | 57 | 3 |  |  | EXHIBIT KKK |
|  | 43747 | 4/8/2019 | CROCODILE | 70 | 68 | 2 |  |  | EXHIBIT LLL |
|  | 43751 | 4/16/2019 | PYTHON | 30 | 20 | 10 |  |  | EXHIBIT MMM |
|  | 43752 | 4/13/2019 | CROCODILE | 100 | 51 | 49 |  |  | EXHIBIT NNN |
|  | 43791 | 4/20/2019 | CROCODILE | 100 | 74 | 26 |  |  | EXHIBIT OOO |
|  | 43604 | 5/23/2019 | CROCODILE | 20 | 9 | 11 |  |  | EXHIBIT PPP |
|  | 43734 | 5/27/2019 | PYTHON | 50 | 15 | 35 |  |  | EXHIBIT QQQ |
|  | 43804 | 5/2/2019 | CROCODILE | 100 | 57 | 43 |  |  | EXHIBIT RRR |
|  |  |  |  |  |  |  | 5/1/2019 |  |  |
|  |  |  |  |  |  |  | 5/22/2019 | 1 |  |
|  | **TOTAL** |  |  | **580** | **366** | **214** |  | **1** |  |

| | | | | JUNE-DECEMBER 2019 | | | | |
|---|---|---|---|---|---|---|---|---|
|  | N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|  | 43753 | 6/4/2019 | CROCODILE | 500 | 212 | 288 |  |  | EXHIBIT SSS |
|  | 43899 | 6/13/2019 | CROCODILE | 50 | 47 | 3 |  |  | EXHIBIT TTT |
|  | 43897 | 8/3/2019 | CROCODILE | 100 | 40 | 60 |  |  | EXHIBIT UUU |
|  | 43946 | 8/10/2019 | PYTHON | 30 | 10 | 20 |  |  | EXHIBIT VVV |
|  | 44034 | 8/17/2019 | CROCODILE | 100 | 95 | 5 |  |  | EXHIBIT WWW |
|  | 44153 | 11/14/2019 | CROCODILE | 50 | 35 | 15 |  |  | EXHIBIT XXX |
|  | 44157 | 11/14/2019 | CROCODILE/PYTHON | 20 | 6 | 14 |  |  | EXHIBIT YYY |

| | | | | | | | 6/4/2019 | 1 | |
| | | | | | | | 6/16/2019 | ? | |
| | | | | | | | 7/16/2019 | 3 | |
| | | | | | | | 9/11/2019 | 2 | |
| | | | | | | | 12/12/2019 | 2 | |
| | | | | | | | 12/23/2019 | 1 | |
| | **TOTAL** | | | **850** | **445** | **405** | | **9** | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | **QUANTITY APPROVED** | **QUANTITY SENT** | **REMAINING CITES APPROVED** | **MERCHANDISE ALLEGEDLY UNACCOUNTED FOR** | |
| | | | | 6280 | 3743 | 2537 | 510 | | |

**CITES**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

Válido hasta el **04-noviembre-2016**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Firma del Titular

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1331967 |

| | 7/8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndices y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7/8. *Babilla* *Caiman crocodilus fuscus* | 125 bolsos de 1200 cm2, con marquillas numeradas del 647626 al 647750 | II C | 11. 125 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40660 | 05/05/2016 | ***** | ********** | ****** | |

| | 7/8. ****** | | ****** | | 10. | 11. |
|---|---|---|---|---|---|---|
| B | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | **** | ********** | | | |

| | 7/8. ****** | | ********** | | 10. | 11. |
|---|---|---|---|---|---|---|
| B | ************ | | | | *** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| *********** | ********* | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 05-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACIÓN DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 69 ART |
| B | |
| C | |

CALI

Puerto de exportación

**2 1 MAY 2016**

Fecha

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40660**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40660**

FECHA DE EMBARQUE: **2 1 MAY 2016**

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. **1356385**

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla   Técnico Operativo

DEX No.

OBSERVACIONES: 69 Bolsos en piel de babilla

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**EX A**

Powered by CamScanner

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

**PERMISO/CERTIFICADO No. CO 40666**

| | |
|---|---|
| EXPORTACION | |
| RE-EXPORTACION | |
| IMPORTACION | |
| OTRO: | 2. Válido hasta el  05-noviembre-2016 |

3. Importador (nombre y dirección)

GZUNISA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1331971

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla*  *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 accesorios de 160 cm2 con marquillas numeradas del 648001 al 648125 | 10. II  C | 11. 125 Articulos  11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40666 | 06/05/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7,8. ★★★★★ |  |  |  |  |  | 10. ★★  ★★ | 11. |
|---|---|---|---|---|---|---|---|
| ★★★★★★ |  |  |  |  |  |  | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★ | ★★★★ | ★★★★★★★★ | | | |

| 7,8. ★★★★ | ★★★★★★★★★★★ | 10. ★★  ★★★ | 11.  11a. Cupo nacional |
|---|---|---|---|
| ★★★★★★★★★★★★★ | | | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★★ | ★★★★★★★★ | ★★★★★ | ★★★★★ | | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            06-mayo-2016

Lugar                        Fecha                Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION        15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 42 APT |
| B | |
| C | |

CALI

Puerto de exportación

2 4 MAY 2016

Fecha              Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          **PERMISO/CERTIFICADO No. CO 40666**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO 40666**

FECHA DE EMBARQUE   2 4 MAY 2016

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1356397

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   John Luis Bonilla
Técnico Operativo

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No.

OBSERVACIONES: 42 Bolsos en Piel de babilla

EX B

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el **04-noviembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

| 5a. Fin de la transacción (ver el respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO133196B |

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver el respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla* Caiman crocodilus fuscus | 125 bolsos de 1200 cm2, con marquillas numeradas del 647751 al 647875 | **10.** II C | **11.** 125 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40661 | 05/05/2016 | ★★★★★ | ★★★★★★★★★★ | ★★★★★★ | |

| **7./8.** ★★★★★ ★★★★★ | ★★★★★ | **10.** ★★ ★★ | **11.** 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★ | ★★★★ | ★★★★★ | | | |

| **7./8.** ★★★★ ★★★★★★★★★★★ | ★★★★★★★★★★★ | **10.** ★★ ★★★ | **11.** 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| | | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 05-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 125 ART |
| B | |
| C | |

CALI

Puerto de exportación

27 MAY 2016

Fecha     Firma

Corporación Autónoma Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**     PERMISO/CERTIFICADO No. CO **40661**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40661**

FECHA DE EMBARQUE: **27 MAY 2016**

**C.I. DISEÑO Y MODA**

NOMBRE DEL ESTABLECIMIENTO **INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RESPONSABLE: Pedro Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No. 1356395

DEX No.

OBSERVACIONES: 125 Bolsos en piel de babilla

Corporación Autónoma Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

EX C

Powered by CamScanner

**CITES**
CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| [X] | EXPORTACION |
| [ ] | RE-EXPORTACION |
| [ ] | IMPORTACION |
| [ ] | OTRO: |

2. Válido hasta el
05-noviembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

_Jhonn Rivas_
Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**
Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1331974

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. _Babilla_ _Caiman crocodilus fuscus_ | 100 bolsos de 1200 cm2 y 25 billeteras de 400 cm2 con marquillas numeradas del 648376 al 648500 | 10. II C | 11. 125 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | C040669 | 06/05/2016 | ***** | ********* | ****** | |

| 7./8. ***** ***** | | | ***** | | 10. ** | 11. |
| | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ***** | *** | **** | ***** | | | |

| 7./8. **** ************** | | | *********** | | 10. ** | 11. |
| | | | | | *** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| | | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 06-mayo-2016 | |
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 83 ART |
| B | |
| C | |

CALI

0 3 JUN 2016
Fecha   Firma

Puerto de exportación

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   PERMISO/CERTIFICADO No. CO **40669**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40669**
1194.1.81.0500

FECHA DE EMBARQUE: 0 3 JUN 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356392

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _Jhonn Rivas_

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: **John Luis Bonilla** Técnico Operativo

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 75 bolsos y 8 billeteras en
piel de babilla

<span style="color:red">EX D</span>

Powered by **CS** CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **40587**

1. ☐ EXPORTACION
   ☐ RE-EXPORTACION
   ☐ IMPORTACION
   ☐ OTRO:

2. Válido hasta el **13-octubre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Titular*

3a. País de destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo): T

5b. Estampilla de seguridad: CO1331896

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. _Babilla_ _Caiman crocodilus fuscus_ | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 637301 al 637350 | 10. II C | 11. 50 Artículos  11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40587 | 14/04/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| | | | |
|---|---|---|---|
| **B** 7./8. _Piton reticulado_ _Python reticulatus_ | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| VIETNAM | 12VN0015S/CT-KL | 04/01/2012 | ESPAÑA | ES-LC-50177/13E | 16/05/2013 | ★★ |

| | | | |
|---|---|---|---|
| **B** 7./8. ★★★★ ★★★★★★★★★★★ | ★★★★★★★★★★★ | 10. C | 11. ★★  11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★★★★ | | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          14-abril-2016
Lugar          Fecha          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | Combi x 50 |
| C | |

CALI          **0 3 JUN 2016**
Puerto de exportación          Fecha          Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
Sello y cargo oficiales
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **40587**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**          FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: **0 3 JUN 2016**          No. DEL PERMISO **40587**

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S          1144181050

NOMBRE DEL ESTABLECIMIENTO          NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla

SALVOCONDUCTO No. 1356392          NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No.          OBSERVACIONES: 27 bolsos combinados en piel de babilla, piton reticulado

**EX E**

Powered by CS CamScanner

CITES
CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

1. Válido hasta el
14-diciembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Jhohan Rivas
Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   Las pieles de Python reticulata utilizadas en los
artículos son especímenes de reexportación (Conf. 12,3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver la respaldo)
T

5b. Estampilla de seguridad
CO1332080

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver la respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. Babilla — Caiman crocodilus fuscus | 40 bolsos combinados en babilla de 800 cm2 y pitón reticulado de 400 cm2, con marquillas numeradas del 537871 al 537910 | 10. II C | 11. 40 Artículos   11a. Cupo nacional |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO40781 | Fecha 15/06/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación★ ★ o fecha de adquisición★ ★ ★ |
| B | 7./8. Pitón reticulado — Python reticulatus | bolsos combinados con 400cm2, en piel de pitón (con la misma información de la sección A, casilla 9 ) | 10. II C | 11.   11a. Cupo nacional |
| | 12. País de origen ★ REP. LAOS | Permiso No. 064/12 | Fecha 26/01/2012 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50109/13E | Fecha 12/04/2013 | 12b. No. de la operación★ ★ o fecha de adquisición★ ★ ★ |
| B | 7./8. ★★★★★ ★★★★★★ | ★★★★★★★★ | 10. ★ ★★★★★ ★★ | 11. ★★★★★★   11a. Cupo nacional |
| | 12. País de origen ★ ★★★★ | Permiso No. ★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. de la operación★ ★ o fecha de adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO   Luis S. Arbeláez
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                 15-junio-2016
Lugar                        Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACIÓN DE LA EXPORTACIÓN    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 20 ARt |
| B | Un Nodos |
| C | |

CALI    0 7 JUL 2016
Puerto de exportación ✗    Fecha    Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE         PERMISO/CERTIFICADO No. CO  40781

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
0 7 JUL 2016

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO  40781

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE:
NOMBRE DEL ESTABLECIMIENTO:  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:  1194 181 050   Jhohan Rivas

SALVOCONDUCTO No.

NOMBRE, Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:  Andres S. Arbeláez Piña

DEX No.

OBSERVACIONES:  20 bolsos en pri casilla
ton 0 nodos

EX F

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 40667

| | |
|---|---|
| [X] EXPORTACION | |
| [ ] RE-EXPORTACION | |
| [ ] IMPORTACION | |
| [ ] OTRO: | 2. Válido hasta el 05-noviembre-2016 |

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

_Firma del Titular_

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

_Libertad y Orden_

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)  T

5b. Estampilla de seguridad  CO1331972

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla*  *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 accesorios de 160 cm2 con marquillas numeradas del 648126 al 648250 | 10.  II  C | 11. 125 Artículos  11a. Cupo nacional |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO40667 | Fecha  06/05/2016 | 12a. País de la última reexportación  ***** | No. de certificado  ********** | Fecha  ****** | 12b. No. de la operación ★ o fecha de la adquisición ★★ |
| 7./8.  ******  ****** | ****** | 10.  #.#  ** | 11.  11a. Cupo nacional |
| 12. País de origen ★  3 ***** | Permiso No.  *** | Fecha  **** | 12a. País de la última reexportación  ****** | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★★ |
| 7./8.  ****  ************** | ************ | 10.  ##  *** | 11.  11a. Cupo nacional |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★★★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:
_Andres S. Andrade_

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  06-mayo-2016
Lugar    Fecha    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 31 ART |
| B | |
| C | |

CALI
0 7 JUL 2016

Puerto de exportación    Fecha    _Andres S. Andrade_    Firma    Sello y cargo oficiales

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    PERMISO/CERTIFICADO No. CO 40667

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
0 7 JUL 2016

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40667

1144181050

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB

FECHA DE EMBARQUE: _____

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _____

SALVOCONDUCTO No. _____

NOMBRE, Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _Andres S. Andrade_

DEX No. _____

OBSERVACIONES: _A6 Bolsos y 15 Accesorios en piel de Babilla_

Powered by [CS] CamScanner

PERMISO/CERTIFICADO No. CO **40663**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **04-noviembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

5. Condiciones especiales

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)   T

5b. Estampilla de seguridad   CO1331969

| 7/8. NOMBRE COMUN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* *Caiman crocodilus fuscus* | 125 bolsas de 1200 cm2, con marquillas numeradas del 647876 al 648000 | 10. II C | 11. 125 Artículos |
| | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No./de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40663 | 06/05/2016 | ***** | ********** | ****** | |

| 7/8. ★★★★★ ★★★★★ | ***** | | | | | 10. ★★ ★★ | 11. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ***** | ★★★ | **** | ***** | | | |

| 7/8. ★★★★ ★★★★★★★★★★ | *********** | | | | | 10. ★★ ★★★ | 11. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| | | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   05-mayo-2016
Lugar   Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | |
| C | |

CALI   0 9 JUL 2016
Puerto de exportación   Fecha   Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40663**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y Desarrollo SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40663**

FECHA DE EMBARQUE: 0 9 JUL 2016

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

NOMBRE DEL ESTABLECIMIENTO:

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 13 56430

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Andres S Arboleda Díaz

DEX No.

OBSERVACIONES: 27 Bulsus pca de Babilla

EX H

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40799**

**CITES** CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

1. □ EXPORTACIÓN
   ☒ RE-EXPORTACIÓN
   □ IMPORTACIÓN
   □ OTRO:

2. Válido hasta el
19-diciembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

_____
Firma del Titular

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
        Las piezas de Python reticulatus utilizadas en los
articulos son especimenes de reexportación (Conf. 12.3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332097

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 647701 al 647750 | 10. II C | 11. 50 Articulos 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40799 | Fecha 20.06.2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
| **B** 7./8. *Piton reticulado* *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |
| 12. País de origen ★ REP. LAOS | Permiso No. 053/12 | Fecha 26/01/2012 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50109/13E | Fecha 12/04/2013 | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
| **B** 7./8. ★★★★★★ ★★★★★★★ | ★★★★★★★★★ | 10. ★★ ★★★★★ | 11. ★★★★★ 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★★★★ | Fecha ★★★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. de la operación★ ★ o fecha se la adquisición★ ★ ★ |

★ Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especimenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        20-junio-2016
Lugar              Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACIÓN DE LA EXPORTACIÓN    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 29 ART |
| B | Combinado |
| C | |

CALI    0 9 JUL 2016

Puerto de exportación    Fecha

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMB
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE    PERMISO/CERTIFICADO No. CO **40799**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

0 9 JUL 2016

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40799**

FECHA DE EMBARQUE:
**C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S**
NOMBRE DEL ESTABLECIMIENTO:    NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMB

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:
SALVOCONDUCTO No. 1356433

DEX No. _____    OBSERVACIONES: 29 Bolsos Combinados piel
Babilla y Python

EX I

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40803**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el
19 diciembre 2016

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,<br>NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL SAS<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |

Firma del Titular

| 3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK) | 6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa |

5. Condiciones especiales
Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II, e.).

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
| | CO1332101 |

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8.<br>*Babilla*<br>*Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, piton reticulado de 400 cm2, con marquillas numeradas del 651001 al 651050 | 10.<br>II | 11.<br>50<br>Articulos |
| | | | 11a. Cupo nacional<br>C |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40803 | 20.06.2016 | ★★★★★ | ★★★★★★★★ | ★★★★ | |

| 7./8.<br>*Piton reticulado*<br>*Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9) | 10.<br>II | 11. |
| | | | 11a. Cupo nacional<br>C |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 063/12 | 26.11.2012 | ESTADOS UNIDOS 09/13E | 12/04/2013 | | |

| 7./8.<br>★★★★★ | ★★★★★★★★ | 10.<br>★ | 11.<br>★★★★★ |
| | | | 11a. Cupo nacional<br>★★ |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-junio-2016
Lugar          Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACIÓN DE LA EXPORTACIÓN          15. Conocimiento de embarque/carga o porte aéreo.

| Sección | Cantidad |
|---|---|
| A | 30 ART |
| B | (0) Ninguno |
| C | |

CALI   **1 2 JUL 2016**
Puerto de exportación          Fecha          Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40803**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE   **1 2 JUL 2016**
NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

No. DEL PERMISO **40803**

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:
SALVOCONDUCTO No. 1356434
DEX No.
OBSERVACIONES: 30 Bolsos combinados piel Babilla

EX J

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40824**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| [X] | EXPORTACION |
| [ ] | RE-EXPORTACION |
| [ ] | IMPORTACION |
| [ ] | OTRO: |

2. Válido hasta el
27-diciembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
| T | CO1332122 |

| 7,8. NOMBRE COMUN MAS CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla* <br> *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 650501 al 650550 | 10. <br> II <br> C | 11. **50** <br> Artículos <br> 11a. Cupo nacional |
| 12. País de origen ★ <br> COLOMBIA | Permiso No. <br> CO40824 | Fecha <br> 29/06/2016 | 12a. País de la última reexportación <br> ★★★★★ | No. de certificado <br> ★★★★★★★★★ | Fecha <br> ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★★ |
| 7,8. *Piton reticulado* <br> *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. <br> II <br> C | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★ <br> REP. LAOS | Permiso No. <br> 053/12 | Fecha <br> 26/01/2012 | 12a. País de la última reexportación <br> ESPAÑA | No. de certificado <br> ES-LC-50109/13E | Fecha <br> 12/04/2013 | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7,8. <br> ★★★★★ <br> ★★★★★★★ | ★★★★★★★★★ | 10. <br> ★ <br> ★★ | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★ <br> ★★★★★ | Permiso No. <br> ★★★★★★★ | Fecha <br> ★★★★★★ | 12a. País de la última reexportación <br> ★★★★★ | No. de certificado <br> ★★★★ | Fecha <br> ★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★★ |

★  Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★  Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★  Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 28-junio-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 46 Art |
| B | Combinados |
| C | |

CALI   1 4 JUL 2016

Puerto de exportación | Fecha | Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
Sello Cargo Oficial
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40824**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40824**

FECHA DE EMBARQUE: 1 4 JUL 2016

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1356460

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

DEX No.

OBSERVACIONES: 46 bolsos Combinados

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX K

Powered by  CamScanner

**CITES**
CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO **40716**

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **23-noviembre-2016**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

_Diana Ader Diaz_
Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
En la casilla No. 11 debe decir 150 Artículos, de acuerdo a lo mencionado en la casilla No. 9

_Nicaragua_

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332016

| 7/8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648501 al 648650 | 10. **II** C | 11 **150** Pieles 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40716 | 24/05/2016 | ***** | ********** | ****** | |

| 7/8. ***** ********* | | ********* | | | 10. ** C | 11. 11a. Cupo nacional |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ***** | ********* | ****** | ****** | ********** | **** | |

| 7/8. ***** ****** | | ********* | | | 10. * ** | 11. ***** 11a. Cupo nacional |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| **** | ********* | ****** | ***** | ***** | ***** | |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★  Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★  Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        24-mayo-2016
Lugar                Fecha              Estampilla de seguridad, firma y sello oficiales

14. APROBACIÓN DE LA EXPORTACIÓN    15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 85 Art |
| B | |
| C | |

CALI   **1 9 JUL 2016**    _Andres C. Antonio_
Puerto de exportación      Fecha        Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOM[BIA]
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE    PERMISO/CERTIFICADO No. CO **40716**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
**1 9 JUL 2016**

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **40716**
CVC
Corporación Autónoma Regional del Valle del Cauca

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

SALVOCONDUCTO No. _1356443_

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _Diana Zegarda Diaz_
_1.111.819.311_ REPÚBLICA DE COLOME[BIA]

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _Andres L. Antonio_

OBSERVACIONES: _85 Bolsos Piel de Babilla_

Powered by CamScanner

EX L

PERMISO/CERTIFICADO No. CO **40720**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)

SZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   En la casilla No. 11 debe decir 150 Artículos, de acuerdo a lo mencionado en la casilla No. 9

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332020 |

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8.  Babilla  *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 649101 al 649250 | 10.  II  C | 11.  150  Pieles  11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40720 | 24/05/2016 | ***** | ********** | ****** | |

| 7/8. | | | | | 10. | 11. |
|---|---|---|---|---|---|---|
| ******** | | | ********* | | ** | ** |
| ********* | | | | | ** | ** |
| | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ****** | | | ****** | ********** | **** | |

| 7/8. | | | | | 10. | 11. |
|---|---|---|---|---|---|---|
| ***** | | | ********* | | ** | ***** |
| ****** | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| **** | ********** | ****** | ***** | ***** | ***** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 90 AR+ |
| B | |
| C | |

CALI   2 1 JUL 2016

Puerto de exportación    Fecha    Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        PERMISO/CERTIFICADO No. CO

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
2 1 JUL 2016

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40720**

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

SALVOCONDUCTO No.

DEX No.

OBSERVACIONES: 90 Bolsos Piel de Babilla

EX M

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40825**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACION

☐ RE-EXPORTACION

☐ IMPORTACION

☐ OTRO:

2. Válido hasta el
27-diciembre-2016

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales** Las pieles de Python reticulatus utilizadas en los
artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

**5a. Fin de la transacción (ver al respaldo)**
T

**5b. Estampilla de seguridad**
CO1332123

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| A | *Babilla* <br> *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y pitón reticulado de 400 cm2, con marquillas numeradas del 650551 al 650600 | 10. <br> II <br> C | 11. **50** Artículos <br> 11a. Cupo nacional |
| | **12. País de origen ★** COLOMBIA | **Permiso No.** CO40825 | **Fecha** 28.06.2016 | **12a. País de la última reexportación** ***** | **No. de certificado** ********** | **Fecha** ****** | **12b. No. de la operación ★ o fecha de la adquisición ★ ★** |
| B | *Pitón reticulado* <br> *Python reticulatus* | bolsos combinados con 400cm2, en piel de pitón (con la misma información de la sección A, casilla 9 ) | 10. <br> II <br> C | 11. <br> 11a. Cupo nacional |
| | **12. País de origen ★** REP. LAOS | **Permiso No.** 063/12 | **Fecha** 26/01/2012 | **12a. País de la última reexportación** ESPAÑA | **No. de certificado** ES-LC-50109/13F | **Fecha** 12/04/2013 | **12b. No. de la operación ★ o fecha de la adquisición ★ ★** |
| B | 7./8. ***** <br> ******* | ********* | 10. <br> * <br> ** | 11. ****** <br> 11a. Cupo nacional |
| | **12. País de origen ★** ***** | **Permiso No.** ********* | **Fecha** ***** | **12a. País de la última reexportación** ***** | **No. de certificado** ***** | **Fecha** ***** | **12b. No. de la operación ★ o fecha de la adquisición ★ ★** |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                    28-junio-2016
Lugar                          Fecha                    Estampilla de seguridad, firma y sello oficiales

**14. APROBACION DE LA EXPORTACION**

**15. Conocimiento de embarque/carga o porte aéreo:**

| Sección | Cantidad |
|---|---|
| A | 37 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación

2 7 JUL 2016
Fecha

Firma

Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 40825**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO 40825**

FECHA DE EMBARQUE: 2 7 JUL 2016

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356423

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 37 Bolsos Combinados en piel
de babilla y pitón reticulado.

Powered by CamScanner

**PERMISO/CERTIFICADO No. CO** 40719

**CITES**
CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

| | |
|---|---|
| ☐ EXPORTACIÓN | |
| ☐ RE-EXPORTACIÓN | |
| ☐ IMPORTACIÓN | |
| ☐ OTRO: | 2. Válido hasta el **23-noviembre-2016** |

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**
En la casilla No. 11 debe decir 150 Articulos, de acuerdo a lo mencionado en la casilla No. 9.

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332019 |

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648951 al 649100 | 10. **II** | 150 Pieles |
| | | 11a. Cupo nacional | |
| | | C | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40719 | 24/05/2016 | ***** | ********** | ****** | |

| 7./8. ****** | | | | | 10. ** | 11. |
|---|---|---|---|---|---|---|
| ********** | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ****** | | | ****** | ********** | **** | |

| 7./8. ****** | | | | | 10. * | 11. |
|---|---|---|---|---|---|---|
| ****** | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| **** | ********** | ********** | ***** | ***** | ***** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

**13. ÉSTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**
MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

**14. APROBACION DE LA EXPORTACION**

**15. Conocimiento de embarque/carga o porte aéreo:**

| Sección | Cantidad |
|---|---|
| A | 139 AZT |
| B | |
| C | |

CALI

3 0 JUL 2016

| Puerto de exportación | Fecha | Firma | Sello y cargo oficiales |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** 40719

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO** 40719

FECHA DE EMBARQUE: 3 0 JUL 2016

NOMBRE DEL ESTABLECIMIENTO: _____

NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBE: John Luis Banilla

SALVOCONDUCTO No. 135647D

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
16 934 08

DEX No. _____

OBSERVACIONES: 139 Bolsos en piel de babilla

Powered by CamScanner

EX O

**PERMISO/CERTIFICADO No. CO** 40872

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
18-enero-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales     Las pieles de Python reticulatus utilizadas en los
artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)    5b. Estampilla de seguridad
T                           CO1332166

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso si la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla* *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, piton reticulado de 400 cm2, con marquillas numeradas del 632701 al 632750 | 10. II C | 11. 50 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40872 | 19/07/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7./8. *Piton reticulado* *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 152/11 | 12/08/2011 | ESPAÑA | ES-LC-50014/12E | 25/01/2012 | |

| 7./8. ★★★★★ ★★★★★★ | ★★★★★★★ | 10. ★ ★★★★★★ ★★ | 11. ★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★★★ | ★★★★★ | |

★  Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★  Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★  Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          19-julio-2016
Lugar                 Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 29 ART |
| B | Combinados |
| C | |

CALI          0 2 AGO 2016
Puerto de exportación    Fecha          Firma          Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**     **PERMISO/CERTIFICADO No. CO** 40872

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40872

FECHA DE EMBARQUE:  0 2 AGO 2016

NOMBRE DEL ESTABLECIMIENTO:

SALVOCONDUCTO No. 135647 6

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

REPUBLICA DE COLOMBIA

OBSERVACIONES: 29 Bolsos combinados en piel
de babilla y piton reticulado
22

EX P

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 40967

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
15-febrero-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332253 |

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla _Caiman crocodilus fuscus_ | 100 bolsos de 1200 cm2 , con marquillas numeradas del 650401 al 650500 | 10. II C | 11. 100 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40967 | 16/08/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★ | ★★★★★★ | 10. ★★ | 11. ★★★ |
|---|---|---|---|
| **B** ★★★★★★★★★★ | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★ | ★★★★★★ | 10. ★★ | 11. |
|---|---|---|---|
| **B** ★★★★★★★★★★★★★★ | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★ | ★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 16-agosto-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 88 ART |
| B | |
| C | |

CALI

Puerto de exportación

03 SEP 2016
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 40967

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: 03 SEP 2016

No. DEL PERMISO 40967

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO:
John Luis Bonilla

SALVOCONDUCTO No. 1369-31

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

DEX No.

OBSERVACIONES: 88 Bolsos en Piel de Babilla

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX Q

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40717**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)     ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

En la casilla No. 11 debe decir 150 Articulos, de acuerdo a lo mencionado en la casilla No. 9

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Para animales vivos: Esta permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332017

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad |
|---|---|---|---|
| 7/8. Babilla   Caiman crocodilus fuscus | 150 bolsos de 1200 cm2, con marquillas numeradas del 648651 al 648800 | II    C | 150 Pieles |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40717 | Fecha 24/05/2016 | 12a. País de la última reexportación ★★★★ | No. de certificado ★★★★★★★★ | Fecha ★★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición ★ ★ | | 11a. Cupo nac |
| 7/8. ★★★★★   ★★★★★★★★★ | ★★★★★★★★★ | | 10. ★★    ★★ | 11. | | 11a. Cupo nr |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★★★★ | Fecha ★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ | | |
| 7/8. ★★★★★   ★★★★★★ | ★★★★★★★★ | | 10. ★    ★★ | 11. | | 11a. Cupo n.... |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★ | Fecha ★★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ | | |

★  Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★  Solamente para los especimenes nacidos o criados en cautividad con fines comerciales.
★ ★ ★  Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          24-mayo-2016
Lugar                 Fecha                  Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 89 A 27 |
| B | |
| C | |

CALI
Puerto de exportación

0 4 AGO 2016
Fecha

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

CVC
Corporación Autónoma
Regional del Valle del Cauca
Sello Corporación del Valle del Cauca
REPÚBLICA DE COLOMBI...

PERMISO/CERTIFICADO No. CO **40717**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE:
0 4 AGO 2016

No. DEL PERMISO **40717**

1.111 613 311

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1356V 96

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMB...

DEX No.

OBSERVACIONES: 89 Bolsos en Piel de babilla

EX R

Powered by   CS CamScanner

PERMISO/CERTIFICADO No. CO **40973**

CITES
CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

1. ☐ EXPORTACION
   ☐ RE-EXPORTACION
   ☐ IMPORTACION
   ☐ OTRO:

2. Válido hasta el
   15-febrero-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País de destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISENO Y MODA INTERNACIONAL"S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)     5b. Estampilla de seguridad
T                                                CO1332259

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  *Caiman crocodilus fuscus* | 50 bolsas de 1200 cm2 , con marquillas numeradas del 649551 al 649600 | 10. II  C | 11. 50 Articulos |
| | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40973 | 16/08/2016 | | | | |

| 7./8. | | | | | | 10. | 11. |
| | | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

| 7./8. | | | | | | 10. | 11. |
| | | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especimenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          16-agosto-2016
Lugar                 Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 19425 |
| B | |
| C | |

CALI          0 7 SEP 2016
              Puerto de exportación          Fecha          Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **40973**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40973**

FECHA DE EMBARQUE     0 7 SEP 2016

NOMBRE DEL ESTABLECIMIENTO:   *John Luis Bonilla*
                              Técnico Operativo

SALVOCONDUCTO:   7367766  0776

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO   11441810

NOMBRE Y FIRMA DEL FUNCIONARIO   *John Luis Bonilla*
DE LA AUTORIDAD AMBIENTAL:   Técnico Operativo

OBSERVACIONES:

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX S

Powered by CamScanner

PERMISO/CERTIFICADO No. CO 40718

| CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | | |
|---|---|---|
| ☒ EXPORTACION | | |
| ☐ RE-EXPORTACION | | |
| ☐ IMPORTACION | | |
| ☐ OTRO: | 2. Válido hasta el | 23-noviembre-2016 |

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales   En la casilla No. 11 debe decir 150 Artículos, de acuerdo a lo mencionado en la casilla No. 9.

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

| 5a. Fin de la transacción (ver el respaldo)  T | 5b. Estampilla de seguridad  CO1332018 |
|---|---|

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla*  *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648901 al 648950 | 10. II C | 11 150 Pieles 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40718 | Fecha 24/05/2016 | 12a. País de la última reexportación ****** | No. de certificado ********** | Fecha ****** | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
| **B** 7./8. ***** ******** | ******** | | 10. ** ** | 11. 11a. Cupo nacional |
| 12. País de origen ★ ****** | Permiso No. ******** | Fecha | 12a. País de la última reexportación ****** | No. de certificado *********** | Fecha **** | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
| **B** 7./8. ***** ****** | ******** | | 10. * ** | 11. ****** 11a. Cupo nacional |
| 12. País de origen ★ **** | Permiso No. ******* | Fecha | 12a. País de la última reexportación ***** | No. de certificado ***** | Fecha ***** | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | Estampilla de seguridad, firma y sello oficiales |
|---|---|---|
| Lugar | Fecha | |

14. APROBACION DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 110 ART |
| B | — |
| C | — |

CALI
Puerto de exportación

0 8 AGO 2016
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   PERMISO/CERTIFICADO No. CO 40718

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40718

| FECHA DE EMBARQUE | 0 8 AGO 2016 | |
|---|---|---|
| NOMBRE DEL ESTABLECIMIENTO | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S | NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO John Luis Bonilla |
| SALVOCONDUCTO No. | 1356V95 | NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo |
| DEX No. | | OBSERVACIONES: 110 Bolsos en piel de babilla |

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX T

Powered by CamScanner

CITES

CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO 40875

| | EXPORTACION |
|---|---|
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del titular

**5. Condiciones especiales** Las piezas de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Fin de la transacción (ver al respaldo)**
T

**5b. Estampilla de seguridad**
CO1332169

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 53 bolsos combinados en babilla de 800 cm2, y piton reticulado de 400 cm2, con marquillas numeradas del 649848 al 649900 | 10. II C | 11. 53 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40875 | 19/07/2015 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7./8. Piton reticulado *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| VIETNAM | 12VN00155/CT-KL | 04/01/2012 | ESPAÑA | ES-LC-50125/13E | 16/05/2013 | |

| 7./8. ★★★★★ ★★★★★★★ | ★★★★★★★★ | 10. ★★ ★★ | 11. ★★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★★ | ★★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C. — 19-julio-2016
Lugar — Fecha

Estampilla de seguridad, firma y sello oficiales

**14. APROBACION DE LA EXPORTACION**

**15. Conocimiento de embarque/carga o porte aéreo:**

| Sección | Cantidad |
|---|---|
| A | 4 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación

1 0 SEP 2016
Fecha

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 40875**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE 1 0 SEP 2016

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC/1369744 04/04/16

DEX No. 66276543+87

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO 40875

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES: bolsos combinados en piel de babilla y piton reticulado

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX U

Powered by CamScanner

CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO **40971**

☐ EXPORTACION
☐ RE-EXPORTACION
☐ IMPORTACION
☐ OTRO:

2. Válido hasta el
15-febrero-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332257

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 60 bolsos de 1200 cm2 , con marquillas numeradas del 651171 al 651230 | 10. II C | 11. 60 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40971 | 15/08/2016 | ★★★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★ ★★★★★★★★★★ | | | ★★★★★ | | | 10. ★★ ★★ | 11. ★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★★ ★★★★★★★★★★ | | | ★★★★ | | | 10. ★★ ★★ | 11. |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                16-agosto-2016
Lugar                         Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 47 ART |
| B | |
| C | |

CALI

1 2 SEP 2016

Puerto de exportación                Fecha             Firma

REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40971**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE: 1 2 SEP 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

SALVOCONDUCTO No. CVC 1369144 08/09/16

DEX No. 6027605432687

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40971**

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo   REPUBLICA DE COLOMBIA

OBSERVACIONES: 47 Bolsos en Piel de Babilla

EX V

Powered by CamScanner

**PERMISO/CERTIFICADO No. CO 40968**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **15-febrero-2017**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)  **T**

5b. Estampilla de seguridad  **CO1332254**

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8.  Babilla  Caiman crocodilus fuscus | 100 bolsos de 1200 cm2 , con marquillas numeradas del 650901 al 651000 | 10.  II  C | 11 100 Articulos 11a. Cupo nacional |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO40968 | Fecha  16/08/2016 | 12a. País de la última reexportación  ★★★★★ | No. de certificado  ★★★★★★★★★ | Fecha  ★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
| 7./8.  ★★★★  ★★★★★★★★★★ | | 10.  ★★  ★★ | 11 ★★  ★★★★★  11a. Cupo nacional |
| 12. País de origen ★  ★★★★ | Permiso No.  ★★★★★★ | Fecha  ★★★★★★ | 12a. País de la última reexportación  ★★★★★★ | No. de certificado  ★★★★★★★★★ | Fecha  ★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
| 7./8.  ★★★★★  ★★★★★★★★★★★★ | | 10.  ★★  ★★ | 11.  ★★  ★★  11a. Cupo nacional |
| 12. País de origen ★  ★★★★ | Permiso No.  ★★★★★★ | Fecha  ★★★★★★ | 12a. País de la última reexportación  ★★★★★ | No. de certificado  ★★★★★★★★★ | Fecha  ★★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    16-agosto-2016
Lugar            Fecha                   Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 56 ART |
| B | — |
| C | — |

CALI

2 1 SEP 2016
Fecha          Firma

Puerto de exportación

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOM
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

**PERMISO/CERTIFICADO No. CO 40968**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO **40968**

FECHA DE EMBARQUE:  2 1 SEP 2016

NOMBRE DEL ESTABLECIMIENTO:  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No.  1369717

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

DEX No.  602760591010L

OBSERVACIONES:  56 bolsos en piel Bbilla

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB

Powered by CamScanner

EX W

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 32 of 85

**PERMISO/CERTIFICADO No. CO** 41087

CITES

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
25-marzo-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
S EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332366

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla* *Caiman crocodilus fuscus* | 149 bolsas de 1200 cm2, con marquillas numeradas del 652651 al 652799 | 10. II C | 149 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41087 | 26/09/2016 | ***** | ***** | ****** | |

| 7,8. ***** ***** | ***** | | 10. ** ** | 11 **** ***** 11a. Cupo nacional |
|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

| 7,8. ****** ***** | *** | | 10. ** ** | 11. *** **** 11a. Cupo nacional |
|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★   Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★   Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

26-septiembre-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 55 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 4 OCT 2016
Fecha

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** 41087

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 41087

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla

SALVOCONDUCTO No. CVC 1369999/0431-11

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No. 6077606443141

OBSERVACIONES: 55 Bolsos en Piel de babilla

EX X

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **41087**

| | |
|---|---|
| ☐ | EXPORTACION |
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el: 25-marzo-2017

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

**5a. Fin de la transacción (ver al respaldo)** T

**5b. Estampilla de seguridad** CO1332366

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** Babilla *Caiman crocodilus fuscus* | 149 bolsas de 1200 cm2, con marquillas numeradas del 652651 al 652799 | 10. II C | 149 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41087 | 25/09/2016 | ***** | ***** | ****** | |

| 7./8. ***** | | | ***** | | | 10. ** ** | 11.** ***** |
|---|---|---|---|---|---|---|---|
| ***** | | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★★ |
|---|---|---|---|---|---|---|
| ***** | *** | *** | ***** | *** | *** | |

| 7./8. ****** | | | *** | | | 10. ** ** | 11. *** **** |
|---|---|---|---|---|---|---|---|
| ***** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la adquisición★ ★ o fecha de la adquisición★ ★★ |
|---|---|---|---|---|---|---|
| ***** | *** | *** | ***** | *** | *** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.      26-septiembre-2016
Lugar      Fecha      Estampilla de seguridad, firma y sello oficiales

**14. APROBACION DE LA EXPORTACION**      **15. Conocimiento de embarque/carga de porte aéreo:**

| Sección | Cantidad |
|---|---|
| A | 55 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 4 OCT 2016
Fecha

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**      **PERMISO/CERTIFICADO No. CO 41087**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO 41087**

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Rivera

SALVOCONDUCTO No: CVC 1369999/0431-11

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No. 6077606443141      OBSERVACIONES: 55 Bolsos en Piel de babilla



EX Y


Powered by CamScanner

PERMISO/CERTIFICADO No. CO **41086**

| | | |
|---|---|---|
| **CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE** | X EXPORTACION | |
| | RE-EXPORTACION | |
| | IMPORTACION | |
| | OTRO: | 2. Válido hasta el 25-marzo-2017 |

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Andrea Rivas*
Firma del Titular

3a. País de destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332365 |

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7/8. Babilla *Caiman crocodilus fuscus* | 30 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 652601 al 652630 | 10. II C | 11 30 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41086 | 25/09/2016 | ★★★★★ | ★★★★★ | ★★★★★★★ | |

| | | |
|---|---|---|
| **B** 7/8. Piton reticulado *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton reticulado (con la misma información de la sección A, casilla 9 ) | 10. II C — 11 ★★ ★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 152/11 | 12/08/2011 | ESPAÑA | ES-LC-50014/12F | 25/01/2012 | |

| | | |
|---|---|---|
| **B** 7/8. ★★★★★★ ★★★★ | ★★★ | 10. ★★ — 11 ★★★ ★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★ | ★★★ | | ★★★ | ★★★ | |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★   Solamente para los especímenes nacidos o criados en cautividad con fines comerciales.
★ ★ ★   Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 26-septiembre-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION   |   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 20 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación   |   0 4 OCT 2016 Fecha   |   Firma

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   |   PERMISO/CERTIFICADO No. CO **41086**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41086**
1149 181069

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: *Andrea Rivas*

SALVOCONDUCTO No. CVC 1369800/04-10-16

NOMBRE, Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla Técnico Operativo

DEX No. 607 7606436166

OBSERVACIONES: 24 Bolsos combinados en piel de babilla y piton reticulado

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**EX Z**

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO **41074**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
14-marzo-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales  Las pieles de Varanus salvator utilizadas en los artículos son especimenes de reexportación (Conf. 12.3 Sección II e.)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332353

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. A  *Babilla*  *Caiman crocodilus fuscus* | 20 bolsos combinados en babilla de 800 cm2 y serpiente del ratti de 400 cm2, con marquillas numeradas del 570301 al 570320 | 10.  II  C | 11.  20  Articulos  11a. Cupo nacional |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO41074 | Fecha  15/09/2016 | 12a. País de la última reexportación  ***** | No. de certificado  ********** | Fecha  ****** | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
| 7./8. B  *Serpiente del ratti indiano*  *Ptyas mucosus* | bolsos combinados con 400cm2, en piel de serpiente y babilla de 800cm2, (con la misma información de la sección A, casilla 9 ) | 10.  II  W | 11.  11a. Cupo nacional |
| 12. País de origen ★  INDONESIA | Permiso No.  02073/VI/SATS-LN/1999 | Fecha  19/03/1999 | 12a. País de la última reexportación  ITALIA | No. de certificado  IT/RX/2010/FI/00020 | Fecha  11/01/2010 | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
| 7./8. B  ★★★★★  ★★★★★★★ | ★★★★★★★★ | 10.  ★  ★★ | 11.  ★★★★★★  11a. Cupo nacional |
| 12. País de origen ★  **** | Permiso No.  ********** | Fecha  ******** | 12a. País de la última reexportación  ***** | No. de certificado  ***** | Fecha  ***** | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |

★ Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes nacidos y criados en cautividad.
★ ★ ★ Para los especimenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  15-septiembre-2016
Lugar  Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 16 ART |
| B | combinados |
| C | |

CALI
Puerto de exportación

2 9 OCT 2016
Fecha

Firma

REPUBLICA DE COLOMBIA

PERMISO/CERTIFICADO No. CO **41074**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41074**

FECHA DE EMBARQUE  2 9 OCT 2016

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

DEX No.  60276075152401

NOMBRE, IDENTIFICACIÓN Y FIRMA DE REVISOR
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

REPUBLICA DE COLOMBIA

OBSERVACIONES: 16 Bolsos combinados en piel de babilla y serpiente del ratti indiano

EX AA

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **41309**

| CITES | CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | ☐ EXPORTACION  ☐ RE-EXPORTACION  ☐ IMPORTACION  ☐ OTRO: | 2. Válido hasta el **01-junio-2017** |

**3. Importador (nombre y dirección)**
SZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Titular*

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

*Libertad y Orden*

| 5a. Fin de la transacción (ver al respaldo) T | 5b. Estampilla de seguridad **CO1332572** |

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2, con marquillas numeradas del 632221 al 632300 y del 649981 al 649880 | 10. **II** C | 11. **100** Artículos 11a. Cupo nacional |

| 12. País de origen ★ COLOMBIA | Permiso No. CO41309 | Fecha 02/12/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★★ ★★★★★ | ★★★★★ | 10. ★★ | 11.★★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ ★★★★ | Permiso No. ★★★ | Fecha ★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★ | Fecha ★★★ | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★★★ ★★★★★ | ★★★ | 10. ★★ | 11. ★★★★★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ ★★★★ | Permiso No. ★★★ | Fecha ★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★ | Fecha ★★★ | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 02-diciembre-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

**14. APROBACION DE LA EXPORTACION**

**15. Conocimiento de embarque/carga o porte aéreo:**

| Sección | Cantidad |
|---|---|
| A | 58 ART. |
| B | — |
| C | — |

CALI

0 3 ENE 2017

*Puerto de exportación* — *Fecha* — REPÚBLICA DE COLOMBIA — *Sello y cargo oficiales*

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **41309**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41309**

FECHA DE EMBARQUE: 0 3 ENE 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: ___ Langa 93432

SALVOCONDUCTO No.: CVC 1369938

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: ___ Tito Morillo V.

DEX No.: G0276101S8013

OBSERVACIONES: 58 ARTICULOS DEL CC. BABILLA

**EX BB**

Powered by  CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **01-junio-2017**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332577

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2, con marquillas numeradas del 648751 al 648900 , del 654001 al 654050 | 10. II C | ¹100 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41314 | 02/12/2016 | ★★★★★ | | | |

| 7./8. ★★★★★ ★★★★★ | ★★★★★ | 10. ★★ ★★ | 11.★★ ★★★★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★ | ★★★ | ★★★★★ | ★★★ | ★★★ | |

| 7./8. ★★★★★★ ★★★★★ | ★★★ | 10. ★★ ★★ | 11. ★★★★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★ | ★★★ | ★★★ | ★★★ | ★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★★★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   02-diciembre-2016

Lugar      Fecha      Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 69 Art |
| B | |
| C | |

CALI
Puerto de exportación

1 7 ENE 2017
Fecha

Olga Gutierrez
Firma

Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 41314**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO 41314**

FECHA DE EMBARQUE: 1 7 ENE 2017

NOMBRE DEL ESTABLECIMIENTO:

SALVOCONDUCTO No. 1369-55

DEX No. 602 76107 33832

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Olga Viviana Gutierrez

OBSERVACIONES:

EX CC      Powered by  CamScanner

**CITES**

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| ☐ EXPORTACIÓN | |
| ☐ RE-EXPORTACIÓN | 2. Válido hasta el |
| ☐ IMPORTACIÓN | |
| ☐ OTRO: | **18-octubre 2017** |

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH FLOOR 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL SAS CALI, VALLE DEL CAUCA COLOMBIA |

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

| 5. Condiciones especiales | 6. Nombre, dirección, sello/timbre Nacional y país de la Autoridad Administrativa |
|---|---|
| Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres | República de Colombia **MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** Calle 37 No. 8-40 • Bogotá, D.C. **COLOMBIA**      Libertad y Orden |

| 5a. Propósito de la transacción (véase al dorso) | 5b. Estampilla de seguridad Nº |
|---|---|
| T | CO1332937 |

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Piton reticulado* *Python reticulatus* | 9. 20 bolsos de 800 cm2 con marquillas numeradas del 655151 al 655170 | 10. II W | 11. 20 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| INDONESIA | 15660/IV/SATS-LN/2010 | 30/09/2010 | ESPAÑA | ES-LC-30298/16ES-LC-16 | 05/12/2016 | |

| 7./8. | | | 9. | | 10. | 11. |
|---|---|---|---|---|---|---|
| **B** ★★★★★ ★★★★★ | | | ★★★★ | | ★★ | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★ | |

| 7./8. | | | 9. | | 10. | 11. |
|---|---|---|---|---|---|---|
| **C** ★★★★ ★★★★★★★★★★★ | | | ★★★★★★★★★★★ | | ★★ | 11a. Total exportado/Cupo ★★★★ |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★ | | ★★★★★ | ★★★★★ | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales
★ ★ ★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.              19-abril-2017

| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |
|---|---|---|

| 14. APROBACIÓN DE LA EXPORTACIÓN | CALI | 15. Nº de solicitud de autorización de embarque FMH 9203/2971 |
|---|---|---|
| 0 3 MAY 2017 Fecha | Puerto de exportación | 16. Espacio para la autoridad aduanera |

| Sección | Cantidad |
|---|---|
| A | 17 ART |
| B | |
| C | |

CVC
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     Firma

**PERMISO/CERTIFICADO No. CO 41703**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**
16/734.021
**No. DEL PERMISO 41703**

FECHA DE EMBARQUE: 0 3 MAY 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 1370066

SAE No. FMH 9203/2971

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL RECIBIDO John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES: 17 bolsos en piel de pitón reticulada

CVC
REPUBLICA DE COLOMBIA

EX DD        Powered by  CS CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **41630**

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
30-septiembre-2017

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU SEOL

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332873

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7/8.** *Babilla* *Caiman crocodilus fuscus* | 50 bolsas en babilla de 1200 cm2, con marquillas numeradas del 635941 al 635980, del 631671 al 631680, del 637091 al 637100, del 637891 al 637900, del 637931 al 637940 | 10. **II** C | 11. **50 Artículos** 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41630 | 31/03/2017 | ***** | ********** | ****** | |

| 7./8. ★★★★ ★★★ | ***** | 10. ★★ | 11. ★★★ ★★★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ ****** | Permiso No. ★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ****** | No. de certificado ★★★★★★★★★★ | Fecha ★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ ★★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★ ★★★★★★★★★★★★ | ★★★★★★★★★★★★ | 10. ★★ | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        31-marzo-2017
Lugar                Fecha           Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION       15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 36 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 9 MAY 2017
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
Sello oficial DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE       PERMISO/CERTIFICADO No. CO **41630**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE   0 9 MAY 2017
No. DEL PERMISO **41630**

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN *John Luis Bonilla*

SALVOCONDUCTO No. CVC1370069

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTE Técnico Operativo

DEX No. 60276152 48 68

OBSERVACIONES: 36 Bolsas en Piel de babilla

EX EE

Powered by CamScanner

PERMISO / CERTIFICADO No. CO **41692**

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☒ | EXPORTACIÓN |
| ☐ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el
18-octubre-2017

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU
SEUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)
KOREA (SEOUL)

5. Condiciones especiales
Las piezas de Python reticulatus utilizadas en los articulados la
sección B, son especimens de reexportación (Conf. 12.3 Sección II e. )

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133292B

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especimenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especimenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 10 bolsos combinados en babilla de 800 cm2, python reticulatus de 400 cm2 con marquillas numeradas 650458, 612070, 629646, 649917, 570090, 611929, 570959, 622814, 540854, 566301 | 10. II C | 11. **10 Artículos** 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA  Permiso No. CO41692  Fecha 19/04/2017 | 12a. País de la última reexportación ★★★★★★★★ No. del certificado ★★★★★★  Fecha | | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
| **B** 7./8. *Piton reticulado* *Python reticulatus* | 9. 10 bolsos combinados en babilla de 800 cm2, python reticulatus de 400 cm2 con marquillas numeradas 650458, 612070, 629646, 649917, 570090, 611929, 570959, 622814, 540854, 566301 | 10. II | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ VIETNAM  Permiso No. 15VN27415/CT-KL  Fecha 03/11/2015 | 12a. País de la última reexportación ESPAÑA  No. del certificado ES-LC-50298/16E  Fecha 05/12/2016 | | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
| **C** 7./8. ★★★★ ★★★★★★★★★★★★★ | 9. ★★★★★★★★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★  Permiso No. ★★★★★★★★★  Fecha | 12a. País de la última reexportación ★★★★★  No. del certificado  Fecha | | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |

★ País en el que los especimenes fueron recolectados en la naturaleza; criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especimenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales
★ ★ ★ Para los especimenes preconvención

13. Permiso / Certificado expedido en:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            19-abril-2017
Lugar                        Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
0 9 MAY 2017
Fecha
CALI
Puerto de

15. Nº de solicitud de autorización de embarque
602-7615248768

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 8 ART |
| B | Combinados |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **41692**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **41692**

FECHA DE EMBARQUE  0 9 MAY 2017

NOMBRE DEL ESTABLECIMIENTO  C.I. Diseño y Moda Internacional SAS

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Luis Bonilla

SALVOCONDUCTO No.  CVC 137 0072

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

SAE No. 602 7615248768

OBSERVACIONES: 8 Bolsos Combinadas en piel bab, lla y Piton reticulada

CVC
Corporación Autónoma
regional del valle del Cauca
REPUBLICA DE COLOMBIA

EX FF          Powered by  CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
09-enero-2018

3. Importador (nombre y dirección)
AL TAYER INSIGNIA LLC
AL TAYER LOGISTICS WAREHOUSE AL QUOZ INDUSTRIAL
AREA 3 DUBAI UAE DUBAI

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada) UNITED ARAB EMIRATES (DUBAI)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333168

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* Caiman crocodilus fuscus | 9. 20 bolsos de babilla de 2400 cm con marquillas numeradas del 554811 al 554830 | 10. II C | 11. 20 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO/41064 | Fecha 12/09/2016 | 12a. País de la última reexportación | No. de certificado ES-LC-00017/17E | Fecha 11/04/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. *Babilla* Caiman crocodilus fuscus | 9. 10 bolsos de babilla de 2400 cm con marquillas numeradas del 554831 al 554840 | 10. II C | 11. 10 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO/41054 | Fecha 12/09/2016 | 12a. País de la última reexportación | No. de certificado ES-LC-50008/17E | Fecha 11/04/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. #### ############ | 9. ********** | 10. ** | 11. |
| 12. País de origen ★ ********** | Permiso No. ********** | Fecha | 12a. País de la última reexportación | No. de certificado ***** | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios económicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            10-julio-2017

Lugar                    Fecha                    Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 AGO 2017    CALI

Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 12 Art |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
REPUBLICA DE COLOMBIA
Sello entidad

Puerto de embarque

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 41950**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO 41950**

FECHA DE EMBARQUE 2 3 AGO 2017

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE DEL ESTABLECIMIENTO **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

SALVOCONDUCTO No. CVC 142/513

SAE No. 602716969534XX

OBSERVACIONES: 12 Bolsos Piel Babilla

EX GG                    Powered by    CS CamScanner

**PERMISO/CERTIFICADO No. CO** 42038

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

1. [ ] EXPORTACIÓN
   [ ] RE-EXPORTACIÓN
   [ ] IMPORTACIÓN
   [ ] OTRO:

2. Válido hasta el
02-febrero-2018

3. Importador (nombre y dirección)
GZUNIGA LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, si se aplica a la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333244

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 244701 al 244800 y del 587201 al 587250 | 10. II | 11. 150 Artículos |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42038 | Fecha 1/09/2017 | 12a. País de la última reexportación | No. de certificado ***** | Fecha **** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **B** 7./8. ★★★★<br>★★★★★★★★★★ | 9. ★★★★★ | 10. ★★ | 11. ★★★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ****** | Fecha ***** | 12a. País de la última reexportación | No. de certificado ******** ***** | Fecha ***** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **C** 7./8. ★★★★<br>★★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. |
| | | | ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ *********** | Permiso No. ********** | Fecha | 12a. País de la última reexportación | No. de certificado ***** | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CÉSAR AUGUSTO REY ÁNGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          03-agosto-2017
Lugar                 Fecha                          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 1 SEP 2017          CALI
Fecha                 Puerto de exportación

15. Nº de solicitud de autorización de embarque:
602 762 0705 05 41

16. Espacio para la autoridad aduanera

| Sección | Cantidad | Firma | Sello entidad | Firma |
|---|---|---|---|---|
| A | 123 ART | | | |
| B | | | | |
| C | | | | |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** 42038

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO** 42038

FECHA DE EMBARQUE 0 1 SEP 2017

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL USUARIO Bonilla

SALVOCONDUCTO No. N21588 CVC

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

SAE No. 602 762 0705 05 41

OBSERVACIONES 123 Bolsos piel Babilla

EX HH

Powered by CamScanner

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 43 of 85

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **42043**

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
02-febrero-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Solicitante*

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Las piezas de Python reticulatus, utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.)

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

*Libertad y Orden*

5a. Propósito de la transacción (véase el dorso)

5b. Estampilla de seguridad Nº
CO1333249

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla *Caiman crocodilus fuscus* | 9. 50 bolsos combinados en babilla de 1400 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 545851 al 545900 | 10. II C | 11. 50 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA / Permiso No. CO42043 / Fecha 03/08/2017 | 12a. País de la última reexportación ★★★★★★★★★ / No. de certificado ★★★★★★ / Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |
| **B** 7./8. Piton reticulado *Python reticulatus* | 9. bolsos combinados en piton reticulado 1000 cm2 y babilla de 1400 cm2 (con la misma información de la sección A, casilla 9.) | 10. II W | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ INDONESIA 06523/TV/SATS-LN/2008 / Permiso No. / Fecha 10/06/2008 | 12a. País de la última reexportación ★★★★★ / No. de certificado ES-LC-00033/09E / Fecha 18/12/2009 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |
| **C** 7./8. ★★★★ ★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★★★★ / Permiso No. ★★★★★★★★★ / Fecha | 12a. País de la última reexportación ★★★★★ / No. de certificado ★★★★★ / Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            03-agosto-2017

Lugar            Fecha            *Estampilla de seguridad, firma y sello oficial*

14. APROBACIÓN DE LA EXPORTACIÓN

0 7 SEP 2017            CALI
Fecha            Puerto de exportación

15. Nº de solicitud de autorización de embarque
6027620344361

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 48 ART |
| B | (combinado) |
| C | |

Firma

*Copia entidad Autónoma Regional del Valle del Cauca*

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

REPÚBLICA DE COLOMBIA
PERMISO/CERTIFICADO No. CO **42043**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **4204**

FECHA DE EMBARQUE: 0 7 SEP 2017

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
NOMBRE DEL ESTABLECIMIENTO

SALVOCONDUCTO No. CVC 1421529

SAE No. 6027620344361

John Camilo Avila
CC 1118.245.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 48 Bolsos combinados en pieles babilla y piton reticulado

*Corporación Autónoma Regional del Valle del Cauca*
**REPÚBLICA DE COLOMBIA**

**EX II**

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☐ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el

3. Importador (nombre y dirección)
ZZUNIGA, LTD
5 EAST 5TH I STREET 5TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133327/

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Caiman* *Caiman crocodilus fuscus* | 9. 150 bolsas de 2400 cm2 con marquillas numeradas del 658701 al 658900 y del 520821 al 520870 | 10. II | 11. 150 Artículos |
| | | C | 11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO42069 | Fecha  24/08/2017 | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. | 9. | 10. | 11. |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. | 9. | 10. | 11. |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          24-agosto-2017

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 9 SEP 2017     CALI
Fecha

15. Nº de solicitud de autorización de embarque:
602 762 04 36 461

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 71 ART |
| B | |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42069

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FECHA DE EMBARQUE  0 9 SEP 2017

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC-1421530

SAE No. 6027620436461

FORMATO DE ENTREGA DEL PERMISO CITES

John (Camila Aguilar     No. DEL PERMISO 42069
cc 1187...

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 71 Bolsos en piel de babilla

Powered by **CamScanner**

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [X] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
12-marzo-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH FLOOR 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Las pieles de Ayrien reticulaeue utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.)

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de especímenes vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte por aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133370

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndices y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla *Caiman crocodilus fuscus* | 9. 50 bolsos combinados en babilla de 1400 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 368922 al 368967 y del 584951 al 584954 | 10. II  C | 11. 50 Articulos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA  Permiso No. CO4174  Fecha 13/09/2017 | 12a. País de la última reexportación *********  No. de certificado ******  Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| **B** 7./8. Piton reticulado *Python reticulatus* | 9. bolsos combinados en piton reticulado 1000 cm2 y babilla de 1400 cm2 (con la misma informacion de la seccion A, casilla 9 ) | 10. II  W | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ INDONESIA  Permiso No. 06622/IV/SATS-LN/2008  Fecha 10/06/2008 | 12a. País de la última reexportación ESPAÑA  No. de certificado ES-LC-50033/09E  Fecha 18/12/2009 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| **C** 7./8. ★★★★ ★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ ★★★ | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★★★★★  Permiso No.  Fecha | 12a. País de la última reexportación ★★★★★  No. de certificado  Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        13-septiembre-2017

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 2 SEP 2017        CALI
Fecha

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | (combinados) |
| C | |

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque
6022620091681

16. Espacio para la autoridad aduanera

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        **PERMISO/CERTIFICADO No. CO 42174**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO **42174**

FECHA DE EMBARQUE: 2 2 SEP 2017

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE DEL ESTABLECIMIENTO:

John Camilo Aguilar
CC 1.118.295.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. CVC 142155

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Luis Bonilla  Técnico Operativo

SAE No. 6022620091684

OBSERVACIONES: 27 bolsos combinados babilla y piton reticulado

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX KK        Powered by  CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☐ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
05-mar-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK.)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333331

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** Caiman crocodilus fuscus | 9. 130 bolsos de 2400 cm2 con marquillas numeradas del 488902 al 488986 y del 421626 al 421670 | 10. **II** | 11. **130** Artículos |
| | | C | 11a. Total exportado/Cupo |
| 12. País de origen ★   Permiso No.   Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| COLOMBIA   CO42130   05/09/2017 | ★★★★★   ★★★★★ | | |
| 7./8. ★★★★ ★★★★★★★★★ | 9. ★★★★★ | 10. ★★ | 11. ★★★★ |
| | | ★ | 11a. Total exportado/Cupo |
| 12. País de origen ★   Permiso No.   Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| ★★★★★   ★★★★★★   ★★★★★ | ★★★★★★★★ ★★★★★ | | |
| 7./8. ★★★★ ★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. |
| | | ★★★ | 11a. Total exportado/Cupo |
| 12. País de origen ★   Permiso No.   Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| ★★★★★★★★★★   ★★★★★★★★★★ | | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precriavición.

13. Permiso / Certificado expedido por

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     06-septiembre-2017
Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 9 SEP 2017     CALI
Fecha

15. Nº de solicitud de autorización de embarque
6022621183336

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 50 ARt |
| B | |
| C | |

Firma     CVC     Corporación Autónoma Regional del Valle del Cauca     REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **42130**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
2 9 SEP 2017

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42130**

FECHA DE EMBARQUE

NOMBRE DEL ESTABLECIMIENTO **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

CVC     Corporación Autónoma Regional del Valle del Cauca     REPÚBLICA DE COLOMBIA

SALVOCONDUCTO No.

SAE No.

OBSERVACIONES: 50 Bolsos por d. Bogota

EX LL     Powered by   CamScanner

PERMISO CERTIFICADO No. CO **42124**

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| ☒ | EXPORTACIÓN |
| ☐ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el
**05-marzo-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 - Bogotá, D.C.
**COLOMBIA**
Libertad y Orden

Si se aplica a los animales vivos, este permiso i certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333326

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. *Babilla*  *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 659101 al 659200 | 10. **II** C | 11. **100** **Artículos** |
| | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42124 | 06/09/2017 | ★★★★★★ | ★★★★★ | ★★★★★ | |

| 7./8. | | 9. | 10. | 11. |
|---|---|---|---|---|
| B | ★★★★  ★★★★★★★★★★ | ★★★★★ | ★★  ★ | ★★★★★ |
| | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★★★★ ★★★★★ | | | |

| 7./8. | | 9. | 10. | 11. |
|---|---|---|---|---|
| C | ★★★★  ★★★★★★★★★★★★ | ★★★★★★★★★★ | ★★ | |
| | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★★★★★ | ★★★★★★★★★★★ | | ★★★★★ | ★★★★★ | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        06-septiembre-2017

Lugar                Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 3 OCT 2017     CALI
Fecha        Puerto

15. Nº de solicitud/de autorización de embarque
602762742283342

16. Espacio para la autoridad aduanera

| Sección | Cantidad | |
|---|---|---|
| A | 81 ART | |
| B | — | |
| C | — | Firma |

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**     PERMISO/CERTIFICADO No. CO **42124**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42124**

FECHA DE EMBARQUE: 0 3 OCT 2017

**C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO

SALVOCONDUCTO No. CVC 142 1559

SAE No. 602 762 742 83342

NOMBRE/IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Camilo Ayala
CC 1118 295.087

NOMBRE/FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

OBSERVACIONES: 81 Bolsos en piel de babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Powered by CamScanner

EX MM

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 42576

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **27-junio-2018**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase el dorso)
T

5b. Estampilla de seguridad Nº
CO1333745

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** Babilla Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 374728 al 374749, del 388022 al 388056 y del 215122 al 215165 | 10. II C | 11. 100 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado de reexp. | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41597 | 08/03/2017 | | ES-LC-50340/17E | 06/11/2017 | |

| 7./8. ★★★★★ ★★★★★ | 9. ★★★★★ | 10. ★★ ★★ | 11. 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★★ ★★★★★★★★★★ | 9. ★★★★★ | 10. ★★ ex | 11. ★★★★ ★★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          28-diciembre-2017

Lugar                 Fecha                 Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

23 ENE 2018
CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 42576

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42576

FECHA DE EMBARQUE: 23 ENE 2018

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

SAE No: 602762655925 6

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: John
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 27 Bolsos en Babilla

Powered by CamScanner

EX NN

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☒ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el: **27-junio-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad NF
CO1333742

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla* *Caiman crocodilus fuscus* | 9. 20 agendas de 1000 cm2 numeradas con marquillas del 335140 al 335159 | 10. **II** | 11. **20** Artículos |
| | | C. | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40887 | 19/07/2016 | | ES-LA-50292/17E | 02/10/2017 | |

| 7,8. ★★★★★ | 9. ★★★★★ | 10. ★★ | 11. |
| ★★★★★ | | | ★★ |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★★★★★ | ★★★★ | ★★★★★★★★★★★ | ★★★★★★★★★★★ | ★★★★ | |

| 7,8. ★★★★★ | 9. ★★★★★ | 10. ★★★ | 11. |
| ★★★★★★★★★★ | | | ★★★ |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★★★ | ★★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes provenancions.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          28-diciembre-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI
**2 6 ENE 2018**
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10  ART |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **42573**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42573**

FECHA DE EMBARQUE **2 6 ENE 2018**

NOMBRE DEL ESTABLECIMIENTO   C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y   John Camilo Aquino
c.c. 1118.95069

NOMBRE Y FIRMA DEL FUNCIONARIO   John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo

SALVOCONDUCTO No. CVC 1421642

SAE No. 6027626▸✓3828

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 10 agendas en piel de babilla

EX 00          Powered by **CS** CamScanner

## CITES
### CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el
19 abril 2018

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI. VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333478

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* — *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 555401 al 555474 y del 513465 al 513490 | 10. **II** C | 11. 100 Artículos<br>11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41536 | 21/02/2017 | | ES-LC-90251/17E | 25/08/2017 | |

| 7./8. ***** | | | 9. ******* | | | **B** |
| ##### | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ######## | ****** | **** | | ******* | ***** | |

| 7./8. #### | | | 9. *********** | | | **C** |
| ########### | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| *********** | ****** | ****** | | ******** | ***** | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          20-octubre-2017

Lugar                    Fecha                    Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 1 FEB 2018
Fecha

CALI

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 82 ART |
| B | |
| C | |

Firma
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 42288**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO 42288**

FECHA DE EMBARQUE  0 1 FEB 2018
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO  John Camilo Agudelo
TC 1118.295.891

NOMBRE Y FIRMA DEL FUNCIONARIO  John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SALVOCONDUCTO No.  CVC 1471645

SAE No.  607762715 6608

OBSERVACIONES: 82 Bolsas en Piel

EX PP          Powered by   CamScanner

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☐ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTROS

2. Válido hasta el
30-mayo-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR. NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)
ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133362B

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** *Caiman crocodilus fuscus* | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 664201 al 664250 y del 664601 al 664700 | 10. II C | 11. 150 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ COLOMBIA | Permiso No. CO 41536 | Fecha 21/02/2017 | 12a. País de la última reexportación | No. de certificado ES-LO-00291/17E | Fecha 02/10/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. | | | 9. | | | 10. | 11. 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. | | | 9. | | | 10. | 11. 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Sólamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precconvenios.

13. Permiso / Certificado expedido por
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          01-diciembre-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 1 FEB 2018

15. Nº de solicitud de autorización de embarque
16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 51 ART |
| B | |
| C | |

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 42451

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42451

FECHA DE EMBARQUE 0 1 FEB 2018

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL  John Luis Bonilla  Técnico Operativo

SALVOCONDUCTO No. CVC 142/653

SAE No. 602762 7ev 69 801

OBSERVACIONES: S/ Bolsos en piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX QQ          Powered by CamScanner

PERMISO/CERTIFICADO No. CO 42773

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| | EXPORTACIÓN |
| | RE-EXPORTACIÓN [x] |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el **07-septiembre-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada) **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, la Reglamentación para el transporte de plantas perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO133933

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla*<br><br>*Caiman crocodilus fuscus* | 9. 30 bolsos combinados en babilla de 1200 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 654371 al 654400 | 10. **II**<br><br>C | 11. **30**<br>**Articulos**<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★ **COLOMBIA** | Permiso No. **CO41598** | Fecha **08/03/2017** | 12a. País de la última reexportación | No. de certificado **ES-LA-50708/17E** | Fecha **07/12/2017** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **7./8.** *Piton reticulado*<br><br>*Python reticulatus* | 9. bolsos combinados en babilla de 1200 cm2 y piton de reticulado de 1000 cm2 (con la misma información de la sección A, casilla 9) | 10. **II**<br><br>C | 11.<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★ **VIETNAM** | Permiso No. **14VN2617N/CT-KL** | Fecha **24/10/2014** | 12a. País de la última reexportación | No. de certificado **ES-LC-00040/17E** | Fecha **02/10/2017** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **7./8.** **★★★★**<br><br>**★★★★★★★★★★★★** | 9. | 10. **★★** | 11.<br><br>**★★★**<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★ **★★★★★★★★★★** | Permiso No. **★★★★★★★★★★★** | Fecha | 12a. País de la reexportación | No. de certificado **★★★★★** | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          08-marzo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 3 ABR 2018          Fecha          Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 15 ART |
| B | (combinados) |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **42773**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42773**

FECHA DE EMBARQUE: 0 3 ABR 2018
C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO **INTERNACIONAL S.A.S**

SALVOCONDUCTO No. **CVC 142/A11**

SAE No. **6027629672906**

John Camilo Ajus
CC 1182915-087
John Luis Bonilla
NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIO

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: **Técnico Operativo**

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 15 Bolsos combinados en piel de babilla y piton reticulado

EX RR

Powered by CamScanner

CITES
CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **42975**

| | |
|---|---|
| | EXPORTACIÓN |
| x | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el
**06-noviembre-2018**

8. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)    **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
**CO1334124**

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla*<br>*Caiman crocodilus fuscus* | 9. 50 bolsos de 2400 cm2 con manguillas numeradas del 385203 al 385219 y del 242607 al 242639 | 10.<br>II<br><br>C | 11. 50<br>Artículos<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.<br>CO42031 | Fecha<br>03/08/2017 | 12a. País de la última reexportación | No. de certificado<br>ES-LA-50141/18E | Fecha<br>28/03/2018 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| 7,8. *****<br>***** | 9. ***** | 10. **<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★<br>***** | Permiso No.<br>*********** | Fecha<br>**** | 12a. País de la última reexportación | No. de certificado<br>*********** | Fecha<br>**** | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| 7,8. *****<br>*********** | 9. ***** | 10. ***<br>**<br>11a. Total exportado/Cupo |
| 12. País de origen ★<br>***** | Permiso No.<br>***** | Fecha<br>***** | 12a. País de la última reexportación | No. de certificado<br>***** | Fecha<br>***** | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.         07-mayo-2018

Lugar              Fecha                Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**19 MAY 2018**        CALI
Fecha

| Sección | Cantidad |
|---|---|
| A | 42 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        PERMISO/CERTIFICADO No. CO **42975**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**        FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: **19 MAY 2018**        No. DEL PERMISO **42975**
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S        NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

SALVOCONDUCTO N°: CVC 1911300082894        NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SAE No. 16027631717556        OBSERVACIONES:

John Luis Bonilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX SS

Powered by  CS CamScanner

**CITES**

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

**PERMISO/CERTIFICADO No. CO** 42978

| | 1. | EXPORTACIÓN |
| | ☑ | RE-EXPORTACIÓN |
| | ☐ | IMPORTACIÓN |
| | ☐ | OTRO: |

2. Válido hasta el  **06-noviembre-2018**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº

CO1334126

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Pitón reticulado* *Python reticulatus* | 9. 10 bolsos de 2400 cm2 con marquillas numeradas del 651041 al 651050 | 10. II W | 11. 10 Artículos |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ Permiso No. Fecha  INDONESIA 15459/IV/SATS-LN/2010 30/09/2010 | 12a. País de la última reexportación No. de certificado Fecha  ESPAÑA ES-LC-50497/17E 28/12/2017 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. ***** ****** | 9. ****** | 10. ** | 11. |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ Permiso No. Fecha  **** ****** **** | 12a. País de la última reexportación No. de certificado Fecha  ***** ***** ****** | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. **** *********** | 9. *********** | 10. ** | 11. |
| | | | 11a. Total exportado/Cupo ***** |
| 12. País de origen ★ Permiso No. Fecha  ********** ********** **** | 12a. País de la última reexportación No. de certificado Fecha  ********* ***** | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes reproducidos.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    07-mayo-2018

Lugar    Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**2 3 MAY 2018**    CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** 42978

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO** 42978

FECHA DE EMBARQUE: **2 3 MAY 2018**

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
CVC 19113 00 83032

SALVOCONDUCTO No. Codigo Seguridad Nº

SAE No. 60276391 94 15

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Camilo Aguilar
CC 1116 767 800
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 10 Bolsos en piel de Piton reticulado

**EX TT**

Powered by CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | PERMISO/CERTIFICADO No. |
|---|---|
| | EXPORTACIÓN |
| x | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el **03-noviembre-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si es aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de CITES para el transporte no aéreos de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   **C01334106**

| 7./8. Nombre científico (género o especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** D.L.M. Dublilié<br>*Caimán crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 1-N001 al 1-N030, del 408329 al 408360 y del 537626 al 537663 | 10. II<br>C | 11. 100 Artículos |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO 42000 | Fecha 24/07/2017 | 12a. País de la última reexportación COLOMBIA | No. de certificado ES-LA-50140/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7./8.** ★★★★★<br>★★★★★ | 9. ★★★★★ | 10. ★★<br>★★ | 11. |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7./8.** ★★★★★<br>★★★★★★★★★★ | 9. ★★★★★ | 10. ★★<br>★★ | 11. ★★★★<br>★★★<br>★★★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     04-mayo-2018

Lugar     Fecha     Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**3 0 MAY 2018**     CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 100 AZT |
| B | — |
| C | — |

Firma     Corporación Autónoma Regional del Valle del Cauca     REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO **42957**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**     FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: **3 0 MAY 2018**     No. DEL PERMISO **42957**

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S     John Camilo Ayala
Cc 1 18.298089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
CVC 17 M300 83028

SALVOCONDUCTO No. Codigo Seguridad: TRR8426     John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo     Corporación Autónoma Regional del Valle del Cauca     REPÚBLICA DE COLOMBIA

SAE No. 6027632182V9F     OBSERVACIONES: 100 Bolsos en Piel de Babilla

EX UU
Powered by CamScanner

724

**CITES**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO / CERTIFICADO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**01-febrero-2019**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   **CO1334361**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* / *Caiman crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 659236 al 659300 y del 360405 al 360409 | 10. **II** / **C** | 11. **70** / Artículos |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42362 | 09/11/2017 | MALTA | ES-LA-50297/18E | 14/06/2018 | |

| 7./8. ★★★ / ★★★★ | 9. ★★★ | | 10. ★★ | 11. / ★★ |
|---|---|---|---|---|
| | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

| 7./8. ★★★ / ★★★★★ | 9. ★★★ | | 10. ★ | 11. / ★★★★ |
|---|---|---|---|---|
| | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★ | ★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes precconvención.

13. Permiso / Certificado expedido por

NATALIA MARÍA RAMÍREZ MARTÍNEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          **2 3 AGO 2018**   CALI
Fecha

| Sección | Cantidad |
|---|---|
| A | 70 ALT |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **43221**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**          FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE:   **2 3 AGO 2018**          No. DEL PERMISO **43221**

NOMBRE DEL ESTABLECIMIENTO:   C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

CVC 1111396846-7 / 22-08-2018          NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:   John Camilo Ajus... cc 1118.295.029

SALVOCONDUCTO No: Código segundal # UNM168          NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:   John Luis Bonilla   Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No.   602 763558100 S          OBSERVACIONES:   70 Bolsos en piel de babilla

EX VV   Powered by CamScanner

140

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

**PERMISO/CERTIFICADO No. CO 43222**

01-febrero-2019

| | |
|---|---|
| EXPORTACIÓN | |
| RE-EXPORTACIÓN | [x] |
| IMPORTACIÓN | |
| OTRO: | |

2. Válido hasta el
01-febrero-2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

T

5b. Estampilla de seguridad Nº
CO1334362

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 449117 al 449143 y del 664808 al 664850 | 10. **II** C | 11. 70 **Artículos** 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42362 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50297/18E | Fecha 14/06/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ ★★★★ | | 9. ★★★ | | 10. | 11. ★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ ★★★★★ | | 9. ★★★ | | 10. | 11. ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★ | Fecha ★★★★ | 12a. País de la última reexportación★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

2 7 AGO 2018
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

Puerto de exportación

| Sección | Cantidad | | |
|---|---|---|---|
| A | 59 ART | | |
| B | | Firma | Sello entidad |
| C | | | Firma |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43222**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43222

FECHA DE EMBARQUE: 2 7 AGO 2018

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO

CVC 19113008472921-08-2018

SALVOCONDUCTO No Codigo Seguridad DT531698

SAE No. 60276357650 75

John Camilo Aguirre
CC 1118576089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES: 59 Bolsos en Piel de Babilla

**EX WW**

Powered by CamScanner

# CITES

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: **01-febrero-2019**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada): **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso): **T**

5b. Estampilla de seguridad N°: **CO1334366**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 8. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluye la unidad de medida) |
|---|---|---|---|
| 7./8. *Babillo* *Caiman crocodilus fuscus* | 100 bolsos de 2400 cm2 con marquillas numeradas del 554825 al 554940, del 317838 al 317872 y del 213511 al 213559 | 10. **II** | 11. **100** Artículos |
| | | C | 11a. Total exportado/Cupo |

| 12. País de origen ✱ COLOMBIA | Permiso No. CO42363 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ESLA-50326/18E | Fecha 19/06/2018 | 12b. No. del establecimiento ✱ ✱ o fecha de adquisición ✱ ✱ ✱ |
|---|---|---|---|---|---|---|

| 7./8. ✱✱✱ | | | 9. ✱✱✱ | | | 10. ✱✱ | 11. ✱✱ |
|---|---|---|---|---|---|---|---|
| ✱✱✱✱ | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ✱ ✱✱✱✱✱ | Permiso No. ✱✱✱✱✱ | Fecha ✱✱✱✱ | 12a. País de la última reexportación ✱✱✱✱✱ | No. de certificado ✱✱✱✱✱ | Fecha ✱✱✱✱✱ | 12b. No. del establecimiento ✱ ✱ o fecha de adquisición ✱ ✱ ✱ |
|---|---|---|---|---|---|---|

| 7./8. ✱✱✱ | | | 9. ✱✱✱ | | | 10. ✱✱ | 11. ✱✱✱✱ |
|---|---|---|---|---|---|---|---|
| ✱✱✱✱ | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ✱ ✱✱✱✱✱ | Permiso No. ✱✱✱✱✱ | Fecha ✱✱✱✱ | 12a. País de la última reexportación ✱✱✱✱✱ | No. de certificado ✱✱✱✱✱ | Fecha ✱✱✱✱ | 12b. No. del establecimiento ✱ ✱ o fecha de adquisición ✱ ✱ ✱ |
|---|---|---|---|---|---|---|

✱ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
✱ ✱ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
✱ ✱ ✱ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     02-agosto-2018

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**3 1 AGO 2018**     CALI
Fecha

15. N° de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43226**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**3 1 AGO 2018**

**FORMATO DE ENTREGA DEL PERMISO CITES**

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

SALVOCONDUCTO No.

SAE No. 607-763 5958260

John Camilo Aguilar
CC 1118.309.087

No. DEL PERMISO **43226**

NOMBRE, IDENTIFICACIÓN Y FIRMA *John Luis Bonilla*

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL **Técnico Operativo**

OBSERVACIONES: 53 Bolsos en piel de babilla

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX XX     Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**03-noviembre-2018**

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino y (puerto de entrada)    UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbra nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5A. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334101

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 303601 al 303612, del 545657 al 545700 y del 270555 al 270598 | 10.<br>**II**<br>C | 11. 100<br>Artículos<br>11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO 42000 | Fecha 24/07/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50140/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★ | ★★★★★ | 9. ★★★★★ | 10. ★★ | 11.<br>★★<br>11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★ | ★★★★★★★★★★★★ | 9. ★★★★★ | 10. ★★ | ★★★★★<br>★★★<br>11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CÉSAR AUGUSTO REY ÁNGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.     04-mayo-2018

Lugar     Fecha     Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

0 1 SEP 2018
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 35 ART |
| B | |
| C | |

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO **42953**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE     0 1 SEP 2018

No. DEL PERMISO **42953**
16 1934.021

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC 1911 50435843367/30-05-17

NOMBRE, IDENTIFICACIÓN Y FIRMA DE REGIDOR:
John Luis Bonilla

SALVOCONDUCTO No Código regional 4 UQU

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

SAE No. 602 763 600 28 68

OBSERVACIONES: 35 Bolsos en piel

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA



EX YY

 Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43066

## CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
19-diciembre-2018

**3. Importador (nombre y dirección)**
JANNET
BUKEYHANA STR. 16 (GOODS IN TRANSIT) ASTANA -
KAZAKHSTAN

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País del destino (y puerto de entrada)** KAZAKHSTAN (ASTANA)

**5. Condiciones especiales**

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Propósito de la transacción (véase al dorso)**
T

**5b. Estampilla de seguridad Nº**
CO1334212

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** Babilla   Caiman crocodilus fuscus | 10 bolsos de 2400 cm2; con marquillas numeradas del 387291 al 387300 | 10.   II | 11.   10 Articulos |
| | | C | 11a. Total exportado/Cupo |
| **12. País de origen ★** COLOMBIA   **Permiso No.** CO42000   **Fecha** 24/07/2017 | **12a. País de la última reexportación** ESPAÑA   **No. de certificado** ES-LA-50195/19E   **Fecha** 24.05.2018 | **12b. No. del establecimiento ★ ★** o fecha de adquisición ★ ★ ★ | |
| **7./8.** ★★★★★   ★★★★★ | ★★★★★ | 10.   ★★   ★★ | 11.   11a. Total exportado/Cupo |
| **12. País de origen ★** ★★★★★   **Permiso No.** ★★★★★★★★★★★   **Fecha** ★★★★ | **12a. País de la última reexportación** ★★★★★   **No. de certificado** ★★★★★★★★★★★   **Fecha** ★★★★ | **12b. No. del establecimiento ★ ★** o fecha de adquisición ★ ★ ★ | |
| **7./8.** ★★★★★   ★★★★★★★★★★ | ★★★★★ | 10.   ★★   ★★ | Mecer   ★★★   ★★ |
| **12. País de origen ★** ★★★★★   **Permiso No.** ★★★★★   **Fecha** ★★★★★ | **12a. País de la última reexportación** ★★★★★★   **No. de certificado** ★★★★★   **Fecha** ★★★★★ | **12b. No. del establecimiento ★ ★** o fecha de adquisición ★ ★ ★ | 11a. Total exportado/Cupo |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por:**
CESAR AUGUSTO REY ÁNGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-junio-2018
**Lugar**                    **Fecha**              Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**

2 1 SEP 2018
Fecha

**15. Nº de solicitud de autorización de embarque**

**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 6 Art |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello entidad

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43066**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
2 1 SEP 2018

FECHA DE EMBARQUE: _____

**C.I. DISEÑO Y MODA**
NOMBRE DEL ESTABLECIMIENTO: **INTERNACIONAL S.A.S**

SALVOCONDUCTO No. 191/30095256

SAE No. CO 27637588757

FORMATO DE ENTREGA DEL PERMISO CITES

Ciudad Jun.. CC 16/3 34.06
**No. DEL PERMISO 43066**

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLO...

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES: 6 Bolsos piel de Babilla

EX ZZ          Powered by  CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 43078

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☒ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el
**19 diciembre 2018**

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334223

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7,8. *Babilla*  *Caiman crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 207463 al 207500 y del 132519 al 132550 | 10.  **II**  C | 11.  **70**  Artículos  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42413 | 21/11/2017 | ESPAÑA | ES-LA-50244/18E | 22/05/2018 | |

| | 7,8. ★★★★★  ★★★★★★ | 9. ★★★★★★ | 10. ★★  ★★ | 11.  11a. Total exportado/Cupo |
|---|---|---|---|---|
| **B** | | | | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | ★★★★★★ | |

| | 7,8. ★★★★★  ★★★★★★ | 9. ★★★★ | 10. | 11. ★★★★★  ★★★  11a. Total exportado/Cupo |
|---|---|---|---|---|
| **C** | | | | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | ★★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-junio-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**0 7 SEP 2018**   CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 44 ART |
| B | |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43078**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43078**

FECHA DE EMBARQUE **0 7 SEP 2018**
C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.

NOMBRE DEL ESTABLECIMIENTO
CVC 1911300849597/03-09-2018
SALVOCODIGO N° codigo Ygualac7/LBV69

SAE No. 027636288533

John Camilo Aguil...
Cc 1 118. 295. 089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL **Técnico Operativo**

OBSERVACIONES 44 Bolsos en Piel de Babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**EX AAA**

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
10 enero 2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334284

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Piton reticulado*  *Python reticulatus* | 9. 20 bolsos de 2400 cm2 con marquillas numeradas del 221801 al 221820 | 10. II | 11. 20 Articulos   11a. Total exportado/Cupo W |
| 12. País de origen ★ INDONESIA  Permiso No. 20265-IV/SATS-LN/2016  Fecha 28/12/2016  12a. País de la última reexportación ESPAÑA  No. de certificado ES-LA-50317/17E  Fecha 06/11/2017  12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | | | |
| 7./8. ★★★★★  ★★★★★ | 9. ★★★★★ | 10. ★★ | 11.   11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★  Permiso No. ★★★★★★★★★★★  Fecha ★★★★  12a. País de la última reexportación ★★★★★★★★★★  No. de certificado ★★★★★★★★★★  Fecha ★★★★  12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | | | |
| 7./8. ★★★★★  ★★★★★★★★★★ | 9. ★★★★★ | 10. ★★ | 11. ★★★★  ★★★  ★★★★ |
| 12. País de origen ★ ★★★★★  Permiso No. ★★★★★★★★★★★  Fecha ★★★★  12a. País de la última reexportación ★★★★★★  No. de certificado ★★★★★★★★★★  Fecha ★★★★★  12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad p reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          11-julio-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 OCT 2018          CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 11 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 43140

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: 2 3 OCT 2018

No. DEL PERMISO 43140

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S.

John Camilo Aguil....
CC 1118.315.029
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECEPTOR

CVC #1911 30085696/16-10-2018
SALVOCONDUCTO No. Codigo Segundo + 2 BQ5595
NOMBRE Y FIRMA DEL FUNCIONARIO
Jaime Luis Bonilla
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SAE No. 6027638440.13
OBSERVACIONES: 11 Bolsos en piel de Piton reticulado

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX BBB          Powered by          CS CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 43256

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **20 febrero 2019**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA; o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso) **T**

5b. Estampilla de seguridad Nº **CO1334396**

| 7, /8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7, /8. Babilla Caiman crocodilus fuscus | 100 bolsos de 2400 cm2 con marquillas numeradas del 533756 al 533766, del 544878 al 544900 y del 658535 al 658600 | 10. **II** | 11. **100 Artículos** |
| | | | 11a. Total exportado/Cupo **C** |
| 12. País de origen ★ COLOMBIA | Permiso No. C036130 | Fecha 30/04/2013 | 12a. País de la última reexportación COLOMBIA | No. de certificado ES-LA-50259/18E | Fecha 23/05/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7, /8. ★★★ | ★★★★ | | 9. ★★★ | | | 10. ★★ | 11. ★★ |
| | | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7, /8. ★★★ | ★★★★★ | | 9. ★★★ | | | 10. ★ | 11. ★★★★ |
| | | | | | | | 11a. Total exportado/Cupo ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        21-agosto-2018

Lugar        Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**0 9 OCT 2018**        CALI

Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 67 ART |
| B | — |
| C | — |

Firma
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        PERMISO/CERTIFICADO No. CO **43256**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43256**

FECHA DE EMBARQUE **0 9 OCT 2018**

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBIÓ John Camilo Aguirre
CC 1 119 293 084

SALVOCONDUCTO No. CVC 19830085493 /04-10-18

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL John Luis Bonilla
Técnico Operativo

SAE No. 602763 78587 86

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 67 Bolsos en piel de babilla

**EX CCC**

Powered by CamScanner

PERMISO / CERTIFICADO No. CO **43299**

# CITES

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **04-marzo-2019**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,<br>NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, o si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte po aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)  T

5b. Estampilla de seguridad Nº  CO133437

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla*<br>*Caiman crocodilus fuscus* | 9   150 bolsas de 2400 cm2 con marquillas numeradas del 664501 al 664600, del 411725 al 411746 y del 360101 al 360129 | 10   **II** | 11   **150**<br>Artículos<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO42352 | Fecha  09/11/2017 | 12a. País de la última reexportación | No. de certificado  ES-LA-50176/18E | Fecha  05/07/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **7./8.** | 9 | 10 | 11<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **7./8.** | 9 | 10 | 11<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    05-septiembre-2018

Lugar          Fecha                                    Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**0 9 OCT 2018**    CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad | Fecha | | |
|---|---|---|---|---|
| A | 140 ART | | Corporación Autónoma Regional del Valle del Cauca | |
| B | | Firma | REPÚBLICA DE COLOMBIA | Firma |
| C | | | | |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    PERMISO/CERTIFICADO No. CO **43299**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43299**

FECHA DE EMBARQUE: **0 9 OCT 2018**
C.I. DISEÑO Y MODA

NOMBRE, IDENTIFICACIÓN Y FIRMA DE PEDIDO  John Camilo Aguilo  C.C 1118 295000

NOMBRE DEL ESTABLECIMIENTO  INTERNACIONAL S.A.S.

CVC 19113008S, 491 / 04-10-2018

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL  John Luis Bonilla  Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SALVOCONDUCTO No  Co cli 30 Regio 04  17/D/D

SAE No. 602763785 8732

OBSERVACIONES: 140 Bolsos en Piel de babilla

EX DDD

Powered by  CS CamScanner

Case 1:22-cr-20170-RNS Document 60-3 Entered on FLSD Docket 04/18/2024 Page 65 of 85

PERMISO/CERTIFICADO No. CO **43271**

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y LA FLORA SILVESTRE**

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
26-febrero-2019

3. Importador (nombre y dirección)
AOI COMPANY LIMITED
2-3-5, MINATOJIMA NAKAMACHI, CHUO-KU, KOBE, JAPAN
(650-0046 ) KOBE

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   JAPON (KOBE)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334410

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla* Caiman crocodilus fuscus | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 650871 al 650900 | 10. II | 11. 30 Artículos |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42363 | 09/11/2017 | ESPAÑA | ES-LA-50326/18E | 19/06/2018 | C |

| B 7./8. ★★★ | 9. ★★★ | 10. | 11. ★★ |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| C 7./8. ★★★ | 9. ★★★ | 10. | 11. ★★★★ |
| | | | 11a. Total exportado/Cupo ★★★★ |

| 12. País de origen ★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-agosto-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

1 0 ENE 2019
Fecha

| Sección | Cantidad |
|---|---|
| A | 26 ART |
| B | — |
| C | — |

Firma

CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          **PERMISO/CERTIFICADO No. CO 43271**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43271**

FECHA DE EMBARQUE 1 0 ENE 2019
C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE DEL ESTABLECIMIENTO
CVC # 191130087368 del 10-01-2019

SALVOCONDUCTO Nº 1 o d # LWV94782.

SAE No. 602764/906197

John Camilo Ayump
CC 1.118.295.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBE

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES 26 Bolsos en Piel de babilla

**EX EEE**

PERMISO/CERTIFICADO No. CO

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
05-marzo-2019

3. Importador (nombre y dirección)
MODERN HOME - BD AND P
P.O.Box 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)
QATAR (DOHA)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334441

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluye la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 90 bolsos de 2400 cm2 con marquillas numeradas del 254655 al 254700 y del 515664 al 515697 | 10. II C | 11. 90 Artículos |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO43263 | Fecha 09/11/2017 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50310/18E | Fecha 03/07/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ ★★★★ | 9. ★★★ | 10. ★★ | 11. ★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ ★★★★★ | 9. ★★★★ | 10. ★ | 11. ★★★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          06-septiembre-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

16 ENE 2019          CALI
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 29 A 2T |
| B | — |
| C | — |

Firma

CVC
Corporación • Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 43303

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43303

FECHA DE EMBARQUE 16 ENE 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S
CVC # 1911300 87486  2u115-0-2017
SALVOCONDUCTO No guindad # UT160182
SAE No. 60276X2220362

John Camilo Aguirre
CC 1118 293 089
John Luis Bonilla
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo
OBSERVACIONES: 29 Bolsos en piel de babilla

CVC
Corporación • Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX FFF          Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
29 abril 2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| AOI COMPANY LIMITED<br>2-3-5, MINATOJIMA NAKAMACHI, CHUJO-KU, KOBE, JAPAN<br>(650-0046) KOBE | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |
| 3a. País del destino (y puerto de entrada)   JAPON (KOBE) | Firma del Solicitante |

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA, o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

| 5a. Propósito de la transacción (véase al dorso)<br>T | 5b. Estampilla de seguridad Nº<br>CO1334598 |
|---|---|

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| **A** | 7./8.  *Babilla*<br>*Caiman crocodilus fuscus* | 9.  20 bolsos de 2400 cm2 con marquillas numeradas del 635681 al 635700 | 10.<br>II<br>C | 11.  20<br>*Artículos*<br>11a. Total exportado/Cupo |

| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|---|
| | COLOMBIA | CO42362 | 09/11/2017 | ESPAÑA | ES-LA-50310/18S | 03/07/2018 | |

| | 7./8.  ★★★ | 9.  ★★★ | 10.  ★★ | 11.  ★ |
|---|---|---|---|---|
| **B** | ★★★★ | | | ★★<br>11a. Total exportado/Cupo |

| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|---|
| | ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

| | 7./8.  ★★★ | 9.  ★★★ | 10.  ★ | 11.  ★ |
|---|---|---|---|---|
| **C** | ★★★★★ | | | ★★★★★<br>11a. Total exportado/Cupo |

| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|---|
| | ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 31-octubre-2018 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |

14. APROBACIÓN DE LA EXPORTACIÓN

25 FEB 2019    CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Fecha

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43470**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43470

FECHA DE EMBARQUE: 25 FEB 2019

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

CVC # 1911 30088292 del 19-02-2019

Guía No. vuelo   ZOB56344

SAE No. 60276V3930032

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Camilo Aguilar
C.C 1/18.295.069

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo
John Luis Bonilla

OBSERVACIONES: 10 Bolsos en Piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX GGG

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO **43487**

- [ ] EXPORTACIÓN
- [X] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **01-mayo-2019**

3. Importador (nombre y dirección)
MILL1 LTD
310 MAIN STREET, WEST HAMILTON ONTARIO L8P 1J8, ONTARIO

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Solicitante*

3a. País de destino (y puerto de entrada) CANADA (ONTARIO)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

*Libertad y Orden*

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº
CO1334614

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla  *Caiman crocodilus fuscus* | 10 bolsos de 2400 cm2, con marquillas numeradas del 656061 al 656070 | 10. II | 11. 10 Articulos |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42279 | 119/10/2017 | ESPAÑA | ES-LA-00034/18E | 26/07/2018 | |

| 7,8. ### | | | 9. ### | | | 10. ★★ | 11. ## |
| | #### | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

| 7,8. ### | | | 9. ### | | | 10. ★ | 11. #### |
| ##### | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        02-noviembre-2018
*Lugar*              *Fecha*

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

2 3 FEB 2019
*Fecha*

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 8 A 2 T |
| B | |
| C | |

*Firma*

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

*Firma*

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO **43487**

---

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43487**

FECHA DE EMBARQUE 2 3 FEB 2019

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S
CVC #1911300 88293 del 19-02-2019
Salvoconducto Nacional # HO415611

SAE No. 602764 3856582

John Camilo Aguilar
CC 1118,295. 689
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 8 Bolsos en piel de babilla

EX HHH

Powered by CS CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **43492**

1. 
- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **07-mayo-2019**

3. Importador (nombre y dirección)

PEDDER VISION LIMITED
CENTRAL WAREHOUSE HK UNITS AE 23F TSUEN WAN
INTERNATIONAL CENTRE WANG LUNG STREET TSUEN
WAN NT HONG KONG

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)  HONG KONG (HONG KONG)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, o si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte en aéreos de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº  CO1334619

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7/8. *Babilla* *Caiman crocodilus fuscus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 658571 al 658600 | 10. **II** C | 11. **30 Artículos** |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42413 | 21/11/2017 | COLOMBIA | E5-LA-00034/18E | 26/07/2018 | |

| | 7/8. ★★★ | | 9. ★★★ | | | 10. ★★ 11. ★★ |
| **B** | ★★★★ | | | | | |
| | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| | 7/8. ★★★ | | 9. ★★★ | | | 10. ★★ 11. ★★★★ |
| **C** | ★★★★★ | | | | | |
| | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          08-noviembre-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

2 5 FEB 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 22 ART |
| B | — |
| C | — |

Firma          Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **43492**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43492**

FECHA DE EMBARQUE  2 5 FEB 2019

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

John Camilo Aguilar
cc 1182 95,989
NOMBRE, IDENTIFICACIÓN Y FIRMA DEL RECEPTOR.

CVC # 1911300 88291 del 19-02-
SALVOCONDUCTO _____ y VFN 23727

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  John Luis Bonilla
Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 60776 v385 4371          OBSERVACIONES: 22 Bolsos en piel de babilla

**EX III**

Powered by CS CamScanner

PERMISO / CERTIFICADO No. CO

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☑ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el

07-mayo-2019

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)

KOREA (SEOUL)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

T

5b. Estampilla de seguridad Nº

CO1334626

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** *Babilla* <br><br> *Caiman crocodilus fuscus* | 9. 15 bolsos de 2400 cm2 con marquillas numeradas del #49714 al #49728 | 10. <br> II <br><br> d | 11. **15** <br> Artículos <br><br> 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA   Permiso No. CO42364   Fecha 09/11/2017 | 12a. País de la última reexportación COLOMBIA   No. de certificado #S-LA-00034/18E   Fecha 26/07/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7./8.** *Babilla* <br><br> *Caiman crocodilus fuscus* | 9. 35 bolsos de 2400 cm2 con marquillas numeradas del #49729 al #49740 y del 530432 al 530454 | 10. <br> II <br><br> C | 11. **35** <br> Artículos <br><br> 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA   Permiso No. CO42413   Fecha 21/11/2017 | 12a. País de la última reexportación COLOMBIA   No. de certificado #S-LA-00034/18E   Fecha 26/07/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7./8.** ✱✱✱ <br><br> ✱✱✱✱✱ | 9. ✱✱✱ | 10. ✱ | 11. <br> ✱✱✱✱ <br><br> 11a. Total exportado/Cupo |
| 12. País de origen ★ ✱✱✱✱✱   Permiso No. ✱✱✱✱✱   Fecha ✱✱✱✱✱ | 12a. País de la última reexportación ✱✱✱✱✱   No. de certificado ✱✱✱✱✱   Fecha ✱✱✱✱✱ | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     08-noviembre-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

0 8 MAR 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 15 ART |
| B | |
| C | |

Firma

REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **43499**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43499**

FECHA DE EMBARQUE   0 8 MAR 2019

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.

codigo Seguridad # KLK74639210
SALVOCONDUCTO No. CVC 19113008871

SAE No. 6022147380251

John Carlo Ayl
CC 1/18 205 089

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

REPÚBLICA DE COLOMBIA

OBSERVACIONES: 15 Bolsos en piel de babilla

Powered by   CS CamScanner

EX JJJ

Case 1:22-cr-20170-RNS Document 60-3 Entered on FLSD Docket 04/18/2024 Page 71 of 85

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| | EXPORTACIÓN |
| x | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el
20-agosto-2019

3. Importador (nombre y dirección)

HARRODS LTD
MILL LANE THATCHAM BERKSHIRE, RG19 4AL LONDON

3a. País del destino (y puerto de entrada)
UNITED KINGDOM (LONDON)

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

5. Condiciones especiales

En la casilla No. 14 el puerto de exportación debe decir BARRANQUILLA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de plantas perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa.

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334861

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 60 bolsas de 2400 cm2 con marquillas numeradas del 091909 al 091932, del 536375 al 536400 y del 559901 al 559910 | 10. II C | 11. 60 Artículos 11a. Total exportado/Cupo |
| 12. País de origen COLOMBIA — Permiso No. CO42383 — Fecha 09/11/2017 | 12a. País de la última reexportación ESPAÑA — No. de certificado ES-LA-50406/18E — Fecha 24/09/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ |
| 7./8. ★★★★★★ ★★★★★★★★ | 9. ★★★★★★★ | 10. ★★ | 11. ★★★ ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ — Permiso No. ★★★★★★ — Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ — No. de certificado ★★★★★ — Fecha ★★★★★ | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. ★ | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ — Permiso No. ★★★★★ — Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ — No. de certificado ★★★★★ — Fecha ★★★★ | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ ★ ★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precedentemente.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          21-febrero-2019
Lugar                 Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 MAR 2019
Fecha

CALI

15. Nº de solicitud o autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 57 ART |
| B | |
| C | |

Firma          Sello entidad          Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 43745

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43745

FECHA DE EMBARQUE: 2 3 MAR 2019

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
Código seguridad cvc # C0C55 16
SALVOCONDUCTO No. cvc 19113008902B

SAE No. 607 6450 67431

John Camilo Aguilar
CC 1.118.295.087
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
21/03/2019
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Nelson Edith Enriquez Garcia

OBSERVACIONES: 57 bolsas en piel de babilla

EX KKK          Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 43747

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

T

5b. Estampilla de seguridad Nº
CO1334863

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* Caimán *crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con manijas numeradas del 460217 al 460263 y del 485601 al 485623 | 10. II | 11. 70 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42383 | Fecha 09/11/2018 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50406/18E | Fecha 24/08/2018 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. ★★★★★★★ ★★★★★★★★ | 9. ★★★★★★★ | 10. ★★ | 11. ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el cual los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        27-febrero-2019

Lugar              Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

0 8 MAR 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 68 ART |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **43747**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43747**

FECHA DE EMBARQUE: 0 8 MAR 2019

John Camilo Aguilar
CC 1118.28.989

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
Codigo seguridad # JDI 86727

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Luis Bonilla
del 08-03-2019

SALVOCONDUCTO No CVC 1911300 88709

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 6027614395588

OBSERVACIONES: 68 Bolsos en piel di bab.ll

EX LLL

Powered by CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el  26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK., NY. 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK.)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   CO1334867

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. _Pitón reticulado_ _Python reticulatus_ | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 531130 al 531151 y del 517335 al 517342 | 10. _II_ C | 11. 30 Artículos |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ VIETNAM | Permiso No. 15VN1056N/CT-KL | Fecha 19/06/2015 | 12a. País de la última reexportación ITALIA | No. de certificado IT.RX/2018/PI/02314 | Fecha 03/05/2018 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. ★★★★★★ ★★★★★★★★ | 9. ★★★★★★★★ | 10. ★★ | 11. ★★★ ★★★ |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. | 11. ★★★★ |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        27-febrero-2019

Lugar        Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

1 6 MAR 2019
Fecha

| Sección | Cantidad |
|---|---|
| A | 20 ART |
| B | — |
| C | — |

Firma

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**        PERMISO/CERTIFICADO No. CO **43751**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43751**

FECHA DE EMBARQUE: 1 6 MAR 2019
**C.I. DISEÑO Y MODA**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
Jhon Camilo Aguilar
CC 1118.295.489

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC + 19113008 8855 del 15-03-2019

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
John Luis Bonilla

SALVOCONDUCTO No. + OEM 14404

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 602 764467 0336

OBSERVACIONES: 20 Bolsos en piel de pito reticulado

EX MMM        Powered by  CS CamScanner

CITES
CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY. 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334868

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 498324 al 498370, del 410601 al 410623, del 650996 al 651000 y del 383542 al 383556 | 10. II C | 11. 100 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42360 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ES4A-50406/18E | Fecha 14/08/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★★ ★★★★★★★★ | 9. ★★★★★★★★★ | 10. ★★ | 11. ★★★ ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ ★★★★ 11a. Total exportado/Cupo ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

15. Nº de solicitud de autorización de embarque:

13 MAR 2019
Fecha

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 51 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 43752

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43752

FECHA DE EMBARQUE: 13 MAR 2019

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

CVC#91130087+2 del 11-03-2019

SALVOCONDUCTO No ndal # EWX84099

SAE No. 602764452546

John Camilo Aguilar
cc 118 295 085
John Luis Bonilla

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL REMITENTE

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 51 Bolsos en piel de babilla

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX NNN          Powered by CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **43791**

| | |
|---|---|
| ☐ EXPORTACIÓN | |
| ☒ RE-EXPORTACIÓN | |
| ☐ IMPORTACIÓN | |
| ☐ OTRO: | 2. Válido hasta el **11-septiembre-2019** |

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Propósito de la transacción (véase al dorso)**

**5b. Estampilla de seguridad No** CO1334903

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  *Caiman crocodilus fuscus* | 100 bolsos de 2400 cm2 con marquillas numeradas del 560031 al 560054 y del 667725 al 667800 | 10. **II** C | 11. **100** Articulos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43145 | 11/07/2018 | PANAMA | ES-48-51253/18E | 17/12/2018 | |

| 7./8. | | | | | | 10. 11. 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. | | | | | | 10. 11. 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por:**
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    12-marzo-2019

Lugar    Fecha    Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**

CALI
**2 0 MAR 2019**
Fecha

**15. Nº de solicitud de autorización de embarque**

**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 74 ART |
| B | |
| C | |

Firma
**Corporación Autónoma
Regional del Valle del Cauca**
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43791**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO 43791**

FECHA DE EMBARQUE **2 0 MAR 2019**

NOMBRE DEL ESTABLECIMIENTO **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**
CVC-F11300088-07 del 18-03-201

SALVOCONDUCTO No. 60276U4375444O

SAE No. 602764 4895431

John Camilo Ayu
CC 1 1l8295-087
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO

*John Luis Bonilla*
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 74 Bolsos en piel de babilla

**Corporación Autónoma
Regional del Valle del Cauca**
REPÚBLICA DE COLOMBIA

EX OOO    Powered by    CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **17-junio-2019**

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País de destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

**5a. Propósito de la transacción (véase el dorso)** T

**5b. Estampilla de seguridad Nº** CO1334727

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** *Caiman crocodilus fuscus* | 9. 20 bolsos de 1800 cm2 y correa adicional de 600 cm2 con marquillas numeradas del 623381 al 623400 | 10. **II** | 11. **20 Artículos** 11a. Total exportado/Cupo **C** |

| 12. País de origen | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento o fecha de adquisición |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42740 | 01/03/2018 | | ES-LA-50404/18E | 26/07/2018 | |

(rows B and C illegible/asterisks)

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precconvención.

**13. Permiso / Certificado expedido por:**
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible
BOGOTA, D.C.    18-diciembre-2018

Lugar    Fecha    Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**
CALI
2 3 MAY 2019
Fecha

**15. Nº de solicitud de autorización de embarque:**
**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 9 AZT |
| B | — |
| C | — |

Firma
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
CVC

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43604**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**
**No. DEL PERMISO 43604**

FECHA DE EMBARQUE 2 3 MAY 2019

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CVC 1 17113009C223 J-1 23-03-2019
SALVOCONDUCTO Nº ...

John Camilo Agui...
CC A118 248 09...
John Luis Bonita
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Tecnico Operativo

SAE No. 60716V7278136    OBSERVACIONES: 9 Bolsos...

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
CVC

EX PPP

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **19-agosto-2019**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA<br><br>Firma del Solicitante |

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   **CO1334850**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Pitón de birmania*<br><br>*Python bivittatus* | 9. 50 bolsos de 2400 cm2 con marquillas numeradas del 663501 al 663550 | 10.<br>**II**<br>**C** | 11. **50**<br>**Articulos**<br><br>11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| VIETNAM | 19VN15265/CT-KL | 28/12/2018 | ESPAÑA | ES-A-50497/17E | 28/12/2017 | |

| 7./8. ★★★★★★<br><br>★★★★★★★★ | 9. ★★★★★★★★ | 10. | 11. ★★★<br><br>★★★<br><br>11a. Total exportado/Cupo |
| **B** 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7./8. ★★★<br><br>★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★★<br><br>11a. Total exportado/Cupo ★★★★ |
| **C** 12. País de origen ★ ★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-febrero-2019
Lugar                 Fecha                    Estampilla de seguridad, firma y sello oficial

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. Nº de solicitud de autorización de embarque: |
|---|---|
| **2 7 MAY 2019**  CALI<br>Fecha | 16. Espacio para la autoridad aduanera |
| **CVC**<br>Corporación Autónoma Regional del Valle del Cauca<br>REPÚBLICA DE COLOMBIA | |

| Sección | Cantidad | |
|---|---|---|
| A | 45.844 | |
| B | | |
| C | | |

Firma          Sello entidad          Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **43734**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: **2 7 MAY 2019**          Daniela Rogelio G          No. DEL PERMISO **43734**

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S          1149196806

NOMBRE DEL ESTABLECIMIENTO          NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
(VC 19113009 0292   22/5/2014)
SALVOCONDUCTO No. (01.90 Segovudel          NOMBRE Y FIRMA DEL FUNCIONARIO          Andres Achili Diaz
OLR 31194                                  DE LA AUTORIDAD AMBIENTAL:
SAE No. (0277647698.0070              OBSERVACIONES   45 Bolsos Piel de Piton de birmania

EX QQQ          Powered by  CS CamScanner

**PERMISO/CERTIFICADO CITES No.**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
17 septiembre-2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S CALI, VALLE DEL CAUCA COLOMBIA |

3a. País de destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

| 5a. Propósito de la transacción (véase al dorso) T | 5b. Estampilla de seguridad Nº CO1334915 |
|---|---|

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas y los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 670801 al 670900 | 10. II C | 11. 100 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO43146 | Fecha 11/07/2018 | 12a. País de la última reexportación COLOMBIA | No. de certificado ES-LC-50383/19E | Fecha 12/12/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7,8. ****** ****** | 9. ******* | 10. ★★ ★★ | 11. ★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ******* | Fecha **** | 12a. País de la última reexportación | No. de certificado ****** | Fecha **** | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7,8. ****** ****** | 9. **** | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ****** | Fecha ** | 12a. País de la última reexportación | No. de certificado *** | Fecha ** | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso/Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          18-marzo-2019

| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |
|---|---|---|

| 14. APROBACIÓN DE LA EXPORTACIÓN    CALI | 15. Nº de solicitud de autorización de embarque: |
|---|---|

0 2 MAY 2019
Fecha

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 57 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO 43804

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43804

FECHA DE EMBARQUE: 0 2 MAY 2019

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
CVC #19/13008968 V  L4 29-OV-

SALVOCONDUCTO No. 9nd4 #REK22791

SAE No. 6027468150/4

John Camilo Aguiar
CC 1.118.295.092
John Luis Bonilla

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 57 Bolsos en P.P.

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX RRR

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO 43753

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: 26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS /NEW YORK

5. Condiciones especiales: Relación de marquillas en anexo de una (1) hoja

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334869

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla Caiman crocodilus fuscus | 9. 500 piezas de 12cm2 c/u para mostrario de colores, identificadas con marquillas identificadas según relación anexa de una (1) hoja | 10. II | 11. 500 Piezas |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO4219T | 26/09/2017 | ESPAÑA | ES-LA-50390/18E | 27/08/2018 | |

| 7./8. ★★★★★★ | | | 9. ★★★★★★★ | | | 10. ★★ | 11. ★★★ |
| ★★★★★★ | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★ | ★★★★ | ★★★★★★★ | ★★★★★★ | ★★★★ | |

| 7./8. ★★★★★★ | | | 9. ★★★★ | | | 10. ★ | 11. ★★★★ |
| ★★★★★★ | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★ | ★★★★★★ | ★★★ | ★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de animales incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preseleccionados.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 4 JUN 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 212 Art |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43753

---

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

0 4 JUN 2019

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 19 1130090 4/14 - (01 599 VVn 19833 del 31/5/2019

SAE No. 6027 6824 75 31

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43753

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: John Camilo CC 71 /8 295 089

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES: 212 Piel de Bab.

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB...

EX SSS

Powered by CamScanner

CITES

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO 43899

- EXPORTACIÓN
- RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el
31 octubre 2019

3. Importador (nombre y dirección)

HARRODS LTD
MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
C LI. VALLE DEL CAUCA
COLOMBIA

_Firma del Solicitante_

3a. País del destino (y puerto de entrada)
UNITED KINGDOM (LONDON)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334998

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 50 bolsos de 2400 cm2 con marquillas numeradas del 493880 al 493900, del 501422 al 501450 | 10.<br>II<br>C | 11. 50<br>Artículos<br>11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO43150 | Fecha 11/07/2018 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-AB-51258/18E | Fecha 10/12/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. ★★★★★ ★★★★★★ | 9. ★★★★★★★ | 10. ★★ ★★ | 11. ★★★ ★★★★★ 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. ★★★★★ ★★★★★ | 9. ★★★★ | 10. ★ | 11. 11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★ | 12a. País de la última reexportación ★★★★ | No. de certificado ★★★ | Fecha ★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precriación.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          30-abril-2019
_Lugar_          _Fecha_

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI
13 JUN 2019
_Fecha_

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 42 A 2T |
| B | |
| C | |

_Firma_

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **43899**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

Daniela Rogelis 6          No. DEL PERMISO **43899**

FECHA DE EMBARQUE 13 JUN 2019          1144186806
C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC# 17H13D090547 del 06-06-201
SALVOCONDUCTO No. _____ 7 VGH 02513

SAE No. 602XV865975V

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES: 47 Bolsos en pie

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

EX TTT

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
29 septiembre 2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| HARRODS LTD MILL LANE THATCHAM BERKSHIRE RG19 4AL LONDON | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |
| | M.VE Brand Firma del Solicitante |

3a. País de destino (y puerto de entrada) UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad N°
CO1334996

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 671301 al 671400 M.VE Bidriv | 10. II C | 11. 100 Artículos |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | C043151 | 11/07/2018 | CHINA | 85-AE-51220/18E | 07/12/2018 | |

| 7./8. ***** | | | 9. ****** | | | 10. ** | 11. ***** |
|---|---|---|---|---|---|---|---|
| ******** | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ******* | ****** | **** | | ****** | ***** | |

| 7./8. ****** | | | 9. **** | | | 10. | 11. ***** |
|---|---|---|---|---|---|---|---|
| ****** | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ***** | ***** | ** | | *** | ** | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                    30-abril-2019

Lugar                    Fecha                    Estampilla de seguridad, firma y sello oficial

| 14. APROBACIÓN DE LA EXPORTACIÓN | | 15. N° de permiso / de autorización de embarque: |
|---|---|---|
| 0 3 AGO 2019 Fecha | CALI Puerto de exportación | 16. Espacio para la autoridad aduanera |

| Sección | Cantidad |
|---|---|
| A | 40 ART |
| B | |
| C | |

Firma                    Firma

Corporación Autónoma
Regional del Valle del Cauca
**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**   **PERMISO/CERTIFICADO No. CO**
REPÚBLICA DE COLOMBIA   **43897**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES
M.VE Brand

FECHA DE EMBARQUE: 0 3 AGO 2019

**No. DEL PERMISO 43897**
1144088991 M.VE Brand

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. CVC # 11113007766
codigo seguridad LOE 25 332
SAE No. 02 96 0936432

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nubia Judith Henriquez 02/08/2019

OBSERVACIONES: 40 bolsos en piel de babilla

EX UUU

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
13-noviembre-2019

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE, RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA
Firma del Solicitante

3a. País de destino (y puerto de entrada)   UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a otras plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (ver al dorso)   T

5b. Estampilla de seguridad Nº
CO1335043

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Pitón reticulado Python reticulatus | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 648631 al 648650 y del 527724 al 527733 | 10. II C | 11. 30 Artículos 11a. Total exportado/Cupo |
| 12. País de origen VIETNAM | Permiso No. 17VN05275/CT-KL | Fecha 07/03/2017 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50058/19E | Fecha 13/05/2019 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★★ | | ★★★★★★★★ | 9. ★★★★★★★★ | | 10. ★★ | 11. ★★★ ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ | | ★★★★★ | 9. ★★★ | | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.   14-mayo-2019
Lugar   Fecha   Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
1 0 AGO 2019   CALI
Fecha   Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma
CVC
Corporación Autónoma
Regional del Valle del Cauca

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE REPÚBLICA DE COLOMBIA   PERMISO/CERTIFICADO No. CO 43946

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES
Daniela Rogens G.   No. DEL PERMISO 43946

FECHA DE EMBARQUE: 1 0 AGO 2019   1144196606

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S   NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. CV # 1941300917.34   NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nubia Edith Rincón Guerrero
cartuja, unidad QNK X0573   del 9/08/2019
SAE No. 0227651G-1606   OBSERVACIONES: 10 bolsos en piel de pitón reticulado

REPÚBLICA DE COLOMBIA
CVC
Corporación Autónoma
Regional del Valle del Cauca

EX VVV

Powered by CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☑ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

1. PERMISO/CERTIFICADO No. 44034

2. Válido hasta el: **12-diciembre-2019**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1335128

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. *Babilla*  *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 671001 al 671100 | 10. **II**  C | 11. **100 Artículos**  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43147 | 11/07/2018 | ESPAÑA | ES-LC-50065/19E | 05/03/2019 | |

| | 7./8. ★★★★★  ★★★★★★★ | 9. ★★★★★★ | 10. ★★  ★★ | 11. ★★★★  ★★★★★  11a. Total exportado/Cupo |
|---|---|---|---|---|
| B | | | | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★ | ★★★★★★ | ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | |

| | 7./8. ★★★★★★  ★★★★★★ | 9. ★★★★ | 10. ★★  ★★★★★ | 11. ★★★  ★★★★  ★★★★  11a. Total exportado/Cupo |
|---|---|---|---|---|
| C | | | | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★ | | | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precconvención.

13. Permiso / Certificado expedido por:

RUBEN DARIO GUERRERO USEDA
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          13-junio-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**1 7 AGO 2019**          CALI

Fecha          Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 95 ART |
| B | |
| C | |

Fecha          Firma

Corporación Autónoma
Regional del Valle del Cauca

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          REPÚBLICA DE COLOMBIA          PERMISO/CERTIFICADO No. CO **44034**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: **1 7 AGO 2019**

No. DEL PERMISO **44034**

NOMBRE DEL ESTABLECIMIENTO:
C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
Daniela Fogelis
1144196806

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:
Nubia Edith Muñoz

SALVOCONDUCTO No CVC # 1711300720074
radigo seguridad ZA080076
SAE No. CO27045292B

OBSERVACIONES: 95 bolsos en piel de babilla  el 16/08/2019

EX WWW

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el  25-diciembre-2019

3. Importador (nombre y dirección)

MODERN HOME - BD AND P
P.O.BOX 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

M.KeBrand

Firma del Solicitante

5a. País de destino y puerto de entrada   QATAR (DOHA)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase el dorso)  T

5b. Estampilla de seguridad Nº  CO1634021

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7.A  Babilla  Caiman crocodilus fuscus | 50 bolsos de 2400 cm2 con marquillas numeradas del 102356 al 102378, del 546092 al 546095 y del 412623 al 412645 | 10.  II  C | 11.  50  Artículos  11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO43146 | Fecha  11/07/2018 | 12a. País de la última reexportación | No. de certificado  PE-LC-50094/19E | Fecha  14/03/2019 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. | | | 9. | | | 10. | 11.  ★★★  11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No.  ★★★★★★ | Fecha  ★★★★ | 12a. País de la última reexportación | No. de certificado  ★★★★★ | Fecha  ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. | | | 9. | | | 10. | 11.  ★★★★  11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precconvención.

13. Permiso / Certificado emitido por

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            26-junio-2019

Lugar              Fecha            Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

15. Nº de solicitud de autorización de embarque  60/1553567N

16. Espacio para la autoridad aduanera

| Sección | Cantidad | Fecha | Puerto de exportación |
|---|---|---|---|
| A | 35 A P T | | |
| B | | | |
| C | | Firma | Sello entidad |

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 44153

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

M.KeBrand

No. DEL PERMISO 44153

C.I. DISEÑO Y MODA

FECHA DE EMBARQUE  1 4 NOV 2019

1144088491   M.KeBrand

NOMBRE DEL ESTABLECIMIENTO  INTERNACIONALS.A.S   NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
CVC71971130140667 d.1 13-11-2019   John Luis Bonilla

SALVOCONDUCTO No.  Ced Seg 7 WNQ7349   NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Tecnico Operativo

SAE No.  601553534567V   OBSERVACIONES  35 Bolsos en Piel de

CVC

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX XXX

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **44157**

| | | |
|---|---|---|
| ☒ | RE-EXPORTACIÓN | |
| ☐ | IMPORTACIÓN | |
| ☐ | OTRO: | 2. Válido hasta el 25-diciembre-2019 |

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| MODERN HOME - BD AND P P.O.BOX 615 (GOODS IN TRANSIT) DOHA | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA *Mike Brand* |
| 3a. País del destino y (puerto de entrada) QATAR (DOHA) | Firma del Solicitante |

| 5. Condiciones especiales | 6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa |
|---|---|
| Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la IATA, en lo que respecta a los animales vivos, de las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos. | República de Colombia **MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** Calle 37 No. 8-40 • Bogotá, D.C. COLOMBIA |
| 5a. Propósito de la transacción (véase el dorso) T | 5b. Estampilla de seguridad N° CO1634025 |

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 10 bolsos combinados en piel de babilla de 1000 cm2 y piton reticulado de 1400 cm2 con marquillas numeradas del 373155 al 373164 | 10. II C | 11. 10 Articulos 11a. Total exportado/Cupo |

| 12. País de origen ★ COLOMBIA | Permiso No. CO43150 | Fecha (11/07/2018 | 13a. País de la última reexportación | No. de certificado ES-LC-50068/19E | Fecha 05/03/2019 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. Piton reticulado *Python reticulatus* | 9. bolsos combinados en babilla de 1000 cm2 y piton reticulado de 1400 cm2 (con la misma información de la sección A, casilla 9) | 10. II C | 11. 10 Articulos 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ VIETNAM | Permiso No. 16VN06095/CT-KL | Fecha 15/03/2016 | 13a. País de la última reexportación | No. de certificado ES-LA-50091/19E | Fecha 10/04/2019 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. #### ########### | 9. | 10. ★★ | 11. 11a. Total exportado/Cupo ★★★★ |
|---|---|---|---|

| 12. País de origen ★ ★★★★★★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha | 13a. País de la última reexportación | No. de certificado ★★★★★ | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ ★★★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

| 13. Permiso / Certificado expedido: EDGAR EMILIO RODRIGUEZ BASTIDAS Director de Bosques, Biodiversidad y Servicios Ecosistémicos Ministerio de Ambiente y Desarrollo Sostenible | | |
|---|---|---|
| BOGOTA, D.C. | 26-junio-2019 | |
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |

| 14. APROBACIÓN DE LA EXPORTACIÓN | | 15. N° de solicitud de autorización de embarque 6027655345374 |
|---|---|---|
| | CALI | 16. Espacio para la autoridad aduanera |
| | Fecha | Puerto de exportación |

| Sección | Cantidad | | |
|---|---|---|---|
| A | 6 ART | | |
| B | Ver casilla A | Firma | Sello entidad |
| C | | | Firma |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **44157**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

*Mike Brand*

No. DEL PERMISO **44157**

FECHA DE EMBARQUE: **1 4 NOV 2019**

*1114408899) Mike Brand*

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CVC4191130140667 del 13-11-2019

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. Cel. No. 4 WNG 73497

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: *Juan Luis Bonilla* Técnico Operativo

SAE No. 6027655343674

OBSERVACIONES: 6 BOlsos combinados...

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX YYY

Powered by CamScanner