# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20170-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

NANCY TERESA GONZALEZ de BARBERI,

    *Defendant.*

_____/

## AFFIDAVIT OF DANIEL SULEIMAN

DISTRICT OF COLUMBIA   )
                                      )
                                      )

BEFORE ME, the undersigned authority, personally appeared Your Affiant, DANIEL SULEIMAN, who being first duly sworn, deposes and states that:

1. I, DANIEL SULEIMAN, am a licensed attorney in the District of Columbia. I practice law with Covington & Burling LLP ("Covington") in Washington, D.C.

2. Covington was retained by Defendant Nancy Gonzalez ("Ms. Gonzalez") in or around December 2020 to provide limited advice in connection with the then-ongoing investigation by the U.S. Department of Justice ("DOJ"), which investigation resulted in Ms. Gonzalez's arrest at her home in Colombia on or around July 7, 2022.

3. In or around December 2021, Ms. Gonzalez asked Covington to provide further assistance in connection with the investigation and to interface with DOJ.

4. During the time that Covington was engaged to represent Ms. Gonzalez, she was also represented by attorneys with the law firm of Zuckerman Spaeder LLP.

5. Prior to Ms. Gonzalez's arrest, I had one phone call with DOJ prosecutor Richard J. Powers about the status of the investigation. That conversation occurred on or about January 24, 2022. I was joined on the call by two colleagues, Veronica Yepez and Amanda Odasz.

6. In the January 24, 2022 conversation, I told Mr. Powers that Ms. Gonzalez was eager to achieve closure on the matter and that my colleagues and I would like to meet with him about the case. Mr. Powers represented that a taint review was

underway and that the review was one of the last things to be done before decisions were made on the case. Mr. Powers also stated that once the taint review was done, he would be happy to reach out to me and to listen to anything we had to say beyond what Zuckerman Spaeder had already presented. I concluded the conversation by saying that we would look forward to speaking with him after the taint review process was complete.

7. The next day, January 25, 2022, I sent Mr. Powers the following email:

   "RJ, Thanks very much for the call yesterday. We appreciated the conversation, and look forward to speaking after the taint review process is complete. We will be grateful to take you up on the offer to present additional information before any decisions are made on the case. Best, Dan"

8. On or around February 4, 2022, Zuckerman Spaeder sent a letter to the taint review lawyer, on which I was copied, addressing certain outstanding privilege issues. As far as I am aware, as of the date of Ms. Gonzalez's arrest, the taint review lawyer had not responded to Zuckerman Spaeder's letter, and the defense team was still waiting to hear that the taint review process had been completed.

9. Mr. Powers did not reach out to me following our January 24, 2022 call, and I did not speak with him again until the day Ms. Gonzalez was arrested.

10. If Mr. Powers had advised me that he was no longer interested in hearing from Covington and intended instead to charge Ms. Gonzalez and seek her extradition to the United States, I would have attempted to negotiate her self-surrender, so as to avoid her needlessly having to spend months in a Colombian prison.

FURTHER AFFIANT SAYETH NOT

_____
DANIEL SULEIMAN
AFFIANT

SWORN TO AND SUBSCRIBED before me by DANIEL SULEIMAN, personally known to me, or who produced _License_ as identification on this 4th day of May, 2023.

My Commission Expires: 5/14/2026

NOTARY PUBLIC
District of Columbia

Affidavit of Daniel Suleiman
Page **2** of 2