Honorable Robert N. Scola, Jr.
United States District Judge
Southern District of Florida
400 N. Miami Avenue
Room 2-3
Miami, FL 33128

Your Honorable Judge:

This is probably the hardest letter I have ever written. I am writing about my mother Nancy Gonzalez.

For the past 2 years we both have suffered immense pain, anxiety, extreme sadness, and grief. I have seen my mother working like no one else I know in the world. Her determination, dedication and always striving to do things on an extraordinary level, has taken her from the glory to the darkness of a cell in El Buen Pastor prison. 40 years of very hard work, dragged to soil.

My mother has taught me so much in life through her hard work and her attitude. She has taught me that everything starts with a dream and combined with determination and discipline I can achieve all that I envision. Even her attitude towards this excruciating circumstance has been an invaluable lesson, she has humbly accepted her wrongdoings and consequences.  My mother has always been a life teacher not only to me, but to all her employees, family and friends. Throughout her life, she has suffered many heartbreaks, especially my dear brother's death, that left us blurred and scared forever. Even through her worst moments, she has had the courage to stand up and keep walking.

As a family we stand by her side in any outcome this circumstance brings... her life is my greatest lesson!

With most respected regards,

**Cristina Barberi Gonzalez**

Nancy Gonzalez's Daughter

**TRANSLATION**

Grupo Exito
Almacenes Exito S.A.
Carrera 48 No. 32B sur – 139. A.A. 3479 Envigado, Colombia
Phone. (4) 3314792, email: grupoexito6group -éxito.co.
www.grupoexito.com.co Nit:890.900.608-9

Santiago de Cali, July 2023

Honorable Robert N. Scola, Jr.
U.S. District Judge Southern District of Florida
400 N. Miami Avenue
Room 12-3
Miami, FL 33128

Dear Judge Scola:

My name is Monica Arango, I am an architect and I work as a lead designer of the points of sale for the Exito stores, a leading retail company in Colombia that belongs to the Casino de Francia Group.

I have known Mrs. Nancy Gonzalez since I moved to the city of Cali approximately 30 years ago. From that moment I had the opportunity to associate with her at social gatherings where her kindness and hospitality were always highlighted. It was only from her seclusion that I have managed to get to know her deeply and be her soul friend. Before I just saw her as a great designer whom I deeply admired; now (and despite the fact that our communication is very limited and restricted), I recognize in her the great woman that she is, a woman who shines with a light of her own.

Nancy is a cheerful, kind, optimistic person who is very confident in justice and in her own freedom. Despite the adversity of the moment, every day she proves to be a woman of deep convictions, the fruit of her life focused on always being more of **a good human being.**

One of her main virtues is her generosity, which is manifested among other ways, in the way she always puts her creative talent at the service of others. In fact, she told me about her dream of creating FREEDOM, a design project focused on the artisanal work done by fellow inmates and which if channeled correctly can help in the resocialization of each of the participants and in the achievement of economic resources to support their respective families.

Nancy cultivates day by day her enormous inner strength and the enthusiasm that never leaves her, thanks to the presence of God in her life. Likewise, she feeds her mind and spirit through meditation, reading texts on neuroscience and knitting, an activity that she recently learned and that has allowed her to have the great personal experience of developing more artisanal creations.

She is a woman who above all loves her family.   Her son Santiago, her daughter Cristina, and her grandchildren Antonio and Santi are without a doubt her greats loves. And the greatest sadness these days is not being able to see or tell her mother about her life, a woman who is 103 years old with whom she has always maintained a close and loving relationship, but due to her advance age could not understand the situation her daughter is going through.

Nancy, because of her human quality, the integrity of her character and her inner strength, is without a doubt my great teacher of life.

I love her forever.

Sincerely,

Monica Arango
cc. 022100



Almacenes Éxito S. A. Carrera 48 No. 32B sur – 139. A.A. 3479 Envigado, Colombia
Teléfono: (4) 3396565 Fax: (4) 3314792, e-mail: grupoexito@grupo-exito.com
www.grupoexito.com.co Nit: 890.900.608-9

Santiago de Cali, julio de 2023

HONORABLE ROBERT N. SCOLA JR.
JUEZ DE DISTRITO DE LOS ESTADOS UNIDOS
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI AVENUE
ROOM 12-3
MIAMI, FL 33128

Estimado Juez Scola:

Mi nombre es Mónica Arango, soy arquitecta y trabajo como diseñadora líder de los puntos de venta de Almacenes Éxito, empresa líder del retail en Colombia y que pertenece al Grupo Casino de Francia.

Conozco a la señora Nancy González desde cuando llegué a vivir a la ciudad de Cali, hace aproximadamente 30 años. Si bien desde ese momento tuve la oportunidad de compartir con ella en reuniones sociales donde siempre se destacaron su amabilidad y hospitalidad, solo es a partir de su reclusión que he logrado conocerla profundamente y ser su amiga del alma. Antes simplemente la veía como una gran diseñadora a quien yo admiraba profundamente; ahora (y a pesar de que nuestra comunicación es muy limitada y restringida), reconozco en ella la gran mujer que es, una mujer que brilla con luz propia.

Nancy es una persona alegre, bondadosa, optimista y muy confiada en la Justicia y en su propia libertad. A pesar de la adversidad del momento, cada día demuestra ser una mujer de convicciones profundas, fruto de su vida centrada en ser siempre y, cada vez más, **un buen ser humano**.

Una de sus principales virtudes es su generosidad, la cual se manifiesta, entre otras formas, en el modo como pone siempre su talento creativo al servicio de los demás. En efecto, me ha contado su sueño de crear FREEDOM, un proyecto de diseño enfocado en el trabajo artesanal que hacen las compañeras de reclusión y que, canalizado correctamente, puede ayudar en la resocialización de cada una de las participantes y en la consecución de recursos económicos para el sustento de sus respectivas familias.

Nancy cultiva día a día su enorme fortaleza interna y el entusiasmo que nunca la abandona, gracias a la presencia de Dios en su vida; asimismo, alimenta su mente y su espíritu a través de la meditación, la lectura de textos sobre neurociencia y desde el tejido, una actividad que aprendió recientemente y que le ha permitido tener la gran experiencia personal de desarrollar creaciones más artesanales.



 Almacenes Éxito S. A. Carrera 48 No. 32B sur – 139. A.A. 3479 Envigado, Colombia
Teléfono: (4) 3396565 Fax: (4) 3314792, e-mail: grupoexito@grupo-exito.com
www.grupoexito.com.co Nit: 890.900.608-9

Es una mujer que, por sobre todas las cosas, ama a su familia: su hijo Santiago, su hija Cristina y sus nietos Antonio y Santi son, sin lugar a duda, sus grandes amores.  Y la gran tristeza de estos días es no poder ver ni contarle de su vida a su mamá, una señora de 103 años con la que siempre ha mantenido una estrecha y amorosa relación, pero que debido a su avanzada edad no podría comprender la situación por la que atraviesa su hija.

Nancy, por su calidad humana, por la entereza de su carácter y por su fuerza interna es, sin duda, mi gran maestra de vida.

La quiero por siempre.

Atentamente,

Mónica Arango

cc. 43022100

David W. Campagna
50 East 77th Street
New York, N.Y. 10075

Honorable Robert N. Scola, Jr.                      September 30, 2023
United States District Judge
Southern District of Florida
400 North Miami Avenue                                  Re: Nancy Gonzalez
Room 12-3
Miami, FL 33128

Your Honor,

I am grateful and honored to have the opportunity to support my dear friend Nancy Gonzales as a character witness.

I have known Nancy Gonzales for nearly 40 years. I first met her through my wife of 43 years Maria Eugenia Garcés-Campagna who grew up with Nancy as best friends in Cali, Colombia.

By way of background, I was born in 1941 in New York City where I still live with my wife; I am presently retired from my own real estate development business; I am a veteran of the U.S. Army Special Forces and a graduate of Princeton University, B.A.,1963.

Over these many past years our family has frequently socialized in the U.S. and Colombia with Nancy and her family. Our two daughters are very close to Nancy as we are to her daughter, Cristina, and as we also were to her son, Santigo, who tragically died at age 40.

When Nancy was a young woman, her husband divorced her. Consequently, Nancy who had the custody other two young children had to find a way to support herself.

One of the things that has always impressed me so much about Nancy's character is how through true grit and unflagging persistence she refused to be subdued by her very difficult circumstances. She went about creating from scratch a new life for herself and her children whom she always adored and attended to.

Nancy accomplished this extraordinary feat by first producing leather belts and other leather accessories in her mother's back yard with the help of one assistant with the purpose of selling them to regional retail stores. After a while, she was able to have a small factory and several retail stores in Colombia called Encueros.  Eventually she started travelling to New York where she had several «Trunk Shows» in our apartment and other venues to introduce and sell her products. In many of those occasions she stayed with us as a welcome guest and dear friend.

During one of her trips, we introduced Nancy to a highly regarded woman in the retail area of the fashion business. This woman subsequently mentored Nancy by giving her valuable advice and insight on how to proceed in building her nascent brand. Nancy listened and immediately took off to Europe to research fashion trends, materials, and manufacturing methods. The rest is history. Nancy never looked back and over time she was able to build a large factory in Cali, Colombia, employing up to 400 women, and changed the name of her brand to «Nancy Gonzalez». Her office

was in her factory and year after year she would personally design each season's new handbag collection, a huge job in itself! She was an indefatigable worker and a very talented designer; her business and family became the sole focus of her life.

Her Nancy Gonzales handbags earned an international reputation and following for a quality and "must have" fashion accessory. For example, Bergdorf Goodman, New York's most prestigious department store for years had Nancy's handbags on display in a separate and prominent section on the first floor of their flagship store on Fifth Avenue.

By any standard Nancy was very much an enlightened and caring employer. Wanting to help lift up other women, she intentionally hired women to work with her. For many of her employees working with her was their first job opportunity. Nancy trained them in newfound skills which allowed them to enjoy a better standard of living. In addition, Nancy saw to it that their employees had pensions, and she helped many of them send their children to college. Nancy was also a generous and civic minded contributor to various programs and charities in her community.

The recent collapse of Nancy's once thriving, proud, and admired enterprise is a shocking and extremely sad tragedy.

After reviewing this unfortunate occurrence, I can honestly say that I think Nancy has already paid dearly for what has happened. She has basically lost everything but the love of her family and loyal friends. In addition, her incarceration for over one year in Colombia's Buen Pastor women's prison (a maximum-security facility for hardened and dangerous criminals) was certainly no picnic.

In sum, Nancy is a sincere, caring, generous, and warm person whose real priorities have always been her employees, friends, and family. She is very "down to earth", not frivolous or star struck by her international success as a pre-eminent designer.

Nancy has never posed a financial or physical threat to anyone. In my opinion her mistakes for which she has taken responsibility have already punished and humiliated her reputationally, financially, and mentally far beyond any level of retribution warranted for such offences.

Respectfully submitted,

David W. Campagna

CALI, JULY 26TH 2023

HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI AVENUE
ROOM 12-3
MIAMI, FL 33128

Honorable Judge,

My name is MARIA FERNANDA CABAL DE LONDOÑO. I am a Colombian Citizen. I am a business-Woman, that is part of a Traditional Family that has Investments in the Agricultural Industry of the Sugar Cane, in the Energy and Electricity Production Sector and in the Real-Estate Developments.

I have known NANCY GONZALEZ since my early childhood at Primary School.

About NANCY, I can say that is a very Intelligent Person, a very good Individual, a very Spiritual and religious Human-Being and a very Hard-Working Person.

She created her own Company, where She dedicated most of her time, and through her Company She generated many Jobs, helping and teaching People, and created Growth and Development for our Region.

I have known her Family very well, specially her Mother and her Brothers and Sisters. They are all Very Good People, Very Religious and Spiritual Persons, Believers in God and Well Recognized Professional in their different careers, as Lawyers, Medical Doctors and Business-People.

We have had always a Friendly Relationship with all of them and their Family is Greatly recognized for being Good People and very Hard-working People.

Sincerely Yours,

MARIA FERNANDA CABAL DE LONDONO
Calle 13 oeste #1-45
Cali-Colombia
Tel: +57(310) 427-0569

Maria Eugenia Garcés-Campagna
50 East 77th Street
New York, N.Y. 10075

HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 12-3
MIAMI, FL 33128                          September 30, 2023

Your Honor,

I am writing to you with the purpose of providing you with a character reference for Nancy Gonzales.

I am a United States resident and citizen who came to this country in 1969 to attend Mount Vernon Jr. College and the School of Engineering and Architecture at Catholic University in Washington D.C., graduating with a Bachelor of Science in Architecture and a Master of Architecture. In 1976 I moved to New York City to attend the graduate school of Architecture at Columbia University to study Historic Preservation.

I met Nancy in 1957 when we were both enrolled in kindergarten at the School of the Sacred Heart in Cali, Colombia. We became very close friends in elementary school and even though after graduating from high school I travelled to the United States for my college education and Nancy went to a Colombian university and got married soon after graduating, our paths crossed again in 1985 when she travelled to New York City where I lived with my American husband, David W. Campagna and our newborn baby girl. In that occasion the reason of her trip was to explore and open new markets for her leather accessories' business which she started after a very difficult divorce to help support herself and her two young children. We rekindled immediately our friendship and from that day on we have remained very close and involved in each other's lives. Both my daughters have loved her as, or even more than, a blood relative, because of her enthusiastic and loving interaction with them since they were born.

Nancy has always been a very caring and loyal friend, respected and loved by many. I have always witnessed and admired what a responsible sibling, daughter, mother, and employer she has been and the special relationships she has forged over the years with her family and friends. She is also a very energetic and hardworking individual who created an outstanding and

successful enterprise employing as much as 400 people at one time. Over the many years she was in business, she employed hundreds of single women heads-of-households in good jobs so that they were able to provide for their children offering them the education and opportunities they wouldn't have had access to otherwise.  She always showed sincere interest in and concern with the needs of her workers and was constantly focused on maintaining and expanding her products' sales to be able to keep up with her considerable payroll. One of her biggest fears was not being able to meet her obligations to her loyal employees who depended on her for their livelihoods.

Twenty years ago this month, my three siblings and I founded the Alvaralice Foundation ( www.alvaralice.org), of which I have always served as President of the Board, in order to continue our parents' philanthropic legacy. My father, Alvaro Garces Giraldo (who was always a great fan of Nancy) and his brother, Armando donated the largest piece of prime land ever made in Colombia to build the Universidad del Valle in Cali. Furthermore, my father and his brother donated another significant piece of land for the building of a much-needed new hospital in Cali. My father was the engine that helped raise, over twelve years, the considerable funds from the private sector to build the Clínica Fundación Valle del Lili (https://valledellili.org), considered today among the three top teaching hospitals in Latin America.

From the inception of the Alvaralice Foundation Nancy was one of our most generous supporters. She was always ready to support our fundraising initiatives, donating not only money but also her time and enlightened us on the needs of the local disadvantaged communities, especially the women-head-of households, since she was very familiar with through her experience with her employees.  In every single fundraising gala, and other types of charitable events our foundation organized over the past 20 years, Nancy participated both as a generous donor and a volunteer. She always fulfilled her pledges, and therefore we knew she was a dependable ally on our mission to help build a more inclusive and peaceful Colombia.

I hope the foregoing has given you a better insight into Nancy's character, and the type of person she truly is.

Sincerely,

Maria Eugenia Garcés-Campagna

Santiago de Cali, August 23, 2023


Honorable Robert N. Scola, Jr
United States District Judge
Southern District of Florida
400 N Miami Avenue Room 12 3
Miami, FL 33128


Best regards,

My name is **Luz Narváez Casanova,** identified with CC 66.759.987 issued in the city of Palmira. I am 53 years old, and I am on a disability pension having been operated on for Anaplastic Astrocytoma. Today, I would like to certify the following:

I have known Mrs. Nancy Gonzalez for approximately 16 years, mentioning how thankful I am to her on a professional and personal level would be innumerable. I joined the company as a bilingual receptionist, a language which I was not very fluent, not knowing fully how to use English, Mrs. Gonzalez paid for a course at the Berlitz Institute so that my reinforcement would be suitable for the position. Soon after, she noticed that I was doing some managing over the finishing of the products, she assigned me as quality control manager. That long process was of great value to me, the work I did was rewarded and well paid with a salary that was paid on time, and additionally I had commissions and bonuses. One, for which I am unconditionally grateful, was the down payment on a house.

Being a mother, I received the benefit of care and food in a daycare center that Mrs. Gonzalez created for the children in a house near the plant, the transport picked them up at school and transferred them under great care to the home where they had food, a cleaning person and a teacher.

During my time working there, I manifested a chronic illness that occupied my time totally, I had the irreparable support of Mrs. Nancy Gonzalez, taking care that my salary was completely deposited, supporting all my effort with her brother who is a specialist in Neurosurgery, and reintegrating me to the company on the days of my chemotherapy and then supporting me with the payments until I received my pension.

I got to know her great family through the company, Cristina Barberi and Santiago Barberi, great colleagues.

I would have to get innumerable sheets of paper to say all that remains for me to recognize Mrs. Nancy Gonzalez as a person of great humane qualities.

With all my thanks to my great boss, my great support and my great friend Nancy Gonzalez.

Kind regards,


Luz Narváez Casanova
TEL: 317 658 7242
CC 66.759.987

Santiago de Cali, 23 de Agosto de 2023


**Honorable Robert N. Scola, Jr**
United States District Judge
Southern District of Florida
400 N Miami Avenue Room 12 3
Miami, FL 33128


Cordial Saludo,


Mi nombre es **Luz Narvaez Casanova,** identificada con CC 66.759.987 expedida en la ciudad de Palmira. Tengo 53 años de edad y soy pensionada por invalidez al haber sido operada a raíz de un Astrocitoma Anaplásico. El dia de hoy me permito certificar lo siguiente:

Conozco a la **Sra. NANCY GONZALEZ** desde hace aproximadamente 16 años, mencionar los agradecimientos que tengo con ella a nivel laboral y personal serían innumerables. Ingresé como recepcionista bilingüe, idioma el cual no era muy fluido, al no saber a cabalidad el manejo del inglés la **Sra. Gonzalez** pagó un curso en el Instituto Berlitz para que mi refuerzo fuera adecuado al puesto. Al poco tiempo observó que realizaba cierto manejo sobre el terminado de los productos por lo cual me asignó como jefe de calidad. En ese largo proceso fue de gran valor para mi, el trabajo que hacía era recompensado y bien remunerado con salario pagado a tiempo, y adicionalmente contaba con comisiones y bonificaciones. Una en particular por la cual tengo agradecimiento incondicional, fue la cuota inicial de una casa.

Al ser madre de familia recibí el beneficio del cuidado y alimentación en una guardería que la **Sra. Gonzalez** creó para los niños en vivienda cercana a la planta, el transporte los recogía en el colegio y los trasladaba bajo gran cuidado al hogar en el cual tenían alimentación, persona de aseo y profesora.

En el tiempo de labor, manifieste una enfermedad crónica que ocupaba mi tiempo de manera total, tuve el apoyo irreparable de doña **Nancy Gonzalez**, ocupándose de que mi salario fuera consignado a cabalidad, apoyando todo mi esfuerzo con su hermano que es especialista en Neurocirugía, y reintegrandome a la empresa en los días de mi quimioterapia para después apoyarme con los pagos hasta que me llegara la pensión.

Conocí a su gran familia por medio de la empresa, Cristina Barberi y Santiago Barberi, compañeros a gran cabalidad.

Tendría que obtener innumerables hojas para decir todo lo que me queda por reconocer a **Doña Nancy Gonzalez** como una persona de grandes cualidades humanas.

Con todo mi agradecimiento a mi gran jefe, mi gran apoyo y mi gran amiga **Nancy Gonzalez.**

Atentamente,

Luz Narvaez Casanova
TEL: 317 658 7242
CC 66.759.987

Santiago de Cali, July 6, 2023

Honorable Robert N. Scola, Jr.
United States District Judge
Southern District of Florida
400 N Miami Avenue Room 12-3 Miami, FL 33128

My name is Leida Cleves Escobar, I am 67 years old, widowed for 23 years, with 2 children ages 33 and 27, I am pensioned by the company C.I. Design and International Fashion where Nancy Gonzalez was my direct boss working in the finished product department in which I worked continuously for 33 years without any inconvenience of any kind with Mrs. Nancy.

Through this letter, I would like to express my respect and admiration for Mrs. Nancy Gonzalez, with whom I have worked since March 1989 and with whom I had an excellent working relationship. From the time I met her I knew that she was a great person, very respectful, she maintianed a good relationship with the employees, she always fulfilled her obligations, she is a tireless worker, during these 33 years there was a very good relationship both personally and professionally, she had many acts of generosity with all her employees and willingness to listen to us if the situation required it.  Thanks to this, many colleagues left the company with pensions, paid for their children's universities, bought their homes and formed their homes. My two children are professionals and currently economically independent thanks to the additional support she was always willing to give me. I remember when she helped a colleague, Mónica Mejía, who despite her limitation (deaf-mute), adapted the conditions for her to be part of our company in the quality control area, which she performed in the best way. I will carry in my heart an act that she had towards me when my husband died, she altruistically gave me an important sum of money that helped me a lot for the education of my children, an act that I will be grateful to her all my life, she was not the only one, thanks to her I had my first plane trip to vacation in Santa Marta with my children and a colleague, Marisol Franco. Years later she gave my children and me another trip to San Andrés, all fully paid, without any obligation, so every time I remember Mrs. Nancy the first thing that comes to mind is her generosity.

I personally got to know her family environment, her beautiful connection with her mother, "Mayita" as we all called her, her endearing relationship with her two children, Santiago who was part of the company and I had an excellent relationship with him, a very hardworking, intelligent and enterprising being like his mother and Cristina, her youngest daughter, mother of two beautiful sons, Antonio and Santiago who are everything to Mrs. Nancy.

I shared many moments of my life with her, both good and bad, the birth of my children, the death of my husband, the awards she received for her excellent work, the death of her son Santiago, all those experiences we faced together, there was mutual support in these situations.

Despite the difficulties generated by the pandemic, she did not want to give up on the company's production and with a lot of effort she continued to work and respond to her employees, a fact that exalts her good heart and she personally has all my admiration for those gestures.

I hope this inconvenience that has me very moved will be resolved soon, she deserves the best and I attest that she always acted with the best of intentions, she is an example of life, she single-handedly carried out a company recognized worldwide generating employment for many mothers' head of household making us improve our quality of life and for that I am eternally grateful to Mrs. Nancy.

Kind regards

LEIDA CLEVES ESCOBAR

C.C: 31.297.254

316 690 0045

373 88 82

E-Mail: Leida.cleves@gmail.com

Santiago de Cali, 6 de Julio de 2023

Honorable Robert N. Scola, Jr.

United States District Judge

Southern District of Florida

400 N Miami Avenue

Room 12-3

Miami, FL 33128

Cordial saludo,

Mi nombre es Leida Cleves Escobar, tengo 67 años, viuda desde hace 23 años, con 2 hijos de 33 y 27, pensionada de la empresa C.I. Diseño y moda internacional donde Nancy González fue mi jefe directa desempeñándome en el departamento de producto terminado en el que laboré continuamente durante 33 años sin ningún tipo de inconveniente de ninguna índole con la señora Nancy.

Quiero manifestar por medio de esta carta mi respeto y admiración hacia la señora Nancy González con quien trabajé desde marzo del año 1989 y con quien tuve una excelente relación laboral. Desde el tiempo que la conocí supe que era una gran persona, muy respetuosa, manejó un buen trato con los empleados, siempre cumplió con sus obligaciones, es una trabajadora incansable, durante estos 33 años hubo una muy buena relación tanto personal como laboral, tuvo muchos actos de generosidad con todos sus empleados y disposición a escucharnos si la situación lo requería; Gracias a esto muchas compañeras salieron pensionadas de la empresa, pagaron las universidades de sus hijos, compraron sus viviendas y formaron sus hogares, mis 2 hijos son profesionales y actualmente independientes económicamente gracias al apoyo adicional que siempre estuvo dispuesta a darme. Recuerdo cuando le prestó ayuda a una compañera, Mónica Mejía, que a pesar de su limitación (sordomuda), adaptó las condiciones para que hiciera parte de nuestra empresa en el área control de calidad el cual lo desempeñó de la mejor manera. Llevaré en mi corazón un acto que tuvo hacía mí cuando murió mi esposo, ella de manera altruista me dio una suma de dinero importante que me ayudó mucho para la educación de mis hijos, acto que le estaré agradecida toda la vida, no fue el único, gracias a ella tuve mi primer viaje en avión a vacacionar a

Santa Marta con mis hijos y una colega, Marisol Franco, años más adelante nos regaló otro viaje a San Andrés a mis hijos y a mí, todo totalmente pago, sin ninguna obligación, así que cada vez que recuerdo a la señora Nancy lo primero que se me viene a la cabeza es su generosidad.

Personalmente conocí su entorno familiar, su linda conexión con su madre, la señora "mayita" como ella y nosotros le decíamos, su entrañable relación con sus 2 hijos, Santiago quien hizo parte de la empresa y tuve una excelente relación con él, un ser muy trabajador, inteligente y emprendedor como su mamá; y Cristina, su hija menor, madre de 2 hermosos hijos, Antonio y Santiago que lo son todo para la señora Nancy.

Compartí muchos momentos de mi vida con ella, tanto buenos como malos, el nacimiento de mis hijos, la muerte de mi esposo, las condecoraciones que ella recibió por su excelente trabajo, el fallecimiento de su hijo Santiago, todas esas vivencias las afrontamos juntas, hubo respaldo mutuo ante estas situaciones.

A pesar de las dificultades generadas por la pandemia no quiso desistir con la producción de la empresa y con mucho esfuerzo siguió laborando y respondiendo a sus empleados, hecho que enaltece su buen corazón y personalmente tiene toda mi admiración por ese gesto.

Espero se resuelva pronto este inconveniente que me tiene muy conmovida, ella se merece lo mejor y doy fe que siempre actuó con la mejor de las intenciones, es un ejemplo de vida, sacó sola adelante una empresa reconocida a nivel mundial generando empleo a muchas madres cabeza de hogar haciéndonos mejorar nuestra calidad de vida y por eso estoy eternamente agradecida con la señora Nancy.

Atentamente,

*Leyda cleves Escobar*

C.C: 31.297.254

316 690 00 45

373 88 82

E-Mail: Leida.cleves@gmail.com

Santiago de Cali, August 22, 2023

Honorable Robert N. Scola, jr
United States District Judge
Southern District of Florida
400 N Miami Avenue
Room 12-3
Miami, FL 33128

My name is Chiara Salmoiraghi Garcés, Italian, married to a Colombian. I have been living in Cali for 42 years. My main occupation is my family. I served Colegio Bolivar, the most recognized bilingual school in Cali, for a long time as a member of the board of directors as well as president of the PTA. I participated as a board member of the AlvarAlice Foundation from its inception in 2003 until last year. This is a non-profit family foundation whose mission is to contribute to the welfare of the underprivileged through programs of non-formal education, culture, income generation, civic action, reflection and dialogue.

I have known Mrs. Nancy Gonzalez Zuñiga for more than 30 years. Our friendship has grown stronger over time. We have shared the most wonderful moments and some of the saddest ones. Her indomitable character and her deep religious faith have guided her through the unusual experiences life has presented her.

Nancy grew up in a loving family of strong principles and values. Her children and grandchildren are her anchor and north. Starting from scratch and with no funds, after a thorny divorce, she created a leather goods company that in a few years positioned itself as an exclusive brand in the world market of luxury handbags. Her creative genius is universally recognized.

The dedication, passion and seriousness with which she works, are summed up in the attitude she demonstrated during the national strike of May/June 2021 when an armed uprising paralyzed Cali. Barricades blocked the streets and the roads leading into the city. We citizens were locked in our homes for weeks while food was scarce. Confrontations with law enforcement, looting, destruction of the public transportation system and its infrastructure raged on for weeks. After the first few days of general panic, Nancy started going regularly to the factory, moving around the besieged city by cab, overcoming all sorts of obstacles and dangers. Her commitment to her international buyers and employees outweighed the risks of her physical integrity.

Her top position and fame acquired in the ephemeral world of fashion have not changed her jovial character of open laughter. She surprises with her simplicity, warmth and generosity. Nancy has a strong sense of beauty in all its expressions. She is curious, likes to explore ideas and behaviors. Meditation has helped her to overcome very hard trials, I think of the tragic death of her beloved son and the terrifying circumstances she currently finds herself in. Nancy is living the present with humility as a surreal teaching experience that has projected her to an unknown dimension that will become an integral part of her existential baggage.

Thanks to her moral integrity and practical capacities, she has been a great example to the people who know her.

This is Nancy Gonzalez, the friend I respect, appreciate and love.

Chiara Salmoiraghi Garcés
calle 2a oeste # 116-411
tel 57 602 3258822
Cali - Colombia

Santiago de Cali

July 12, 2023

HONORABLE ROBERT N. SCOLA JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT DE FLORIDA
400 N MIAMI AVENUE
ROOM 12-3
MIAMI, FL 33128

Dear Judge Scola,

Please receive our fraternal greeting of peace and well-being.

I am Luz Mary Vélez Ospina, abbess and legal representative of the Monastery of Santa Clara in Cali, Colombia, founded in the year 1967. Along with the undersigned sisters, we are part of a religious community dedicated to prayer and spiritual contemplation. We pray for many of our afflicted brothers and sisters, prisoners, immigrants, refugees, and the oppressed. In our prayers we implore for so many wounded families, for the poor, and intercede for the salvation of all.

We have known Mrs. Nancy González and her family for 40 years. We have always had close ties with them. They have always been distinguished law-abiding people, with exemplary moral behavior, and have always been considered respectable and honorable among Cali society. The people love and admire Mrs. Nancy for being an enterprising and charitable woman who cares about the well-being of everyone around her. Our religious community is one of the institutions that has benefited from her generosity throughout many years. She has always shown a maternal concern for us, and she has always ensured that we have, among other things, our daily bread, as we are cloistered nuns, and we may often lack certain basic needs.

All of this evidences the humane, moral, and Christian upbringing received from her elderly mother, who is now over 100 years old and always taught Mrs. Nancy to be a hardworking and responsible woman, to care for her community, and to be supportive of the poor by sharing with them all the benefits she received from her work.

With our hands raised to the Almighty, we will continue to pray and intercede so that our Heavenly Father blesses her abundantly and she can regain her freedom and resume her work for the good of Colombian society.

Count on our prayers for you and your entire family. May God grant you much success in your work and abundant blessings.

Sincerely,

*Luz Mary Vélez O*
Luz Mary Vélez Ospina



*MONASTERIO SANTA CLARA*
*HERMANAS CLARISAS*

NIT. 890.303.498-4 Entidad Sin Animo de Lucro
Calle 1 Oeste Carrera 10 / Capilla de San Antonio / Tel: 893 7185
hermanasclarisascali@hotmail.com
Cali - Colombia

Santiago de Cali, julio de 2023

HONORABLE ROBERT N. SCOLA JR.
JUEZ DE DISTRITO DE LOS ESTADOS UNIDOS
SOUTHERN DISTRICT DE FLORIDA
400 N MIAMI AVENUE
ROOM 12-3
MIAMI, FL 33128

Apreciado señor:

Reciba nuestro fraterno saludo de paz y bien.

Soy Luz Mary Vélez Ospina, abadesa y representante legal del Monasterio de Santa Clara de Cali, fundado en esta ciudad en el año 1967. Junto a las hermanas abajo firmantes somos parte de una comunidad religiosa dedicada a la oración y a la contemplación; rezamos por muchos hermanos nuestros, presos, emigrantes, refugiados y perseguidos, por tantas familias heridas, por los pobres, e intercedemos por la salvación de todos.

Nosotras conocemos a la señora Nancy González y a su familia hace ya 40 años. Siempre hemos tenido vínculos estrechos con ellos, son personas que se han distinguido por el cumplimiento de la ley, con un comportamiento moral ejemplar, gozando siempre de buena reputación en la sociedad caleña. La gente quiere y admira a la señora Nancy por ser una mujer emprendedora y caritativa, que se preocupa por el bienestar de todas las personas a su alrededor. Nuestra comunidad es una de las instituciones que se ha visto beneficiada por su generosidad desde hace ya muchos años. Siempre demostró una solicitud maternal hacia nosotras, asegurándose de que no nos faltara el pan de cada día, ya que somos monjas de clausura y muchas veces carecemos de algunas cosas necesarias.

Todo ello evidencia la formación humana, moral y cristiana recibida de su anciana madre, quien cuenta con más de 100 años vida y quien siempre le enseñó a la señora Nancy a ser una mujer laboriosa y responsable, a preocuparse por su comunidad y a ser solidaria con los pobres, compartiendo con ellos todo el beneficio recibido por su trabajo.



*MONASTERIO SANTA CLARA*
*HERMANAS CLARISAS*

NIT. 890.303.498-4 Entidad Sin Animo de Lucro
Calle 1 Oeste Carrera 10 / Capilla de San Antonio / Tel: 893 7185
hermanasclarisascali@hotmail.com
Cali - Colombia

Con nuestras manos levantadas al Todopoderoso seguiremos orando e intercediendo para que nuestro Padre Dios la bendiga abundantemente y ella pueda recuperar su libertad y su trabajo en bien de la sociedad colombiana.

Cuente con nuestras oraciones para usted y toda su familia, que Dios le dé muchos éxitos en su trabajo y le conceda bendiciones abundantes.

Atentamente,

*Luz Mary Vélez O*
Luz Mary Vélez Ospina

*Clara María de San Francisco*

*María de la Santa Cruz.*

*Sor Sor. Liliana del Socorro Agudelo Gil*

*Fidelina Mina B*

*Silvia Inés Lugari*

*Fny Mary Salcedo Q*

*Josefa Elena Gordillo*

*Margarita Chate*

Nancy Velez Holguín.

Aida Patricia nene orozco

Aura Mery castañedo otero

*Sor María Teresa Sánchez*

*marina de jesús Castillo Rendón*

Giovanna Elena Campagna
46 Campden Hill Square
London W8 7JR

Honorable Robert N. Scola, Jr.
United States District Judge
Southern District of Florida
400 North Miami Avenue, Room 12-3
Miami, FL 33128

Re: Nancy Gonzalez

September 30, 2023

Your Honor,

My name is Giovanna Campagna and I am writing this letter as a character reference for Nancy Gonzalez.

To provide you with context, I have known Nancy since I was born, as she is one of my mother's most intimate friends since their childhood in Cali, Colombia. I grew up in New York City, where my mother moved in the 1970s. I am a graduate of Princeton University '2010 and Columbia Business School '2019. I currently live in London, England with my husband and 2 children.

I feel lucky to have always had Nancy in my life. Nancy is a deeply warm, empathetic, and loving person. From my first memories of her as a young child of 4 or 5 years old, I always felt loved and safe with Nancy. Children, they say, are the best judge of character, and I still remember that Nancy was virtually the only adult apart from my parents that I loved to be hugged and carried by. I was always so excited to see Nancy every chance I had.

Growing up, she always made me feel valued. When I was 11 and her business was growing, I enthusiastically went to her with some design ideas I had. She sweetly sat down with me, taking everything I said seriously and showing genuine interest in my ideas. A few months later, came back, having made me the designs as a gift. She always respected and encouraged me, regardless of my age.

When I was 18 and a freshman at Princeton University, I went to Nancy when I was looking for my first internship. She listened to what I was looking for, helped me prepare for the search, and graciously introduced me to her colleagues in fashion, who ultimately led to a wonderful internship. She genuinely took interest in my life and my well-being. Now, as a mother myself, I know how unusual and exceptional it is for someone to care so deeply for their friend's children.

As an entrepreneur myself, I have always been inspired how Nancy's desire to help others was demonstrated through her work. Nancy was committed to hiring women head-of-households to work at her business, as she wanted to create opportunities for women to lift themselves and their families up to experience a better life. It meant so much to her that her business could give back to other women in this way, and many of her employees continue to reach out to her to express

their gratitude for the opportunities she gave them. Her charitable nature was also evident in her prolific donations and support of philanthropic causes in Colombia.

Nothing is more important to Nancy than having a positive impact on her employees, family, friends, and community. Even when she became a household name in the international world of fashion, she did not want to be in the spotlight. Her chosen place to be was at home in Cali, where she could be close to her team, her elderly mother, childhood friends, and grandchildren. They are her reason for being.

Nancy is truly beloved in her community and I am certain that she will continue her positive impact on others after this sad chapter of her life is closed. She is a being who radiates warmth, love, and a deep, unwavering faith.

Respectfully submitted,

Giovanna E. Campagna

Santiago de Cali, July 7, 2023

Honorable Robert N. Scola, Jr
United States District Judge
Southern District of Florida
400 N Miami Avenue Room 12–3
Miami, Fl 33128

I, Adriana Zácipa Antero, of legal age, 59 years of age, married, with citizenship card No. 31.912.543 of Cali, hereby declare that I have known Mrs. Nancy Gonzalez de Barberi by sight and treatment, since August 2, 1996, when I began my working relationship with the company CI DISEÑO Y MODA INTERNACIONAL until June 30, 2022, 25 years and 6 months ago.  I served as a plant supervisor and I can attest that she is an excellent citizen, honest, of good morals, supportive, understanding and generous.

During my working relationship with her, she was an excellent employer, she paid on time, she was aware of the health and well-being of her employees, she always had additional activities for the employees, she had additional services in the company such as daycare for our children, from which I benefited since my daughter was there until she was 9 years old,  subsidy for lunches, bonuses for compliance in time, in the treatment of her employees there was always respect, she was fair and kind and had an assertive communication, additionally she was very aware of the legal situation regarding the material with which we worked leather.

As a human being, she was emotionally and physically affected by the death of her son Santiago, since he was her support abroad, her name and brand are very internationally recognized, her customers were spread throughout the different countries, her product was highly endorsed, for the quality, especially in New York and stores such as Neiman Marcus, Bergdorf Goodman, Harrods, among others.

On a personal level, I know a large part of her family, mother, daughter and son, in my memory there is still that collection that had to admire her charisma and vision for that collection.

Currently I am very grateful to her as a person and leader that she was for me, she is a person to admire, brave and hardworking, she generated a lot of employment in her work plant in Cali and within this company I managed to retire at 57 years old and other people as well. My appreciation for her is great, I love and respect her very much.

Cordially,

ADRIANA ZÁCIPA ANTERO

CC 31.912.543

Santiago de Cali, Julio 7 de 2023

HONORABLE ROBERT N. SCOLA, JR
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI AVENUE
ROOM 12 – 3
MIAMI, FL 33128

Yo Adriana Zácipa Antero, mayor de edad con 59 años de edad, casada, con cedula de ciudadanía No. 31.912.543 de Cali, mediante la presente manifiesto de que conozco de vista y trato a la Sr. Nancy Gonzales de Barberi, desde el 2 de Agosto de 1996 que inicio mi relación laboral con la empresa CI DISEÑO Y MODA INTERNACIONAL hasta el 30 de Junio de 2022, hace 25 años y 6 meses, me desempeñe como supervisora de planta y puedo dar fe de que es una excelente ciudadana, honrada, de buenas costumbres, solidaria, comprensiva y generosa.

Durante mi relación laboral con ella, fue una excelente empleadora, pagaba a tiempo, estaba pendiente de la salud y bienestar de sus empleados, siempre tenía actividades adicionales a las laborales, tenía servicios adicionales en la empresa como guardería para nuestros hijos, de cual fui beneficiada ya que mi hija estuvo ahí hasta que cumplió sus 9 años, subsidio para los almuerzos, bonificaciones por cumplimiento en tiempos, frente al trato con sus empleados siempre hubo respeto, era justa y amable y tenía una comunicación asertiva, adicionalmente estaba muy pendiente de la situación legal referente al material con el que trabajábamos (pieles).

Como ser humano que es, se vio afectada emocional y físicamente por la muerte de su hijo Santiago, ya que él era su apoyo en el exterior, su nombre y marca son muy reconocidas internacionalmente, sus clientes se fueron extendiendo por los diferentes países, su producto era muy avalado, por la calidad, en especial en nueva york y tiendas como Neiman, Marcus, Bergdorf Goodman, Harrods, entre otras.

En el ámbito personal conozco gran parte de su familia, mamá, hija e hijo, en mi memoria aun esta esa colección que realizo con su mamá era de admirar su carisma y visión frente a esa colección.

Actualmente me encuentro muy agradecida con ella como persona y líder que fue para mí, es una persona de admirar, valiente y esforzada, genero mucho empleo en su planta de trabajo en Cali y dentro de esta empresa logre pensionarme a los 57 años y otras personas también.

Mi aprecio hacia ella es grande, la quiero y respeto mucho.

Cordialmente,

*Adriana Zácipa Antero*

ADRIANA ZÁCIPA ANTERO
CC 31.912.543

Bogota, D.C., August 22, 2023

Honorable Robert N. Scola Jr.
United States District Judge
Southern District Of Florida
400 N Miami Avenue, Room 13- 3
Miami, FL 33128

YAMIR JUSTINIANO GONZALEZ SUAREZ

CHAPLAIN PRIEST OF THE CPAMSMBOG (WOMEN'S PRISON OF BOGOTA).

I know Mrs. Nancy Gonzalez through my pastoral service as a chaplain, celebrating the Eucharist in Pavilion 1 of the AMSMBOG CP since July 9, 2022. Our relationship is professional as a priest who attends to the faithful of the catholic church with sacraments and spiritual care, dialoguing with her on Tuesdays of each week.

Mrs. Nancy has sponsored a PPL Administration for students at Minute Of God University with her own resource. I consider her an honorable, honest person, because I have spoken on several occasions with Mrs. Nancy about her family, her business work and her way of seeing justice and society.

I know that she has a good reputation in her environment according to members of the catholic group EMMAUS. I have seen respect, affection and kindness in the coexistence with the other PPLS, and with the custody and surveillance staff, and in the dialogue with judicial authorities. I know that she is interested in programs to promote the manual work of the PPL and the improvement and fair distribution of their products.

From the moment I met her, she asked me to dialogue with her and pray for her situation, and she offered help for the people in need as I have mentioned. She has participated in church-led religious rites and charitable activities at the detention center and has even attended other religious services that enter the CP AMSMBOG and offer charitable help, such as the formal education of Gods Minutes.

Thank you for your attention and may the Lord bless you in all your work.

Most affectionate in Christ, - -- --

Pbro. Yamir Gonzalez Suarez, O.SS.T.
Chaplin CP AMSMBOG




**Pastoral Social**
Caritas Colombiana

Bogotá, D.C., 22 de agosto de 2023

**HONORABLE ROBERT N. SCOLA JR.**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DITRICT OF FLORIDA**
400 N MIAMI AVENUE, ROO 13- 3
MIAMI, FL 33128

YAMIR JUSTINIANO GONZÁLEZ SUÁREZ
SACERDOTE CAPELLÁN DE LA CPAMSMBOG (RECLUSIÓN DE MUJERES DE BOGOTÁ).

CONOCÍ A LA SEÑORA NANCY GONZÁLEZ A TRAVÉS DE MI SERVICIO PASTORAL COMO CAPELLÁN, CELEBRANDO LA EUCARISTÍA EN EL PABELLÓN 1 DE LA CPAMSMBOG DESDE JULIO 9 DE 2022.
NUESTRA RELACIÓN ES PROFESIONAL COMO SACERDOTE QUE ATIENDE A LOS FIELES DE LA IGLESIA CATÓLICA CON SACRAMENTOS Y ATENCIÓN ESPIRITUAL, DIALOGANDO CON ELLA LOS DÍAS MARTES DE CADA SEMANA.
LA SEÑORA NANCY HA PATROCINADO CON SU PROPIO RECURSO A UNA PPL ESTUDIANTE DE AMINISTRACIÓN DE LA UNIVERSIDAD MINUTO DE DIOS.
LA CONSIDERO UNA PERSONA HONORABLE, HONESTA, PORQUE HE CONVERSADO EN VARIAS OCASIONES CON LA SEÑORA NANCY SOBRE SU FAMILIA, SU TRABAJO EMPRESARIAL Y SU FORMA DE VER LA JUSTICIA Y LA SOCIEDAD. ME CONSTA QUE TIENE BUENA FAMA EN SU ENTORNO SEGÚN INTEGRANTES DEL GRUPO CATÓLICO EMAÚS.
HE VISTO RESPETO, CARIÑO Y AMABILIDAD EN LA CONVIVENCIA CON LAS OTRAS PPL, CON EL PERSONAL DE CUSTODIA Y VIGILANCIA, Y EN EL DIÁLOGO CON AUTORIDADES JUDICIALES. ME CONSTA QUE SE INTERESÓ POR PROGRAMAS DE PROMOCIÓN DEL TRABAJO MANUAL DE LAS PPL Y DE LA MEJORA Y DISTRIBUCIÓN JUSTA DE SUS PRODUCTOS.
DESDE QUE LA CONOCÍ ME PIDIÓ DIALOGAR CON ELLA Y ORAR POR SU SITUACIÓN, Y OFRECIÓ AYUDA PARA PERSONAS NECESITADAS COMO HE REFERIDO. HA PARTICIPADO EN RITOS RELIGIOSOS Y ACTIVIDADES DE BENEFICENCIA ORIENTADOS POR LA IGLESIA EN EL CENTRO DE RECLUSIÓN, E INCLUSO HA ATENDIDO A OTROS CULTOS RELIGIOSOS QUE INGRESAN A LA CPAMSMBOG Y QUE OFRECEN AYUDAS BENÉFICAS, COMO LA EDUCACIÓN FORMAL DEL MINUTO DE DIOS.

Gracias por su atención y el señor la bendiga en toda su labor.

Afectísimo en Cristo,

Pbro. YAMIR GONZÁLEZ SUÁREZ, O.SS.T.
Capellán CPAMSMBOG

Bogota, August 16, 2023

Honorable
Robert N. Scola
United States District Judge
Southern District of Florida
400 N. Miami Avenue
Room 12-3
Miami, Fl 33128

My name is Isabel Critina Bolaños Dereix, citizenship card 34970111. Deprived of liberty in Pavilion 1 of the High and Medium Security Women's Prison and Penitentiary of Bogotá, sentenced to 38 years for aggravated conspiracy to commit a crime, since September 2014.

I met Mrs. Nancy Gonzalez on July 9, 2022, when she arrived at the place where I am being held. I knew about her situation from the media that were not objective with her. It was night, and she had to sleep on the floor on a deteriorated foam in a very damp cell.  The next morning, she introduced herself very kindly and was interested in the crafts we made. From that very moment, despite the discomfort, she began to work for and with the population of this prison. Their work has been inclusive, non-judgmental, transformative. It turned our isolated work into a craft enterprise that generates resources by valuing labor. By teaching us to use the right material, to care for and protect the environment, it is educational because it is a work and training process. It has allowed us to acquire values and live peacefully with other inmates and improve family and social relationships.

Mrs. Nancy Gonzalez, despite confinement, leads a dignified life with the few material things that she is allowed to have, she has many human, intellectual, moral and emotional resources that induce her to have a life of committed and creative action and that always, despite the limited space, shows us an unlimited world of opportunities.

Mrs. Nancy Gonzalez is a good person, very independent but loving with her family and friends and affectionate with everyone.

The inmates who have benefited during her stay in this place hope that she will always do well.

ISABEL BOLAÑOS DERIX

Bogotá, Agosto 16 de 2023

Honorable
ROBERT N. SCOLA,
United States District Judge
Southern District of Florida
400 N Miami Avenue
Room 12-3
Miami, Fl 33128

Mi nombre es ISABEL CRISTINA BOLAÑOS DEREIX. Cédula de Ciudadania 349Tol11. Privada de la Libertad en el Pabellon 1 de la Cárcel y Penitenciaria de Alta y Media Seguridad de Mujeres de Bogotá. Condenada a 38 años por concierto para delinquir agravado, desde el mes de Septiembre de 2014.

Conocí a la Sra Nancy González el día 9 de julio de 2022 cuando llego al lugar donde estoy recluida. Sabía de su situación por los medios de comunicacion que no fueron objetivos con ella. Era de noche, le toco dormir en el piso sobre una espuma deteriorada en una celda muy húmeda. A la mañana siguiente se presento muy amablemente y se intereso por el trabajo artesanal que elaboramos. Desde ese mismo instante a pesar de las incomodidades empezo a trabajar por y con la poblacion de esta Reclusion. Su labor ha sido incluyente, sin prejuicios, transformadora. Convirtio nuestro trabajo aislado en un emprendimiento de artesanias que genera recursos valorando la mano de obra; al enseñarnos a utilizar el material adecuado cuida y protege el medio ambiente; es educativo porque ese proceso de trabajo y formacion nos ha permitido adquirir valores y convivir pacificamente con las otras internas y mejorar las relaciones familiares y sociales.

La Sra Nancy González a pesar del encierro lleva una vida digna con las pocas cosas materiales que le permiten tener; posee muchos recursos humanos, intelectuales, morales y emocionales que la inducen a tener una vida de accion comprometida y creativa y que siempre a pesar del espacio limitado nos muestra un mundo ilimitado de oportunidades.

La Sra Nancy González es una buena persona, muy independiente pero amorosa con su familia y amigos y afectuosa con todos.

Las internas que hemos sido beneficiadas durante su estadia en este lugar tenemos la esperanza de que le vaya siempre bien.

Isabel Bolaños Dereix

Honorable Robert N. Scola, Jr.
United States District Judge
Southern District of Florida
400 N. Miami Avenue
Room 12-3
Miami, FL 33128

Name: Yenni Carolina Achiardi Leon, reducing time as a stylist at the Good Shepherd Penitentiary Center in Bogotá, sentenced to 19 years.

I met Mrs. Nancy Gonzalez during my working hours at the beauty salon for which I have worked for 6 months more or less. With the usual talk about my work, we created a more fraternal and friendly relationship since she is an extremely empathetic person with the people around her. We started talking about my age and basic situations of my daily life, and continued deeper into my dreams and aspirations, for which she did not hesitate to support my project and thus I was able to enter the Minuto de Dios University and entered the undergraduate degree of Business Administration since she offered to cover the expenses of my university semester.  Additionally, she has given me her knowledge and experiences in order to be able to structure a business project in which my partner and I intend to enter into the world of candles and soaps.  So not only is she an economically virtuous person, but the most important thing is her humane capacity to give himself to others in all aspects.

I consider her an honorable, honest, respectful, loving, empathetic person and above all an example for our society that lacks people who stand out not only in their work but who are more than that, a sign of true humanity and dedication to others.

Mrs. Nancy Gonzalez always showed her real interest in contributing to each and every one of the women around her, her knowledge and experience based on love and respect; out of consideration for the lives of others and showing her respect for each and every one of them.

My relationship with Mrs. Nancy Gonzalez was an awakening of my dreams and even improving the beginning of my life projects for which I am extremely grateful and honored to have met her, since she changed my life drastically and forever.

Yenni Carolina Achiardi Leon
TD 70027
One. 758559

HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI AVENUE
ROOM 12-3
MIAMI, FL 33128

NOMBRE: Yenni Carolina Achiardi Leon Descontando
Tiempo como Estilista en el Centro penitenciario el
Buen pastor de Bogotá Condenada 19 años
Conoci a la señora Nancy González durante mi
horario laboral en el salon de belleza para el
cual trabajo hace mas o menos 6 meses, con
la charla habitual de la labor en la cual me
desempeño fuimos creando una relacion mas fraternal
y amistosa ya que es una persona extremadamente
empatica para con las personas del rededor. Iniciamos
hablando de mi edad y situaciones basicas de mi
diario vivir asi nos fuimos adentrando en mis
sueños y aspiraciones para lo cual no dudo en
apoyar mi proyecto de vida y asi pude ingresar
a la universidad Minuto de Dios en el pregrado
de Administracion de Empresas ya que se ofrecio
a correr con los gastos de mi semestre universitario
adicionalmente me ha brindado sus conocimientos
y vivencias para asi poder extructurar un proyecto
empresarial con el cual mi pareja y yo pretendemos
ingresar al mundo de las velas y jabones; asi que no
solamente es una persona virtuosa economicamente
sino que lo mas importante es su capacidad
humana de brindarse a los demas en todos los
aspectos.

La considero una persona honorable, honesta, respetuosa
amorosa, empatica y por sobre todo un ejemplo

para nuestra sociedad que carece de personajes
que destaquen no solo en su trabajo sino que
mas haya de eso sean huma muestra de verdadera
humanidad y entrega para con el otro.

La señora Nancy Gonzales mostro en todo
momento su real interes por aportar a todas
y cada una de las mujeres que la rodean su
conocimiento y experiencia en base al amor y
al respeto; con consideracion por la vida de las
demas y mostrando su respeto por todas y
cada una.

Mi relacion con la señora Nancy Gonzales fue un
despertar de sueños y mejor aun el inicio de
mi creacion de proyecto de vida por lo cual estoy
sumamente agradecida y honrada de poder
conocerla ya que cambio mi vida de manera
drastica y para siempre.

Yenn. Carolina Achiardy leon

TD   70027

NUI   758559

