# GOVERNMENT EXHIBIT 1

Nancy Gonzalez, eponymous with vibrant color and luxurious textures has become one of the most celebrated handbag designers in the world. Known for her innovative use of precious skins and distinct color palette, her handbags have become instant classics.

Gonzalez, a petite, soft-spoken woman of the utmost conviction and unfathomable determination, knows firsthand what it takes to succeed. As a mother of two, she made a courageous choice for a Colombian woman to go into business for herself. Drawing from what

she knew best, the inspiration of her native country, she created handbags that celebrated the natural beauty and rich culture of Colombia. Quality, exclusivity, authenticity and timelessness are the trademarks of true luxury. These, along with a combination of dreaminess and rigor, are the pillars of the Nancy Gonzalez brand.

The Colombian-born designer began selling in the U.S. in 1998, debuting her eight-piece collection at Bergdorf Goodman. According to Jim Gold, chief executive officer of The Neiman Marcus Group, "Nancy Gonzalez is one of the Key Brands in our accessories department. We've had an enormously successful relationship with her for Years. She is a true visionary who has revolutionized the precious skins market with her mix of unconventional colors and design."

In addition to innovative design, the fundamental virtue of distinctive craftsmanship is what sets Nancy Gonzalez's collections apart. She applies meticulous design and quality to all of her products. Her bags are handcrafted in her native Cali, Colombia by a team of local artisans with a remarkable manual ability of ancestral origin and a deep desire to achieve the highest quality. She believes in making craftsmen the patient inventors of a new know-how. Nancy is dedicated to enhancing her native community, committed especially to the enriching the wellbeing of her employees and their families. She is a driving force for social change, employing almost all women and providing day-care for their children. Nancy strives to instill her employees with dignity, optimism and structure by providing a rewarding work environment.

Nancy Gonzalez designs are always modern, yet they are inspired by classical elements. "Nature is my best accomplice and my source of inspiration is life," she says. "I always try to push the limits of what can be done with precious skins." Her clients are at the heart of her brand. Her aim is to convey joy, benevolence and strength through her designs to create an emotional relationship between her clients and their bags. "I incorporate elements into each piece that make us smile; a color, a texture, a detail, a surprise."

Worldwide, consumers recognize her trademark originality and quality. The collection is sold at over 300 luxury retailers around the world including Bergdorf Goodman, Neiman Marcus, Saks Fifth Avenue, Harrod's, Tsum, Lane Crawford, Net-a-Porter to name a few. In addition, she has two boutiques in Seoul, Korea and has recently opened a third outpost in the IFC mall in Hong Kong.

Recent accolades for Nancy Gonzalez include being awarded as Brand of the Year by the Accessories Council in November 2007. Acknowledgement has also come from museums, such as The Metropolitan Museum of Art's Costume Institute and the Philadelphia Museum of art, which have collected her creations underlining the pertinence of her work within a historical and artistic context.

ASSOULINE BOOK