# GOVERNMENT

# EXHIBIT

# 3



G25330A_FWS_0001489