# GOVERNMENT EXHIBIT

# 6

## HANDBAG SAMPLE SALE VALUE AVERAGE

| DATES | SAMPLE SALE COMPANY | UNITS SOLD | NET SALES | AVG/UNIT |
|---|---|---|---|---|
| 05/02/2018 - 05/06/2018 | 260 Sample Sale | 332 | $351,546.45 | $1,058.87 |
| 12/19/2018 - 12/23/2018 | 261 Sample Sale | 330 | $432,114.25 | $1,309.44 |
| 06/26/2019 - 07/01/2019 | 260 Sample Sale | 272 | $330,157.00 | $1,213.81 |
| 12/3/2019 - 12/8/2019 | 260 Sample Sale | 304 | $338,992.00 | $1,115.11 |
| December 2, 2017 | Soiffer Haskin | 76 | $216,050.25 | $2,842.77 |
| December 4, 2017 | Soiffer Haskin | 54 | $89,651.40 | $1,660.21 |
| April 21, 2018 | Soiffer Haskin | 63 | $155,831.75 | $2,473.52 |
| April 22, 2018 | Soiffer Haskin | 52 | $99,649.25 | $1,916.33 |
| December 1, 2018 | Soiffer Haskin | 50 | $118,382.75 | $2,367.66 |
| December 4, 2018 | Soiffer Haskin | 64 | $105,538.25 | $1,649.04 |
| May 2, 2019 | Soiffer Haskin | 76 | $146,676.25 | $1,929.95 |
| May 5, 2019 | Soiffer Haskin | 52 | $102,169.55 | $1,964.80 |
| November 16, 2019 | Soiffer Haskin | 57 | $95,105.00 | $1,668.51 |
| November 20, 2019 | Soiffer Haskin | 60 | $62,842.89 | $1,047.38 |
| TOTAL | - | 1,842 | $2,644,707.04 | $1,435.78 |

**\*Note: In addition to the 260 Sample Sale data, a representative set of dates were included based on data received from Soiffer Haskin.**