# GOVERNMENT EXHIBIT 7



Gzuniga-WP-0000091



Gzuniga - WP- 00000 98