# GOVERNMENT EXHIBIT 8

## DECLARED GZLTD U.S. IMPORTS VIA PASSENGER TERMINAL: 2016 - 2019

| Control Number | Ship Date | Carrier | AWB/BOL | Trans Mode | Bonded Location | US IE Business | FSR Business | Common Name | CITES # | Wildlf Desc | Qty | Unit | Value | Disposition | Disp Date | Notes | Approval Email Located? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016811812 | 2/8/2016 | AV0020 | 72900000000/HANDCARRY | A | E769 IAB | GZUNIGA LTD | CI DISENO Y MODA INTERNACIONAL SA | BROWN CAIMAN | 40187 | LPS | 25 | NO | 12,500 | C | 2/17/2016 | Francy Marin on 02/08/2016 from Colombia. | Yes |
| 2016875718 | 6/10/2016 | DELTA AIRLINES | 006-18597003/ | P | DELTA CARGO JFK | GZUNIGA LTD | CALZATURIFICIO SICLA SRL | BROWN CAIMAN | IT/RX/2016/AR/10186 | SHO | 78 | NO | 8,742 | C | 6/15/2016 | Post Entered by Massimo Suppi on 06/10/2016 from Italy. | No |
| 2019520612 | 3/27/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 43824 | LPS | 49 | NO | 52,236 | C | 3/27/2019 | Monica Bacca Solarte on 03/27/2019 from Colombia. | Yes |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | KARUNG SNAKE |  | TRI | 1 | NO | 500 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. | Yes |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 43973 | LPS | 94 | NO | 45,000 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. |  |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44016 | LPS | 10 | NO | 5,000 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. |  |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | TAIWAN STINK SNAKE |  | TRI | 8 | NO | 4,000 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. |  |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | ORIENTAL RAT SNAKE | 44003 | LPS | 3 | NO | 1,500 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. |  |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BURMESE PYTHON | 44016 | TRI | 10 | NO | 5,000 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. |  |
| 2019557899 | 6/4/2019 | AV042 | 729HANDCARRI/ | P | F354 AVIANCA CARGO | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | RETICULATED PYTHON | 43983 | LPS | 19 | NO | 11,700 | C | 6/4/2019 | Yolanda Ocampo on 06/04/2019 from Colombia. |  |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44115 | LPS | 69 | NO | 67,412 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. | Yes |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44149 | LPS | 40 | NO | 22,800 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. |  |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44156 | LPS | 17 | NO | 13,120 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. |  |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | TAIWAN STINK SNAKE | 44149 | TRI | 30 | NO | 13,936 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. |  |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | RETICULATED PYTHON | 44105 | LPS | 3 | NO | 2,288 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. |  |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | RETICULATED PYTHON | 44109 | LPS | 6 | NO | 3,296 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. |  |
| 2019586853 | 7/16/2019 | AVIANCA AV 0042 | 729-HANDCARRIED/ | A | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | RETICULATED PYTHON | 44156 | LPS | 17 | NO | 13,120 | C | 7/24/2019 | Diego Rodriguez on 07/16/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44140 | LPS | 10 | NO | 5,340 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. | Yes |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44307 | LPS | 82 | NO | 40,000 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44341 | LPS | 4 | NO | 2,000 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44346 | LPS | 8 | NO | 4,624 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | TAIWAN STINK SNAKE |  | TRI | 20 | NO | 10,000 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BURMESE PYTHON | 44346 | TRI | 8 | NO | 4,624 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | RETICULATED PYTHON | 44293 | LPS | 21 | NO | 9,000 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S A. | NILE MONITOR | 44140 | TRI | 10 | NO | 5,340 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019611804 | 9/6/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | NILE MONITOR | 44341 | TRI | 4 | NO | 2,000 | C | 9/6/2019 | Mauricio Rodriguez on 09/06/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | KARUNG SNAKE |  | TRI | 2 | NO | 1,000 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. | Yes |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44291 | LPS | 1 | NO | 500 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44308 | LPS | 70 | NO | 32,000 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BROWN CAIMAN | 44339 | LPS | 2 | NO | 1,000 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | TAIWAN STINK SNAKE |  | TRI | 16 | NO | 8,000 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | BURMESE PYTHON | 44291 | TRI | 1 | NO | 500 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | RETICULATED PYTHON | 44317 | LPS | 11 | NO | 4,000 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |
| 2019612681 | 9/9/2019 | AV042 | 729HANDCARRI/ | P | E769 PASSENGER TERMINAL 4 | GZUNIGA , LTD. | CI DISENO Y MODA INTERNACIONAL S.A. | NILE MONITOR | 44339 | TRI | 2 | NO | 1,000 | C | 9/9/2019 | Mauricio Rodriguez on 09/09/2019 from Colombia. |  |