# GOVERNMENT EXHIBIT 9

Handbags Seized from Couriers

## CAIMAN HANDBAGS SEIZED FROM GZLTD PASSENGERS

| FLIGHT DATE | PASSENGER | # OF HANDBAGS |
|---|---|---|
| 2/13/2016 | Julian David Torres Jarmillo | 4 |
| 2/13/2016 | Natalia Freyre Cortazar | 4 |
| 9/6/2016 | Diego Mauricio Rodriguez Giraldo | 4 |
| 3/13/2019 | Paola Soto | 7 |
| 3/13/2019 | Vivian Valdez Hernandez | 7 |
| 3/13/2019 | Viviana Campo | 7 |
| 3/13/2019 | Hector Mejia Salinas | 7 |
| 4/4/2019 | Martha Juliana Cifuentes Soto | 3 |
| | TOTAL | 43 |

Summary of Documents Provided By Mirific

Indicating Passengers / Packages Picked Up

## SUMMARY OF DOCUMENTS PROVIDED BY MIRIFIC INDICATING PASSENGERS/PACKAGES PICKED-UP

| DATE | PAX/GOODS | PICK UP LOCATION | DROP OFF LOCATION | COMMENTS |
|---|---|---|---|---|
| 6/5/2015 | Packages | LGA/LGA Hotel | Schneider's Apt | Holiday Inn Express LGA |
| 9/9/2015 | Packages | JFK Hotel | Showroom | Bestwestern Hotel |
| 9/10/2015 | Marcela Ortiz | JFK | Showroom | Flight from Colombia |
| 9/11/2015 | Viviana Valdes Hernandez | JFK | Schneider's Apt | Notes 12 pieces. Flight from Colombia |
| 9/11/2015 | Jorge Orozco | JFK | Schneider's Apt | Flight from Panama |
| 9/12/2015 | Jorge, Andrea, Melisa | JFK | Schneider's Apt | Multiple people? Flight from Panama |
| 9/13/2015 | Anna Ortiz | JFK | Schneider's Apt | Flight from Colombia |
| 9/14/2015 | Jorge Raul | JFK | Showroom | Flight from Colombia |
| 10/30/2015 | Francy Marin | JFK | Showroom | Flight from Colombia |
| 2/4/2016 | Francy Marin | JFK | Schneider's Apt | Flight from Colombia |
| 2/5/2016 | Alix Valencia | JFK | Showroom | Flight from Colombia |
| 2/6/2016 | Mauricio Rodriguez | JFK | Schneider's Apt | Flight from Colombia |
| 2/9/2016 | Mauricio Rodriguez | JFK | Schneider's Apt | Flight from Colombia |
| 2/11/2016 | Mauricio Rodriguez | JFK | Schneider's Apt | Flight from Colombia |
| 2/13/2016 | Mauricio Rodriguez | JFK | Schneider's Apt | Flight from Colombia |
| 2/13/2016 | Mauricio Rodriguez | JFK | Schneider's Apt | Two passengers. Flight from Colombia |
| 6/2/2016 | Maria Vargas | JFK | Showroom | Flight from Colombia |
| 6/4/2016 | Packages | JFK | Schneider's Apt | Flight from Colombia |
| 6/5/2016 | Francy Marin | JFK | Schneider's Apt | Flight from Colombia |
| 6/5/2016 | Mauricio Rodriguez | EWR | Schneider's Apt | Flight from MIA |
| 6/6/2016 | Francisco Orozco | EWR | Showroom | Flight from Dallas |
| 9/2/2016 | Ana Milena Velesquez | EWR | Showroom | Flight from Colombia |
| 9/3/2016 | Mauricio Rodriguez | JFK | Schneider's Apt | Flight from Colombia |
| 9/4/2016 | Jorge Orozco | JFK | Schneider's Apt | Flight from Colombia |
| 9/5/2016 | Francisco Orozco | LGA | Schneider's Apt | Flight from Houston |
| 9/9/2016 | Maria Baena | JFK | Schneider's Apt | Flight from Colombia |
| 9/9/2016 | Vivana Valdes Hernandez | LGA | Showroom | Flight from MIA |
| 9/10/2016 | Francy Marin | LGA | Schneider's Apt | |
| 9/11/2016 | Daniela | LGA | Schneider's Apt | |
| 9/11/2016 | Viviana Mejia | JFK | Schneider's Apt | |

| 9/11/2016 | Claudia Ocoro | LGA | Schneider's Apt | |
|---|---|---|---|---|
| 9/12/2016 | Francy Marin | LGA | Schneider's Apt | |
| 1/17/2017 | Maria Arana | LGA | Schneider's Apt | |
| 3/20/2017 | Vivana Valdes | JFK | Schneider's Apt | Flight from ATL |
| 2/8/2019 | Packages | LGA | Bowman's Apt | Flight from MIA |
| 2/27/2019 | Packages | JFK | Schneider's Apt | Itinerary unclear |
| 5/23/2019 | Liliana Cuadros | JFK | Showroom | Flight from Colombia |
| | | | **TOTAL** | **48** |

Summary of Soto Documents

Indicating Courier Flights

**Summary of Documents Provided by Soto Indicating Passenger Scheme Flights**

| DEPARTURE DATE | DEPT. CITY | ARRIVAL CITY | PASSENGER | PASSPORT | DOB | FLIGHT # |
|---|---|---|---|---|---|---|
| 2/9/2018 | Cali, CO | Miami, FL | Diana Andrea Aya Vasquez | | | AA920 |
| 2/9/2018 | Cali, CO | Miami, FL | Maria Aguedita Vargas | | | AA920 |
| 2/9/2018 | Cali, CO | Miami, FL | Maria del Mar Arana Vargas | AQ976081 | 12/13/1990 | AA920 |
| 2/10/2018 | Cali, CO | New York, NY | Francisco Jose Orozco Ocoro | | | AV8406/AV20 |
| 2/11/2018 | Cali, CO | Miami, FL | Ana Maria Soto Prieto | AO691633 | 2/14/1986 | LA6539 |
| 2/11/2018 | Cali, CO | Miami, FL | Linda Giannina Correa Vargas | | | LA6539 |
| 2/11/2018 | Cali, CO | Miami, FL | Marcela Diaz Perez | AQ161553 | 2/2/1988 | LA6539 |
| 2/11/2018 | Cali, CO | Miami, FL | Maria Fernanda Yusti Bermudez | AQ691538 | 4/14/1985 | LA6539 |
| 2/12/2018 | Cali, CO | New York, NY | Angela Maria Zuniga Giraldo | AQ027618 | 10/23/1960 | AV9254/AV20 |
| 2/13/2018 | Cali, CO | Miami, FL | Margartia Maria Roldan Vargas | | | AA920 |
| 2/13/2018 | Cali, CO | Miami, FL | Viviana Marcela Valdes | | | AA920 |
| 2/13/2018 | Cali, CO | Miami, FL | Alicia Mariela Erazo Ortiz | | | AA920 |
| 2/14/2018 | Cali, CO | NYC, NY | Monica Londono Rivera | AQ697166 | 10/30/1985 | AV20 |
| 2/14/2018 | Cali, CO | Miami, FL | Ana Marcela Arana Vargas | AT096438 | 5/19/1985 | AV38 |
| 2/14/2018 | Cali, CO | Miami, FL | Maria del Mar Arana Vargas | AQ976081 | 12/13/1990 | AA920 |
| 2/14/2018 | Cali, CO | Miami, FL | Maria Aguedita Vargas | | | AV38 |
| 2/14/2018 | Cali, CO | New York, NY | Jorge Enrique Orozco Ocoro | AO714095 | 9/29/1986 | AV8406/AV20 |
| 2/16/2018 | Cali, CO | New York, NY | Linda Giannina Correa Vargas | AP405438 | 2/3/1985 | AA920/AA2550 |
| 2/16/2018 | Cali, CO | Miami, FL | Paula Andrea Serna | AO176089 | 9/10/1993 | AA920 |
| 2/16/2018 | Cali, CO | Miami, FL | Daniel Salazar Castelblanco | AQ208003 | 9/28/1996 | AA920 |
| 5/31/2018 | Cali, CO | Miami, FL | Monica Londono Rivera | AQ697166 | 10/30/1985 | AV38 |
| 5/31/2018 | Cali, CO | Miami, FL | Daniel Echeverry Zuniga | AQ697763 | 5/29/1985 | AV38 |
| 6/2/2018 | Cali, CO | Miami, FL | Martha Juliana Cifuentes Soto | AT595785 | 11/9/1981 | AV38 |
| 6/2/2018 | Cali, CO | Miami, FL | Martha Lucia Soto Espinosa | AN847450 | 7/27/1954 | AV38 |
| 6/2/2018 | Cali, CO | Miami, FL | Adriana Jimenez Erazo | AP948116 | 12/21/1981 | AV38 |
| 6/2/2018 | Cali, CO | Miami, FL | Viviana Marcela Valdes | | | AV38 |
| 6/3/2018 | Cali, CO | Miami, FL | Claudia Marcela Ortiz Garcia | | | AA920 |
| 6/3/2018 | Cali, CO | New York, NY | Liliana Velasco Rengifo | | | AA920/AA1551 |
| 6/3/2018 | Cali, CO | Miami, FL | Maria Rios | | | AV9222/AV8 |
| 6/5/2018 | Cali, CO | Miami, FL | Tatiana Paola Solarte Solarte | AQ451888 | 11/5/1975 | AV38 |
| 6/7/2018 | Cali, CO | NYC, NY | Claudia Ximena Olis Arce | AR000837 | 9/6/1987 | AV20 |
| 6/7/2018 | Cali, CO | NYC, NY | Mario Restrepo Pineda | AQ940749 | 2/23/1985 | AV20 |
| 6/7/2018 | Cali, CO | NYC, NY | Mia Restrepo Olis | AT547459 | 10/13/2016 | AV20 |
| 6/7/2018 | Cali, CO | Miami, FL | Shamar Padridin Gomez | AO157320 | 5/26/1994 | AA920 |
| 6/7/2018 | Cali, CO | Miami, FL | Vivana Marcel Valdes | | | AA920 |
| 6/7/2018 | Cali, CO | Miami, FL | Alicia Mariela Erazo Ortiz | | | LA6539 |

| DEPARTURE DATE | DEPT. CITY | ARRIVAL CITY | PASSENGER | PASSPORT | DOB | FLIGHT # |
|---|---|---|---|---|---|---|
| 6/9/2018 | Cali, CO | Miami, FL | Piedad Cristina Ortiz Castano | | | AA920 |
| 6/9/2018 | Cali, CO | Miami, FL | Maria Fernando Rios | | | AA920 |
| 6/12/2018 | Cali, CO | New York, NY | Viviana Marcela Valdes | | | AV42 |
| 6/12/2018 | Cali, CO | New York, NY | Monica Bacca Solarte | | | AV42 |
| 6/13/2018 | Cali, CO | New York, NY | Liliana Cuadros Murillo | | | AV42 |
| 6/14/2018 | Cali, CO | New York, NY | Liliana Cuadros Murillo | | | AV42 |
| 6/17/2018 | Cali, CO | New York, NY | Viviana Marcela Valdes | | | AV8406/AV20 |
| 9/1/2018 | Cali, CO | Miami, FL | Martha Lucia Soto Espinosa | AN847450 | 7/27/1954 | AA920 |
| 9/1/2018 | Cali, CO | Miami, FL | Viviana Marcela Valdes | | | AA920 |
| 9/2/2018 | Cali, CO | Miami, FL | Monica Elvira Bacca | AR775253 | 6/23/1968 | AA920 |
| 9/3/2018 | Cali, CO | Miami, FL | Martin Garcia Vallejo | AM806397 | 11/29/1984 | AV38 |
| 9/3/2018 | Cali, CO | Miami, FL | Margartia Maria Roldan | | | AV38 |
| 9/4/2018 | Cali, CO | New York, NY | Viviana Marcela Valdes | | | AA920/AA1357 |
| 9/5/2018 | Cali, CO | Miami, FL | Martha Juliana Cifuentes | AT595785 | 11/9/1981 | AA920 |
| 9/5/2018 | Cali, CO | Miami, FL | Carolina Trujillo | 116766921 (Peru) | 4/22/1977 | AA920 |
| 9/5/2018 | Cali, CO | Miami, FL | Diana Carolina Sanciemente | AP576461 | 3/9/1989 | AA920 |
| 9/5/2018 | Cali, CO | Miami, FL | Francisco Jose Orozco | AO498161 | 8/22/1985 | AA920 |
| 9/5/2018 | Cali, CO | Miami, FL | Maria Juliana Hincapie | AO997750 | 1/19/1983 | AA920 |
| 9/7/2018 | Cali, CO | Miami, FL | Ana Miryan Solarte | AQ430382 | 5/10/1948 | AA920 |
| 9/7/2018 | Cali, CO | Miami, FL | Jose Rafael Solarte | AQ430381 | 11/20/1944 | AA920 |
| 9/7/2018 | Cali, CO | Miami, FL | Piedad Cristina Ortiz | | | AA920 |
| 9/7/2018 | Cali, CO | Miami, FL | Alicia Mariela Erazo Ortiz | AN776616 | 4/4/1951 | AA920 |
| 9/8/2018 | Cali, CO | New York, NY | Liliana Velasco Rengifo | AO383755 | 6/13/1972 | AA920/AA1199 |
| 9/8/2018 | Cali, CO | Miami, FL | Lilia Hernandez | | | AA920 |
| 9/8/2018 | Cali, CO | Miami, FL | Viviana Marcela Valdes | | | AA920 |
| 9/8/2018 | Cali, CO | Miami, FL | Claudia Marcela Ortiz | AS948936 | 8/26/1968 | AA920 |
| 9/9/2018 | Cali, CO | New York, NY | Viviana Patricia Campo Tamayo | | | AA920/AA2809 |
| 9/9/2018 | Cali, CO | Miami, FL | Margartia Maria Roldan | AM806196 | 5/23/1986 | AA920 |
| 9/18/2018 | Cali, CO | New York, NY | Viviana Marcela Valdes | AN484532 | 10/20/1988 | AV9384/AV206 |
| | | TOTAL | 65 | | | |

Summary of Handbags Imported by Passengers

Indicated in WhatsApp Messages

**SUMMARY OF WHATSAPP MESSAGES INDICATING QUANTITY OF GZLTD HANDBAGS IMPORTED BY PASSENGERS**

| APPX FLIGHT DATE | # PASSENGERS | COMMENTS | # OF HANDBAGS |
|---|---|---|---|
| 6/4/2016 | ? | 12 Handbags | 12 |
| 6/5/2016 | ? | 32 Handbags | 32 |
| 6/7/2016 | 2 | 8 Handbags | 8 |
| 6/8/2016 | ? | 16 Handbags | 16 |
| 6/8/2016 | 3 | 12 Handbags | 12 |
| 8/8/2016 | 1 | 4 Handbags | 4 |
| 9/5/2016 | ? | 32 Handbags | 32 |
| 10/7/2016 | 1 | 4 Handbags | 4 |
| 10/10/2016 | 1 | 2 Handbags | 2 |
| 10/10/2016 | 1 | 2 Handbags | 2 |
| 10/18/2016 | 1 | 1 Neiman Marcus Handbag | 1 |
| 11/11/2016 | ? | 5 Handbags | 5 |
| 1/17/2017 | 1 | 3 Handbags | 3 |
| 1/18/2017 | 1 | 3 Handbags | 3 |
| 6/8/2017 | 5 | 21 Handbags | 21 |
| Sep-17 | 1 | 4 Handbags | 4 |
| 9/7/2017 | 5 | 20 Handbags | 20 |
| 9/9/2017 | 3 | 12 Handbags | 12 |
| 9/10/2017 | 1 | 4 Handbags | 4 |
| Feb-18 | 1 | 1 Handbag | 1 |
| 2/4/2018 | 4 | 16 Handbags | 16 |
| 2/13/2018 | ? | 4 Handbags | 4 |
| 2/14/2018 | ? | 24 Handbags | 24 |
| 2/18/2018 | ? | 7 Handbags | 7 |
| 3/20/2018 | 1 | 1 Kimberly Flaster Handbag | 1 |
| 5/7/2018 | 1 | 1 AOI Handbag | 1 |
| 6/7/2018 | 6 | 24 Handbags | 24 |
| Sep-18 | ? | 150 Handbags smuggled from EU to Colombia and then subsequently imported into the US. | 150 |
| 9/2/2018 | 1 | 28 Handbags | 28 |
| 9/6/2018 | ? | 4 Handbags | 4 |
| 9/8/2018 | ? | 8 Handbags | 8 |
| 9/18/2018 | 1 | 12 Handbags | 12 |
| Oct-18 | 1 | 1 Neiman Marcus Handbag | 1 |
| 10/2/2018 | ? | 4 Moss Bags | 4 |
| 10/8/2018 | 1 | 1 Crocodile Bag | 1 |
| 11/13/2018 | 1 | 4 Bags | 4 |
| 11/21/2018 | ? | 4 Python Bags | 4 |

| APPX FLIGHT DATE | # PASSENGERS | COMMENTS | # OF HANDBAGS |
|---|---|---|---|
| 11/29/2018 | 1 | 2 Python Handbags | 2 |
| Jan-19 | 1 | 2 Handbags | 2 |
| 2/9/2019 | 1 | 2 Handbags | 2 |
| 2/12/2019 | 3 | 13 Handbags | 13 |
| 2/26/2019 | 5 | 26 Handbags | 26 |
| 4/9/2019 | - | 19 Handbags | 19 |
| 5/21/2019 | 1 | 1 Handbag | 1 |
| 5/22/2019 | 1 | 1 Handbag | 1 |
| Jun-19 | 1 | 1 Handbag | 1 |
| 7/16/2019 | 1 | 2 Handbags | 2 |
| 9/11/2019 | 1 | 1 Handbag | 1 |
| 9/11/2019 | 1 | 1 Handbag | 1 |
| 11/13/2019 | 1 | 7 Handbags | 7 |
| 12/12/2019 | 1 | 2 Handbags | 2 |
| 12/23/2019 | 1 | 1 Bergdorf Handbag | 1 |
| | | TOTAL | 572 |

*Note - this list does not include potential messages that indicated passengers were arriving, but omitted the quantity of transported handbags.

Summary of Vouchers

for Per Diem Payments to Passengers

Provided by Gzuniga

## SUMMARY OF PROVIDED GZLTD VOUCHERS FOR PER DIEM PAYMENTS TO PASSENGERS

| COLLECTION DATE | PASSENGER | HOTEL | TRANSPORT | PER DIEM | FEE | BAGGAGE | TOTAL | CUSTOMERS | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| 9/12/2014 | Andrea Parra | $0.00 | $120.00 | $50.00 | $0.00 | $0.00 | $170.00 | - | |
| 9/14/2014 | Monica Bacca | $150.00 | $140.00 | $50.00 | $125.00 | $0.00 | $465.00 | - | |
| 1/2/2015 | Monica Bacca | $150.00 | $180.00 | $50.00 | $125.00 | $45.00 | $550.00 | - | |
| 2/3/2015 | Unknown | $0.00 | $120.00 | $30.00 | $350.00 | $0.00 | $500.00 | Collection Samples | |
| 2/8/2015 | Unknown | $125.00 | $120.00 | $30.00 | $125.00 | $0.00 | $400.00 | Collection Samples | |
| 2/9/2015 | Claudia Bacca | $100.00 | $106.00 | $30.00 | $125.00 | $0.00 | $361.00 | Collection Samples | |
| 2/9/2015 | Monica Bacca | $117.00 | $106.00 | $30.00 | $125.00 | $0.00 | $378.00 | Collection Samples | |
| 2/9/2015 | Jennifer Ramirez | $0.00 | $106.00 | $30.00 | $125.00 | $0.00 | $261.00 | Collection Samples | |
| 2/10/2015 | Viviana Marcela Valdes | $100.00 | $106.00 | $30.00 | $125.00 | $0.00 | $361.00 | Collection Samples | |
| 2/10/2015 | Gloria Cardona | X | X | X | X | | $500.00 | Collection Samples | |
| 2/10/2015 | Carolina & Efrain Rosas | | X | X | | | $250.00 | Collection Samples | |
| 2/13/2015 | Marcela & Clemencia Loboguerrero | | X | X | | | $250.00 | Collection Samples | |
| 2/13/2015 | Valeria Franco / Carlos Eduardo Escobar | X | X | X | | | $220.00 | Collection Samples | |
| 2/13/2015 | Juliana Rengifo | | X | X | | X | $220.00 | Collection Samples | |
| 2/14/2015 | Andrea Lombana / Paola Campo | | X | X | | | $300.00 | Collection Samples | |
| 3/20/2015 | Andrea Parra & Alix Lerma | $0.00 | $106.00 | $60.00 | $100.00 | $0.00 | $266.00 | Collection Samples | |
| 6/4/2015 | Monica Bacca | $117.00 | $130.00 | $100.00 | $250.00 | $0.00 | $597.00 | Collection Samples | |
| 6/4/2015 | Mauricio Rodriguez | $0.00 | $130.00 | $50.00 | $0.00 | $0.00 | $180.00 | Collection Samples | |
| 6/4/2015 | Elvia Leonor Delgado / Maria C Correa | $0.00 | $130.00 | $100.00 | $250.00 | $0.00 | $480.00 | Collection Samples | |
| 6/4/2015 | Ana Mileth / Mercedes Usma | $0.00 | $130.00 | $100.00 | $125.00 | $0.00 | $355.00 | Collection Samples | |
| 2/4/2016 | Maria Virginia Giraldo Delgado | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/4/2016 | Elvia Leonor Delgado | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/5/2016 | Maria Fernanda Rios | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/5/2016 | Mauricio Rodriguez Giraldo | $110.00 | $130.00 | $50.00 | $0.00 | $0.00 | $290.00 | Bringing collection samples | New York |
| 2/5/2016 | Mauricio Duran Nunez | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/5/2016 | Angela Ochoa Mendoza | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/5/2016 | Maria Juliana Hincapie | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/5/2016 | Isabel Gonzalez | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/5/2016 | Robinson Araque | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/5/2016 | Jorge Enrique Orozco | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/6/2016 | Francy Yadira Marin | $110.00 | $130.00 | $50.00 | $0.00 | $0.00 | $290.00 | Bringing collection samples | New York |
| 2/6/2016 | Maria Del Mar Arana Vargas | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/6/2016 | Viviana Marcela Valdes Hernandez | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/6/2016 | Ana Maria Agudelo Lopez | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/6/2016 | Maria De Los Angeles Hernandez Ortiz | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/6/2016 | Maria Aguedita Vargas | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/6/2016 | Ana Marcela Arana | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/6/2016 | Rodolfo Vargas Saaveedra | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/8/2016 | Francisco Jose Orozco | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/8/2016 | Ana Milena Ocoro | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/8/2016 | Jorge Enrique Orozco | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/10/2016 | Jorge Enrique Orozco | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/10/2016 | Carlos Felipe Gonzalez Restrepo | $220.00 | $130.00 | $50.00 | $125.00 | $0.00 | $525.00 | Bringing collection samples | New York |
| 2/10/2016 | Maira Franco | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 2/10/2016 | Francisco Jose Orozco | $110.00 | $130.00 | $50.00 | $125.00 | $0.00 | $415.00 | Bringing collection samples | New York |
| 10/5/2017 | Liliana Velasco | $200.00 | $130.00 | $45.00 | $125.00 | $0.00 | $500.00 | Bringing collection samples | New York |
| 10/5/2017 | Lilia Hernandez | $100.00 | $130.00 | $45.00 | $125.00 | $0.00 | $400.00 | Bringing collection samples | New York |
| 10/5/2017 | Viviana Valdes | $100.00 | $130.00 | $45.00 | $125.00 | $0.00 | $400.00 | Bringing collection samples | New York |
| 11/8/2017 | Paola Soto | $0.00 | $130.00 | $50.00 | $0.00 | $0.00 | $180.00 | Resort collection | New York |
| 1/30/2018 | Paola Soto | $400.00 | $255.00 | $100.00 | $0.00 | $0.00 | $755.00 | - | New York |
| 2/7/2018 | Monica Elvira Bacca Solarte | $125.00 | $115.00 | $65.00 | $125.00 | $25.00 | $455.00 | Collection Fall 2018 | New York |
| 2/7/2018 | Shamar Padridin Gomez | $125.00 | $115.00 | $65.00 | $125.00 | $25.00 | $455.00 | Collection Fall 2018 | New York |
| 2/7/2018 | Claudia Fernanda Bacca Solarte | $125.00 | $115.00 | $65.00 | $125.00 | $25.00 | $455.00 | Collection Fall 2018 | New York |
| 2/8/2018 | Adriana Jimenez Erazo | $200.00 | $130.00 | $50.00 | $125.00 | $30.00 | $535.00 | | Miami |
| 2/8/2018 | Martha Juliana Cifuentes | $150.00 | $130.00 | $50.00 | $125.00 | $0.00 | $455.00 | | Miami |
| 2/8/2018 | Diego Soto | $150.00 | $130.00 | $50.00 | $125.00 | $0.00 | $455.00 | | Miami |

| COLLECTION DATE | PASSENGER | HOTEL | TRANSPORT | PER DIEM | FEE | BAGGAGE | TOTAL | CUSTOMERS | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2018 | Adriana Jimenez Erazo | $150.00 | $130.00 | $50.00 | $125.00 | $0.00 | $455.00 | | Miami |
| 2/8/2018 | Diana Andrea Aya | $200.00 | $135.00 | $50.00 | $125.00 | $50.00 | $560.00 | | Miami |
| 2/9/2018 | Maria Aguedita Vargas | $155.00 | $130.00 | $50.00 | $125.00 | $0.00 | $460.00 | | Miami |
| 2/9/2018 | Maria Del Mar Arana Vargas | $155.00 | $130.00 | $50.00 | $125.00 | $0.00 | $460.00 | | Miami |
| 2/10/2018 | Marcela Diaz Perez | $150.00 | $130.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/10/2018 | Maria Isabel Orozco | $150.00 | $130.00 | $50.00 | $130.00 | $0.00 | $460.00 | | New York |
| 2/10/2018 | Maria Fernanda Yusti | $150.00 | $130.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/10/2018 | Maira Franco | $150.00 | $130.00 | $50.00 | $130.00 | $0.00 | $460.00 | | New York |
| 2/10/2018 | Ana Maria Soto | $150.00 | $130.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/10/2018 | Linda Correa | $150.00 | $130.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/11/2018 | Karen Pacheco | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | Miami |
| 2/11/2018 | Angela Maria Zuniga | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 2/12/2018 | Daniel Echeverry | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | New York |
| 2/12/2018 | Monica Londono | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | New York |
| 2/12/2018 | Jorge Enrique Orozco | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | New York |
| 2/12/2018 | Maria Del Mar Arana | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/12/2018 | Ana Marcela Arana | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/12/2018 | Maria Aguedita Vargas | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | Miami |
| 2/12/2018 | Tatiana Solarte | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 2/12/2018 | Sarah Hamadeh | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | Miami |
| 2/12/2018 | Margarita Roldan | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/12/2018 | Rafael Solarte | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/12/2018 | Myriam Solarte | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/12/2018 | Viviana Hernandez | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/12/2018 | Alicia Erazo | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/16/2018 | Daniel Salazar | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/16/2018 | Paula Andrea Serna | $160.00 | $120.00 | $50.00 | $130.00 | $0.00 | $460.00 | | Miami |
| 2/17/2018 | Mauricio Rodriguez Giraldo | $200.00 | $130.00 | $70.00 | $0.00 | $0.00 | $400.00 | Collection Fall 2018 | - |
| 2/17/2018 | Maria Fernanda Rios | $200.00 | $130.00 | $50.00 | $120.00 | $0.00 | $500.00 | Collection Fall 2018 | - |
| 2/20/2018 | Viviana Valdes | $200.00 | $130.00 | $45.00 | $125.00 | $0.00 | $500.00 | Collection Fall 2018 | New York |
| 2/21/2018 | Diana Sanclemente | $200.00 | $130.00 | $45.00 | $125.00 | $0.00 | $500.00 | Collection Fall 2018 | New York |
| 5/30/2018 | Daniel Echeverry Zuniga | $150.00 | $130.00 | $50.00 | $130.00 | $50.00 | $510.00 | | New York |
| 5/30/2018 | Monica Londono Rivera | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | New York |
| 6/2/2018 | Claudia Olis Arce | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/2/2018 | Mario Restrepo Pineda | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/2/2018 | Juliana Cifuentes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/2/2018 | Martha Soto | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/2/2018 | Maria Fernanda Rios | $150.00 | $120.00 | $50.00 | $130.00 | $50.00 | $500.00 | | Miami |
| 6/2/2018 | Claudia Bacca | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/2/2018 | Andres Grajales | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/2/2018 | Viviana Valdes | $200.00 | $140.00 | $50.00 | $130.00 | $50.00 | $570.00 | | Miami |
| 6/2/2018 | Liliana Velasco | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | Miami |
| 6/2/2018 | Claudia Marcela Ortiz | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/5/2018 | Juan David Grajales | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 6/5/2018 | Tatiana Solarte | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/5/2018 | Monica Bacca | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/5/2018 | Roland Cortes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/6/2018 | Shamar Padridin | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 6/6/2018 | Viviana Valdes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/6/2018 | Alicia Erazo | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/7/2018 | Claudia Olis | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 6/7/2018 | Ana Maria Soto | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 6/7/2018 | Linda Correa | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 6/7/2018 | Mario Restrepo | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 6/8/2018 | Maria Fernanda Rios | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 6/8/2018 | Francisco Orozco | $300.00 | $240.00 | $100.00 | $260.00 | $0.00 | $900.00 | | Miami |

| COLLECTION DATE | PASSENGER | HOTEL | TRANSPORT | PER DIEM | FEE | BAGGAGE | TOTAL | CUSTOMERS | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| 6/8/2018 | Piedad Ortiz | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/10/2018 | Hossan Padridin | $200.00 | $120.00 | $50.00 | $130.00 | $50.00 | $550.00 | | New York |
| 6/10/2018 | Daniel Echeverry | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 6/10/2018 | Monica Londono | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | New York |
| 6/12/2018 | Viviana Valdes | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 6/12/2018 | Monica Bacca | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 6/13/2018 | Liliana Cuadros | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | Miami |
| 6/14/2018 | Isabella Cortes | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 6/17/2018 | Diego Soto | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 9/1/2018 | Viviana Valdes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/1/2018 | Juliana Cifuentes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | New York |
| 9/1/2018 | Martha Soto | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/1/2018 | Emmanuel Cifuentes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/2/2018 | Monica Bacca | $150.00 | $120.00 | $50.00 | $130.00 | $120.00 | $570.00 | | New York |
| 9/2/2018 | Juan Cortes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/2/2018 | Roland Cortes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/3/2018 | Martin Garcia | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/3/2018 | Margarita Roldan | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/3/2018 | Daniel Echeverry | $150.00 | $120.00 | $50.00 | $130.00 | $30.00 | $480.00 | | New York |
| 9/4/2018 | Viviana Valdes | $150.00 | $120.00 | $50.00 | $130.00 | $60.00 | $510.00 | | New York |
| 9/4/2018 | Shamar Padridin | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/4/2018 | Juana Grajales | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/5/2018 | Diana Sanclemente | $150.00 | $120.00 | $50.00 | $130.00 | $120.00 | $570.00 | | Miami |
| 9/5/2018 | Francisco Jose Orozco | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/5/2018 | Angela Maria Zuniga | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/5/2018 | Juliana Cifuentes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/5/2018 | Maria Juliana Hincapie | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/5/2018 | Carolina Trujillo | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/5/2018 | Sandra Viviana Villegas | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/6/2018 | Myriam Solarte | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/6/2018 | Rafael Solarte | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/6/2018 | Piedad Ortiz | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/6/2018 | Alicia Erazo | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/8/2018 | Fiona Basto | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/8/2018 | Margarita Roldan | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/8/2018 | Marcela Ortiz | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/8/2018 | Lilia Hernandez | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/8/2018 | Viviana Valdes | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | Miami |
| 9/8/2018 | Liliana Velasco | $150.00 | $120.00 | $50.00 | $130.00 | $120.00 | $570.00 | | New York |
| 9/8/2018 | Viviana Campo | $150.00 | $120.00 | $50.00 | $130.00 | $120.00 | $570.00 | | New York |
| 9/9/2018 | Mauricio Rodriguez Giraldo | $660.00 | $335.00 | $210.00 | $0.00 | $0.00 | $1,205.00 | | New York |
| 9/9/2018 | Lorena Florez | $150.00 | $120.00 | $50.00 | $130.00 | $0.00 | $450.00 | | New York |
| 9/9/2018 | Diego Soto | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 9/18/2018 | Mauricio Rodriguez Giraldo | $220.00 | $260.00 | $70.00 | $0.00 | $0.00 | $550.00 | | New York |
| 9/18/2018 | Viviana Campo | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 9/18/2018 | Viviana Valdes | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 9/18/2018 | Karen Pacheco | $200.00 | $120.00 | $50.00 | $130.00 | $0.00 | $500.00 | | New York |
| 9/18/2018 | Juan Grajales | $280.00 | $0.00 | $0.00 | $0.00 | $0.00 | $280.00 | | New York |
| 9/27/2018 | Mauricio Rodriguez Giraldo | $1,820.00 | $820.00 | $490.00 | $0.00 | $0.00 | $3,130.00 | | New York |
| SUMS | | $25,914.00 | $20,320.00 | $8,500.00 | $19,040.00 | $1,420.00 | $76,934.00 | | |

Summary of Vouchers Provided by Gzuniga

Indicating Samples were provided to Passengers

## SUMMARY OF GZLTD PER DIEM VOUCHERS INDICATING SAMPLES PROVIDED TO PASSENGERS

| COLLECTION DATE | PASSENGER | # OF PASSENGERS | COMMENTS |
|---|---|---|---|
| 2/3/2015 | Unknown | 1 | Collection Samples |
| 2/8/2015 | Unknown | 1 | Collection Samples |
| 2/9/2015 | Claudia Bacca | 1 | Collection Samples |
| 2/9/2015 | Monica Bacca | 1 | Collection Samples |
| 2/9/2015 | Jennifer Ramirez | 1 | Collection Samples |
| 2/10/2015 | Viviana Marcela Valdes | 1 | Collection Samples |
| 2/10/2015 | Gloria Cardona | 1 | Collection Samples |
| 2/10/2015 | Carolina & Efrain Rosas | 2 | Collection Samples |
| 2/13/2015 | Marcela & Clemencia Loboguerrero | 2 | Collection Samples |
| 2/13/2015 | Valeria Franco / Carlos Eduardo Escobar | 2 | Collection Samples |
| 2/13/2015 | Juliana Rengifo | 1 | Collection Samples |
| 2/14/2015 | Andrea Lombana / Paola Campo | 2 | Collection Samples |
| 3/20/2015 | Andrea Parra & Alix Lerma | 2 | Collection Samples |
| 6/4/2015 | Monica Bacca | 1 | Collection Samples |
| 6/4/2015 | Mauricio Rodriguez | 1 | Collection Samples |
| 6/4/2015 | Elvia Leonor Delgado / Maria C Correa | 2 | Collection Samples |
| 6/4/2015 | Ana Mileth / Mercedes Usma | 2 | Collection Samples |
| 2/4/2016 | Maria Virginia Giraldo Delgado | 1 | Bringing collection samples |
| 2/4/2016 | Elvia Leonor Delgado | 1 | Bringing collection samples |
| 2/5/2016 | Maria Fernanda Rios | 1 | Bringing collection samples |
| 2/5/2016 | Mauricio Rodriguez Giraldo | 1 | Bringing collection samples |
| 2/5/2016 | Mauricio Duran Nunez | 1 | Bringing collection samples |
| 2/5/2016 | Angela Ochoa Mendoza | 1 | Bringing collection samples |
| 2/5/2016 | Maria Juliana Hincapie | 1 | Bringing collection samples |
| 2/5/2016 | Isabel Gonzalez | 1 | Bringing collection samples |
| 2/5/2016 | Robinson Araque | 1 | Bringing collection samples |
| 2/5/2016 | Jorge Enrique Orozco | 1 | Bringing collection samples |
| 2/6/2016 | Francy Yadira Marin | 1 | Bringing collection samples |
| 2/6/2016 | Maria Del Mar Arana Vargas | 1 | Bringing collection samples |
| 2/6/2016 | Viviana Marcela Valdes Hernandez | 1 | Bringing collection samples |
| 2/6/2016 | Ana Maria Agudelo Lopez | 1 | Bringing collection samples |
| 2/6/2016 | Maria De Los Angeles Hernandez Ortiz | 1 | Bringing collection samples |
| 2/6/2016 | Maria Aguedita Vargas | 1 | Bringing collection samples |
| 2/6/2016 | Ana Marcela Arana | 1 | Bringing collection samples |
| 2/6/2016 | Rodolfo Vargas Saaveedra | 1 | Bringing collection samples |
| 2/8/2016 | Francisco Jose Orozco | 1 | Bringing collection samples |
| 2/8/2016 | Ana Milena Ocoro | 1 | Bringing collection samples |
| 2/8/2016 | Jorge Enrique Orozco | 1 | Bringing collection samples |
| 2/10/2016 | Jorge Enrique Orozco | 1 | Bringing collection samples |
| 2/10/2016 | Carlos Felipe Gonzalez Restrepo | 1 | Bringing collection samples |
| 2/10/2016 | Maira Franco | 1 | Bringing collection samples |
| 2/10/2016 | Francisco Jose Orozco | 1 | Bringing collection samples |
| 10/5/2017 | Liliana Velasco | 1 | Bringing collection samples |
| 10/5/2017 | Lilia Hernandez | 1 | Bringing collection samples |
| 10/5/2017 | Viviana Valdes | 1 | Bringing collection samples |
| 11/8/2017 | Paola Soto | 1 | Resort collection |
| 2/7/2018 | Monica Elvira Bacca Solarte | 1 | Collection Fall 2018 |
| 2/7/2018 | Shamar Padridin Gomez | 1 | Collection Fall 2018 |
| 2/7/2018 | Claudia Fernanda Bacca Solarte | 1 | Collection Fall 2018 |
| 2/17/2018 | Mauricio Rodriguez Giraldo | 1 | Collection Fall 2018 |
| 2/17/2018 | Maria Fernanda Rios | 1 | Collection Fall 2018 |
| 2/20/2018 | Viviana Valdes | 1 | Collection Fall 2018 |
| 2/21/2018 | Diana Sanclemente | 1 | Collection Fall 2018 |
| | **TOTAL** | **60** | |

*Note - these vouchers are the filtered results from the full summary of vouchers. The full summary has 15 highlighted examples of vouchers that did not indicate they were for bringing samples, but the Soto Documents indicate that those passengers did bring samples in furtherance of the Passenger Scheme. As such, 60 is a conservative calculation from the 160+ issued vouchers.